

## IN THE DISTRICT COURT OF OKLAHOMA COUNTY
## STATE OF OKLAHOMA

| | |
|---|---|
| DON FOSTER and BRENDA FOSTER,<br><br>            Plaintiffs,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, DAVID CAMP, KORBIN LEACH, JONAH BASIC, LUCAS JOHNSON, NICHOLAS LANGREN, DILLON THOM, TONY MORLAND, THOMAS TACKETT, SHANE LEACH, JODY DEAR, JASON MUNDA, STEVEN FISHER, JONATHAN BISHOP, MICHAEL RICHARDSON, MARK FELLER, MATT ROSKOS, RITA WALLENBERG INSURANCE AGENCY, INC., CORBIN SWAIN, and JOHN DOE,<br><br>            Defendants. | Case No: CJ- 2023 - 1426<br><br>STATE OF OKLAHOMA } S.S.<br>CLEVELAND COUNTY<br>FILED<br><br>NOV 20 2023<br><br>In the office of the<br>Court Clerk MARILYN WILLIAMS |

### ENTRY OF APPEARANCE

Ashley M. Thul of the firm of Mansell & Engel, hereby enters her appearance on behalf of Plaintiffs, Don and Brenda Foster.

**MANSELL & ENGEL**

By: *Ashley M. Thul*
Ashley M. Thul, OBA #31245
204 North Robinson, 21st Floor
Oklahoma City, OK 73102-6891
T : (405) 232-4100 ** F: (405) 232-4140
E-mail : athul@meclaw.net

**ATTORNEYS FOR PLAINTIFFS**

EXHIBIT 4