IN THE DISTRICT COURT IN AND FOR CLEVELAND COUNTY
STATE OF OKLAHOMA

DON FOSTER and )
BRENDA FOSTER, )
 )
Plaintiffs, )
 )
v. ) Case No. CJ-2023-1426
 ) Judge Thad Balkman
STATE FARM FIRE AND )
 CASUALTY COMPANY, )
DAVID CAMP, )
RITA WALLENBERG INSURANCE )
 AGENCY, INC., et al. )
 )
Defendants. )

*STATE OF OKLAHOMA, CLEVELAND COUNTY, S.S. FILED FEB 22 2024 In the office of the Court Clerk MARILYN WILLIAMS*

## UNOPPOSED MOTION TO EXTEND TIME TO ANSWER, MOVE AGAINST, OR OTHERWISE RESPOND TO PLAINTIFFS' PETITION

Defendant State Farm Fire and Casualty Company ("State Farm") specially appears for the sole purpose of respectfully requesting that the Court extend its deadline to answer, move against, or otherwise respond to Plaintiffs' Petition to February 29, 2024. In support of its Motion, State Farm states as follows:

1. Plaintiffs filed their Petition on November 20, 2023.[1]

2. The current deadline for State Farm to file an answer, move against, or otherwise respond to the Petition is as early as February 22, 2024. *See* 36 Okla. Stat. § 622(B).

3. State Farm does not intend to waive any of the defenses available to it under 12 Okla. Stat. § 2012(B) by filing this Motion. Further, Plaintiffs agree to the requested extension of time and agree that State Farm does not waive its § 2012(B) defenses.

---

[1] Some defendants have been served with process while others have not been served, with the latter group including Defendant David Camp and Defendant Rita Wallenberg Insurance Agency, Inc.

EXHIBIT 5

4. This Motion is not made for purposes of delay, but rather to allow time for State Farm's counsel to properly respond after they recently were retained for this particular litigation and to allow them time to determine how to respond to the Petition.

5. Neither Plaintiffs nor State Farm has previously requested that any deadlines be extended in connection with this lawsuit.

6. There are no currently pending motions or scheduled hearings in this lawsuit.

7. A proposed Order, agreed to by counsel for Plaintiffs and by counsel for State Farm, is attached hereto.

Respectfully submitted,

ANDREW J. MORRIS, OBA # 31658
PEYTON S. HOWELL, OBA # 33917
MCAFEE & TAFT A PROFESSIONAL CORP.
Two Leadership Square
211 N. Robinson Ave., 8th Floor
Oklahoma City, OK 73102
Telephone:    (405) 235-9621
Facsimile:    (405) 235-0439
Email:    andrew.morris@mcafeetaft.com
          peyton.howell@mcafeetaft.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2024, a true and correct copy of the foregoing was mailed by U.S. first class mail, postage prepaid, to the following:

Adam Engel
Ashely M. Thul
Mansell & Engel
204 N. Robinson Ave., 21st Floor
Oklahoma City, OK 73102

*Attorneys for Plaintiffs*

_____
Andrew J. Morris / Peyton S. Howell