IN THE DISTRICT COURT IN AND FOR OKLAHOMA COUNTY
STATE OF OKLAHOMA

DON FOSTER and )
BRENDA FOSTER, )
            )
    Plaintiffs, )
            )
v.          )    Case No. CJ-2023-1426
            )    *Judge Thad Balkman*
STATE FARM FIRE AND )
  CASUALTY COMPANY, )
DAVID CAMP, )
RITA WALLENBERG INSURANCE )
  AGENCY, INC., et al. )
            )
    Defendants. )

*FILED STATE OF OKLAHOMA CLEVELAND COUNTY FEB 22 2024 In the office of the Court Clerk MARILYN WILLIAMS*

**ORDER**

The Court, having reviewed the Unopposed Motion to Extend Time to Answer, Move Against, or Otherwise Respond to Plaintiffs' Petition filed through special appearance by Defendant State Farm Fire and Casualty Company, and based on the agreement between counsel for Plaintiffs and counsel for State Farm, and for good cause shown, hereby GRANTS the motion and orders that State Farm may file its answer, move against, or otherwise respond to Plaintiffs' Petition on or before <u>February 29, 2024</u>.

State Farm—through its Motion—has not waived any defenses available to it pursuant to 12 Okla. Stat. § 2012(B).

**IT IS SO ORDERED** this 22 day of February, 2024.

_____
DISTRICT COURT JUDGE

EXHIBIT 6

Submitted and agreed to by:

*/s/ Andrew J. Morris*

ANDREW J. MORRIS, OBA # 31658
PEYTON S. HOWELL, OBA # 33917
MCAFEE & TAFT A PROFESSIONAL CORP.
Two Leadership Square
211 N. Robinson Ave., 8th Floor
Oklahoma City, OK 73102
Telephone:         (405) 235-9621
Facsimile:         (405) 235-0439
Email:             andrew.morris@mcafeetaft.com
                   peyton.howell@mcafeetaft.com

Agreed to by:

*/s/ Ashley M. Thul*

ADAM ENGEL, OBA # 32384
ASHLEY M. THUL, OBA # 31245
MANSELL & ENGEL
204 N. Robinson Ave., 21st Floor
Oklahoma City, OK 73102
Telephone:         (405) 232-4100
Facsimile:         (405) 232-4140
Email:             aengel@meclaw.net
                   athul@meclaw.net

5