OKLAHOMA State Courts Network

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

EXHIBIT 10

# IN THE DISTRICT COURT IN AND FOR CLEVELAND COUNTY, OKLAHOMA

| | |
|---|---|
| Don Foster,<br>    Plaintiff, and<br>Brenda Foster,<br>    Plaintiff,<br>v.<br>State Farm Fire And Casualty Company,<br>    Defendant, and<br>David Camp,<br>    Defendant, and<br>Korbin Leach,<br>    Defendant, and<br>Jonah Basic,<br>    Defendant, and<br>Lucas Johnson,<br>    Defendant, and<br>Nicholas Langren,<br>    Defendant, and<br>Dillon Thom,<br>    Defendant, and<br>Tony Morland,<br>    Defendant, and<br>Thomas Tackett,<br>    Defendant, and<br>Shane Leach,<br>    Defendant, and<br>Jody Dear,<br>    Defendant, and<br>Jason Munda,<br>    Defendant, and<br>Steven Fisher,<br>    Defendant, and<br>Jonathan Bishop,<br>    Defendant, and<br>Michael Richardson,<br>    Defendant, and<br>Mark Feller,<br>    Defendant, and<br>Matt Roskos,<br>    Defendant, and<br>Rita Wallenberg,<br>    Defendant, and<br>Insurance Agency Inc,<br>    Defendant, and<br>Corbin Swain,<br>    Defendant. and<br>John Doe,<br>    Defendant, | **No. CJ-2023-1426**<br>**(Civil relief more than $10,000: BREACH OF AGREEMENT - CONTRACT)**<br><br>Filed: 11/20/2023<br><br>Judge: Balkman, Thad |

# PARTIES

Basic, Jonah, Defendant
Bishop, Jonathan, Defendant
Camp, David, Defendant
Dear, Jody, Defendant
Feller, Mark, Defendant
Fisher, Steven, Defendant
Foster, Brenda, Plaintiff
Foster, Don, Plaintiff
Insurance Agency Inc, Defendant
Johnson, Lucas, Defendant
Langren, Nicholas, Defendant
Leach, Korbin, Defendant
Leach, Shane, Defendant
Morland, Tony, Defendant
Munda, Jason, Defendant
Richardson, Michael, Defendant
Roskos, Matt, Defendant
State Farm Fire And Casualty Company, Defendant
Swain, Corbin, Defendant
Tackett, Thomas, Defendant
Thom, Dillon, Defendant
Wallenberg, Rita, Defendant

# ATTORNEYS

| Attorney | Represented Parties |
|---|---|
| Engel, M Adam (Bar #32384)<br>Mansell Engel and Cole<br>204 North Robinson Ave., 21st Floor<br>Oklahoma City, OK 73102 | Foster, Brenda<br>Foster, Don |
| Thul, Ashley M (Bar #31245)<br>204 N ROBINSON AVE 21ST FLOOR<br>OKLAHOMA CITY, OK 73102 | Foster, Brenda<br>Foster, Don |

# EVENTS

None

# ISSUES

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

**Issue # 1.** Issue: BREACH OF AGREEMENT - CONTRACT (CONTRACT)
Filed By:
Filed Date: 11/20/2023

| Party Name | Disposition Information |
|---|---|
|  | Pending. |

# DOCKET

| Date | Code | Description | | |
|---|---|---|---|---|
| 11-20-2023 | [ TEXT ] | | | #1 |
| | | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. | | |
| 11-20-2023 | [ CONTRACT ] | | | |
| | | BREACH OF AGREEMENT - CONTRACT | | |
| 11-20-2023 | [ DMFE ] | | | $ 7.00 |
| | | DISPUTE MEDIATION FEE | | |
| 11-20-2023 | [ PFE1 ] | | | $ 163.00 |
| | | PETITION | | |
| | | Document Available (#1056736240) 🗎TIFF   📄PDF | | |
| 11-20-2023 | [ PFE7 ] | | | $ 6.00 |
| | | LAW LIBRARY FEE | | |
| 11-20-2023 | [ OCISR ] | | | $ 25.00 |
| | | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | | |
| 11-20-2023 | [ OCJC ] | | | $ 1.55 |
| | | OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND | | |
| 11-20-2023 | [ OCASA ] | | | $ 5.00 |
| | | OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES | | |
| 11-20-2023 | [ SSFCHSCPC ] | | | $ 10.00 |
| | | SHERIFF'S SERVICE FEE FOR COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | |
| 11-20-2023 | [ CCADMINCSF ] | | | $ 1.00 |
| | | COURT CLERK ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | |
| 11-20-2023 | [ CCADMIN0155 ] | | | $ 0.16 |
| | | COURT CLERK ADMINISTRATIVE FEE ON $1.55 COLLECTION | | |
| 11-20-2023 | [ SJFIS ] | | | $ 0.45 |
| | | STATE JUDICIAL REVOLVING FUND - INTERPRETER AND TRANSLATOR SERVICES | | |
| 11-20-2023 | [ DCADMIN155 ] | | | $ 0.23 |
| | | DISTRICT COURT ADMINISTRATIVE FEE ON $1.55 COLLECTIONS | | |
| 11-20-2023 | [ DCADMIN05 ] | | | $ 0.75 |
| | | DISTRICT COURT ADMINISTRATIVE FEE ON $5 COLLECTIONS | | |

| Date | Code | Description | Amount |
|---|---|---|---|
| 11-20-2023 | [ DCADMINCSF ] | DISTRICT COURT ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | $ 1.50 |
| 11-20-2023 | [ CCRMPF ] | COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE | $ 10.00 |
| 11-20-2023 | [ CCADMIN04 ] | COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS | $ 0.50 |
| 11-20-2023 | [ LTF ] | LENGTHY TRIAL FUND | $ 10.00 |
| 11-20-2023 | [ SMF ] | SUMMONS FEE (CLERKS FEE) | $ 180.00 |
| 11-20-2023 | [ EAA ] | ENTRY OF APPEARANCE-ASHLEY M THUL, ATTY FORPLAINTIFFS, DON AND BRENDA FOSTER<br>Document Available (#1056736248)  TIFF   PDF | |
| 11-20-2023 | [ EAA ] | ENTRY OF APPEARANCE-M ADAM ENGEL, ATTY FOR PLAINTIFFS, DON AND BRENDA FOSTER<br>Document Available (#1056736244)  TIFF   PDF | |
| 11-20-2023 | [ TEXT ] | OCIS HAS AUTOMATICALLY ASSIGNED JUDGE BALKMAN, THAD TO THIS CASE. | |
| 11-20-2023 | [ ACCOUNT ] | RECEIPT # 2023-1302615 ON 11/20/2023.<br>PAYOR: MANSELL & ENGEL, P.C. TOTAL AMOUNT PAID: $ 342.14.<br>LINE ITEMS:<br>CJ-2023-1426: $342.14 ON AC01 CLERK FEES. | |
| 11-20-2023 | [ ACCOUNT ] | RECEIPT # 2023-1302616 ON 11/20/2023.<br>PAYOR: RHONDA K STERMER TOTAL AMOUNT PAID: $ 80.00.<br>LINE ITEMS:<br>CJ-2023-1426: $0.86 ON AC01 CLERK FEES.<br>CJ-2023-1426: $6.00 ON AC23 LAW LIBRARY FEE CIVIL AND CRIMINAL.<br>CJ-2023-1426: $1.66 ON AC31 COURT CLERK REVOLVING FUND.<br>CJ-2023-1426: $5.00 ON AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES.<br>CJ-2023-1426: $1.55 ON AC59 COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND.<br>CJ-2023-1426: $7.00 ON AC64 DISPUTE MEDIATION FEES CIVIL ONLY.<br>CJ-2023-1426: $0.45 ON AC65 STATE JUDICIAL REVOLVING FUND, INTERPRETER SVCS.<br>CJ-2023-1426: $2.48 ON AC67 DISTRICT COURT REVOLVING FUND.<br>CJ-2023-1426: $25.00 ON AC79 OCIS REVOLVING FUND.<br>CJ-2023-1426: $10.00 ON AC81 LENGTHY TRIAL FUND.<br>CJ-2023-1426: $10.00 ON AC88 SHERIFF'S SERVICE FEE FOR COURT HOUSE SECURITY.<br>CJ-2023-1426: $10.00 ON AC89 COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE. | |
| 01-29-2024 | [ SMF ] | SUMMONS FEE-JASON MUNDA | $ 10.00 |

**01-29-2024  [ ACCOUNT ]**

RECEIPT # 2024-1311220 ON 01/29/2024.
PAYOR: MANSELL & ENGEL PC TOTAL AMOUNT PAID: $ 10.00.
LINE ITEMS:
CJ-2023-1426: $10.00 ON AC01 CLERK FEES.

**02-16-2024  [ SMF ]** $ 50.00

SUMMONS FEE 5-5 DEFS

**02-16-2024  [ ADJUST ]** $ 1.25

ADJUSTING ENTRY: MONIES DUE TO AC09-CARD ALLOCATION

**02-16-2024  [ ACCOUNT ]**

ADJUSTING ENTRY: MONIES DUE TO THE FOLLOWING AGENCIES REDUCED BY THE FOLLOWING AMOUNTS:
CJ-2023-1426: AC01 CLERK FEES -$1.25

**02-16-2024  [ ACCOUNT ]**

RECEIPT # 2024-1314009 ON 02/16/2024.
PAYOR: RILEY/KELLIE TOTAL AMOUNT PAID: $ 50.00.
LINE ITEMS:
CJ-2023-1426: $48.75 ON AC01 CLERK FEES.
CJ-2023-1426: $1.25 ON AC09 CARD ALLOCATIONS.