

# Seek Now Maestro Report
## Roof and Exterior Inspection

**Claim:** 3623N929N

**Adjuster:** David Camp
**Carrier:** State Farm

**Policy Holder :** Foster
**Loss Location :** 13212 Grape Arbor Terrace
Oklahoma City, OK 73170



EXHIBIT 11



# INSPECTION SUMMARY

| | |
|---|---|
| Date of Inspection: August 23, 2021 | |
| Structure 1: House | Roof, Exterior, and Steep Assist |

| | |
|---|---|
| Claim Number | 3623N929N |
| Policy Holder | Foster |
| Loss Location | 13212 Grape Arbor Terrace<br>Oklahoma City, OK 73170 |
| Date of Loss | |
| Catastrophe Event | NO |

| | |
|---|---|
| Carrier | State Farm |
| Adjuster | David Camp |
| Adjuster Contacts | 4055686570<br>david.camp.pg42@statefarm.com |

| | |
|---|---|
| Inspector | Noah Basic |
| Inspector Contacts | 405-204-4204<br>nbasic@laddernow.com |
| Ladder Now Office | 866-801-1258<br>claims@seek-now.com (LA)<br>solos@seek-now.com (Completed Solos) |

# HOUSE

## ROOF SUMMARY

**Arrival**
Arrived at location on August 23, 2021.
The insured was present at the time of the inspection. A contractor was not present at the time of the inspection. A public adjuster was not present at the time of the inspection.

After completing an overview, an inspection was performed to identify any damages. All inspection findings and damage counts are broken down in the following summary and tables.

**Roof Construction**
The house is a 1 story structure with a hip with hip extension style roof. The roof is 12/12 pitch. The main roof has 1 layer of 30 year dimensional shingle. Ice and water shield is not present. Felt is 15 lb. Drip Edge is not present. Gutter Apron is not present. 3/8" OSB Sheet decking.

**Roof Findings**
No wind or hail damage was found on any slope. No storm related tree damage was found on any slope. No non-storm related tree damage was found on any slope. Non-storm damage caused by deterioration was found on the front/right/back/left hip & ridge. Damage was found to the roof accessories. No Damage was found to the valleys. All damage and accessory counts including accessory damages can be found in the tables below.

**Exterior Findings**
An Exterior Inspection was performed. Damage was found to the Left elevation. No damage was found to the Front, Right, and Back elevations. Gutters are present. Downspouts are present.

# DATA COLLECTIONS

### House Roof Damage and Condition Table

| Direction | Hail | Wind | Tree | Condition |
|-----------|------|------|------|-----------|
| Front | 0 | 0 | | Fair |
| Right | 0 | 0 | | Fair |
| Back | 0 | 0 | | Fair |
| Left | 0 | 0 | | Fair |

### House Roof Hip & Ridge Damage and Condition Table

| Direction | Material | Damage Type | Damage LF | Run LF | Condition |
|-----------|----------|-------------|-----------|--------|-----------|
| Front/Right/Back/Left | Hi-Def Cap | Deterioration | 0.0 LF | 0.0 LF | Fair |

### House Roof Components Table

| Category | Description | Damage | Quantity | Units |
|----------|-------------|--------|----------|-------|
| Layers/Materials | Layer 1 Top 30 year dimensional shingle | No | EV | SQ |
| Approximate Age of Roof | 10 years | | 10 | YR |
| Felt | 15 lb | | 67.33 | SQ |
| Hip & Ridge | Hi-Def Cap 1 Damaged Run (0 ft of 0 ft) | Yes | 0.0 of Total | LF |
| Stories | 1 Story | | EV | SQ |
| Pitch | 12/12 | | EV | SQ |
| Drip Edge | None | | EV | LF |
| Gutter Apron | None | | EV | LF |
| Ventilation | Vent E 5.0" Aluminum | Yes | 1 of 1 | EA |
| Ventilation | HVAC 6" Aluminum | Yes | 4 of 4 | EA |
| Ventilation | Power Vent Medium Aluminum | Yes | 2 of 2 | EA |
| Pipes | Pipe Boot 2.0" Plastic | No | 4 | EA |
| Chimney | Flashing 34.0" x 34.0" Galvanized | No | 1 | EA |
| Chimney | Flue Cap 16" Steel | No | 1 | EA |
| Ice/Water Shield | None | | None | SQ FT |
| Valley | Open w/ metal (W Style - Not Painted - Galvanized) | No | 0.0 of Total | LF |

**House Elevation Summary**

| Category | Description | Damage | Quantity | Units |
|---|---|---|---|---|
| **Gutters - Front** | 5 inch - Standard Seamless - Aluminum - Painted/Stained | No | 0.0 of Total | LF |
| **Gutters - Right** | 5 inch - Standard Seamless - Aluminum - Painted/Stained | No | 0.0 of Total | LF |
| **Gutters - Left** | 5 inch - Standard Seamless - Aluminum - Painted/Stained | Yes | All of Total | LF |
| **Gutters - Back** | 5 inch - Standard Seamless - Aluminum - Painted/Stained | No | 0.0 of Total | LF |
| **Downspout - Back** | 2" x 3" - Standard - Aluminum - Painted/Stained | Yes | All of 12.0 | LF |
| **Garage Door** | | Yes | 8.0 of 112.0 | SF |
| **Window Screen - Right** | Metal 30 in × 30 in | Yes | 2.0 | EA |
| **Window Screen - Back** | Metal 46 in × 30 in | Yes | 3.0 | EA |

# SCOPE SHEET – ROOF



# SCOPE SHEET – EXTERIOR

| Carrier: | | Elevation Inspection | | Date: | |
|---|---|---|---|---|---|
| Claim #: | | Front ☐ | Right ☐ | Ladder Now | |
| Homeowner: | | Back ☐ | Left ☐ | Inspector: Noah Basic | |
| Address: | | N ☐ S ☐ E ☐ W ☐ | | Phone: 405-204-4204 | |
| Adjuster: | | NW ☐ NE ☐ SW ☐ SE ☐ | | Email: nbasic@laddernow.com | |

kNow.
301-1258

**Exterior Scope**

**Front:**

- No Damage Observed

**Right:**

- Damaged Garage Door (16x7")
- Two Damaged Windows (30"x30") –Screens

**Back:**

- Three Damaged Windows (46"x30") –screens
- One Damaged Downspout (2x3")

**Left:**

Damaged Gutter (5")

| Item | Material/Description | Damage | Paint | Quantity | Unit |
|---|---|---|---|---|---|
| | | Y / N | Y / N | | |
| | | Y / N | Y / N | | |
| Wrap | | Y / N | Y / N | | |
| p | | Y / N | Y / N | | |
| | | Y / N | Y / N | | |
| | | Y / N | Y / N | | |
| | | Y / N | Y / N | | |
| | | Y / N | Y / N | | |
| | | Y / N | Y / N | | |
| | | Y / N | Y / N | | |

# INSPECTION IMAGES

**Address Photo**
August 23, 2021



**Risk Photo**
August 23, 2021



# INSPECTION IMAGES

## HOUSE ELEVATION PHOTOS

**Steep Assist Device**
GOAT
August 23, 2021



**Elevation - Overview - Front**
August 23, 2021



# INSPECTION IMAGES

**Elevation - Front - Gutter**
Size: 5 inch
Style: Standard Seamless
Material: Aluminum
Fair Condition
August 23, 2021
Note:



**Elevation - Front - Window**
Fair Condition
August 23, 2021
Note:



# INSPECTION IMAGES

**Elevation - Front - Window**
Fair Condition
August 23, 2021
Note:



**Elevation - Front - Door**
Fair Condition
August 23, 2021
Note:



# INSPECTION IMAGES

**Elevation - Front - Window**
Fair Condition
August 23, 2021
Note:



**Elevation - Front - Window**
Fair Condition
August 23, 2021
Note:



# INSPECTION IMAGES

**Elevation - Front - Window**
Fair Condition
August 23, 2021
Note:



**Elevation - Front - Soffit**
Fair Condition
August 23, 2021
Note:



# INSPECTION IMAGES

**Elevation - Front - Window**
Fair Condition
August 23, 2021
Note:



**Elevation - Front - Gutter**
Size: 5 inch
Style: Standard Seamless
Material: Aluminum
Painted / Stained
Fair Condition
August 23, 2021
Note:



# INSPECTION IMAGES

**Elevation - Overview - Right**
August 23, 2021



**Elevation - Right - Garage Door**
Material: Metal
Painted / Stained
Type: Panel
Number of Panels: 4
Size: 16 ft × 7 ft
Non-storm related damage caused by
Mechanical
August 23, 2021
Note:



# INSPECTION IMAGES

**Elevation - Right - Window**
Size: 30 in × 30 in
Damaged Parts: Screen
Non-storm related damage caused by
Mechanical
August 23, 2021
Note:



**Elevation - Right - Window**
Size: 30 in × 30 in
Damaged Parts: Screen
Non-storm related damage caused by
Mechanical
August 23, 2021
Note:



# INSPECTION IMAGES

**Elevation - Right - Gutter**
Size: 5 inch
Style: Standard Seamless
Material: Aluminum
Fair Condition
August 23, 2021
Note:



**Elevation - Right - Garage Door**
Fair Condition
August 23, 2021
Note:



# INSPECTION IMAGES

**Elevation - Right - Fence**
Fair Condition
August 23, 2021
Note:



**Elevation - Overview - Back**
August 23, 2021



# INSPECTION IMAGES

**Elevation - Overview - Back**
August 23, 2021



**Elevation - Back - Window**
Size: 30 in × 30 in
Damaged Parts: Screen
Non-storm related damage caused by
Mechanical
August 23, 2021
Note:



# INSPECTION IMAGES

**Elevation - Back - Window**
Size: 46 in × 30 in
Damaged Parts: Screen
Non-storm related damage caused by
Mechanical
August 23, 2021
Note:



**Elevation - Back - Window**
Size: 46 in × 30 in
Damaged Parts: Screen
Non-storm related damage caused by
Mechanical
August 23, 2021
Note:



# INSPECTION IMAGES

**Elevation - Back - Downspout**
Size: 2" x 3"
Style: Standard
Material: Aluminum
Painted / Stained
Non-storm related damage caused by
Mechanical
August 23, 2021
Note:



**Elevation - Back - Gutter**
Size: 5 inch
Style: Standard Seamless
Material: Aluminum
Fair Condition
August 23, 2021
Note:



# INSPECTION IMAGES

**Elevation - Back - AC Unit**
Fair Condition
August 23, 2021
Note:



**Elevation - Back - Porch**
Fair Condition
August 23, 2021
Note:



# INSPECTION IMAGES

**Elevation - Back - Window**
Fair Condition
August 23, 2021
Note:



**Elevation - Back - Soffit**
Fair Condition
August 23, 2021
Note:



# INSPECTION IMAGES

**Elevation - Back - Window**
Fair Condition
August 23, 2021
Note:



**Elevation - Back - Door**
Fair Condition
August 23, 2021
Note:



# INSPECTION IMAGES

**Elevation - Back - Door**
Fair Condition
August 23, 2021
Note:



**Elevation - Back - storm shelter**
Fair Condition
August 23, 2021
Note:



# INSPECTION IMAGES

**Elevation - Back - Fence**
Fair Condition
August 23, 2021
Note:



**Elevation - Back - Fence**
Fair Condition
August 23, 2021
Note:



# INSPECTION IMAGES

**Elevation - Overview - Left**
August 23, 2021



**Elevation - Left - Gutter**
Size: 5 inch
Style: Standard Seamless
Material: Aluminum
Storm related damage caused by Hail
August 23, 2021
Note:



# INSPECTION IMAGES

**Elevation - Left - Window**
Fair Condition
August 23, 2021
Note:



**Elevation - Left - Window**
Fair Condition
August 23, 2021
Note:



# INSPECTION IMAGES

**Elevation - Left - Window**
Fair Condition
August 23, 2021
Note:



**Elevation - Left - AC Unit**
Fair Condition
August 23, 2021
Note:



# INSPECTION IMAGES

**Elevation - Left - Gate**
Fair Condition
August 23, 2021
Note:



**Elevation - Left - Fence**
Fair Condition
August 23, 2021
Note:



# INSPECTION IMAGES

## HOUSE ROOF CONSTRUCTION

1 Layer
30 year dimensional shingle
Ice/Water Shield - None
Felt - 15 lb
Drip Edge - None
Gutter Apron - None
August 23, 2021



**Roofing Gauge**
Asphalt Shingle
August 23, 2021



# INSPECTION IMAGES

**Full Shingle Width**
August 23, 2021



Pitch Gauge – 12/12
August 23, 2021



# INSPECTION IMAGES

Eave Overhang – 10 inch
August 23, 2021



# INSPECTION IMAGES

## HOUSE VALLEYS

Open Valley
Front/Right/Back/Left
Has Metal
    - W Style
    - Not Painted
    - Galvanized
No Damage
Condition: Good
August 23, 2021



# INSPECTION IMAGES

## HOUSE SLOPES OVERVIEWS

**Front - Roof Overview**
August 23, 2021



**Right - Roof Overview**
August 23, 2021



# INSPECTION IMAGES

**Right - Roof Overview**
August 23, 2021



**Right - Roof Overview**
August 23, 2021



# INSPECTION IMAGES

**Back - Roof Overview**
August 23, 2021



**Back - Roof Overview**
August 23, 2021



# INSPECTION IMAGES

**Left - Roof Overview**
August 23, 2021



**Left - Roof Overview**
August 23, 2021



# INSPECTION IMAGES

**Left - Roof Overview**
August 23, 2021



# FRONT/RIGHT/BACK/LEFT HIP & RIDGE PHOTOS

**Hip & Ridge Run Overview**
Front/Right/Back/Left
Hi-Def Cap
Fair Condition
Damaged 0.0 ft of a 0.0 ft Run
August 23, 2021



# INSPECTION IMAGES

**Hip & Ridge Run Overview**
Front/Right/Back/Left
Hi-Def Cap
Fair Condition
Damaged 0.0 ft of a 0.0 ft Run
August 23, 2021



**Hip & Ridge Run Overview**
Front/Right/Back/Left
Hi-Def Cap
Fair Condition
Damaged 0.0 ft of a 0.0 ft Run
August 23, 2021



# INSPECTION IMAGES

**Hip & Ridge Run Overview**
Front/Right/Back/Left
Hi-Def Cap
Fair Condition
Damaged 0.0 ft of a 0.0 ft Run
August 23, 2021



**Hip & Ridge Run Damage**
Front/Right/Back/Left
Hi-Def Cap
Non-storm related damage caused by
deterioration.
August 23, 2021
Note: Much granule loss



# INSPECTION IMAGES

**Hip & Ridge Run Condition**
Front/Right/Back/Left
Hi-Def Cap
Granule Loss
August 23, 2021
Note: Much deterioration and granule loss



# INSPECTION IMAGES

## HOUSE SLOPES

## FRONT SLOPE

**Front Slope – Test Square Overview**
August 23, 2021



**Front Slope – Damage Assessment**
Hail – 0
Wind – 0
August 23, 2021



# INSPECTION IMAGES

**Front Slope - Roof Condition**
Fair Condition
Granule Loss
August 23, 2021
Note: Zippering



**Front Slope - Roof Condition**
Fair Condition
Granule Loss
August 23, 2021
Note: Zippering



# INSPECTION IMAGES

**Front Slope - Roof Condition**
Fair Condition
Granule Loss
August 23, 2021
Note: Zippering



**Front Slope - Roof Condition**
Fair Condition
Blistering
August 23, 2021
Note: Thermal cracking as well



# INSPECTION IMAGES

**Front Slope - Roof Condition**
Fair Condition
Blistering
August 23, 2021
Note: Thermal cracking as well



# RIGHT SLOPE

**Right Slope - Test Square Overview**
August 23, 2021



# INSPECTION IMAGES

**Right Slope - Damage Assessment**
Hail – 0
Wind – 0
August 23, 2021



**Right Slope - Roof Condition**
Fair Condition
Zippering
August 23, 2021
Note: Granule loss and blistering as well as thermal crack



# INSPECTION IMAGES

**Right Slope - Roof Condition**
Fair Condition
Zippering
August 23, 2021
Note: Granule loss and blistering as well as
thermal crack



**Right Slope - Roof Condition**
Fair Condition
Zippering
August 23, 2021
Note: Granule loss and blistering as well as
thermal crack



# INSPECTION IMAGES

**Right Slope - Roof Condition**
Fair Condition
Zippering
August 23, 2021
Note: Granule loss and blistering as well as
thermal crack



**Right Slope - Roof Condition**
Fair Condition
Zippering
August 23, 2021
Note: Granule loss and blistering as well as
thermal crack



# INSPECTION IMAGES

## BACK SLOPE

**Back Slope - Test Square Overview**
August 23, 2021



**Back Slope - Damage Assessment**
Hail – 0
Wind – 0
August 23, 2021



# INSPECTION IMAGES

**Back Slope - Roof Condition**
Fair Condition
Granule Loss
August 23, 2021
Note: Zippering



**Back Slope - Roof Condition**
Fair Condition
Granule Loss
August 23, 2021
Note: Zippering



# INSPECTION IMAGES

**Back Slope - Roof Condition**
Fair Condition
Granule Loss
August 23, 2021
Note: Zippering



**Back Slope - Roof Condition**
Fair Condition
Granule Loss
August 23, 2021
Note: Zippering



# INSPECTION IMAGES

**Back Slope - Roof Condition**
Fair Condition
Thermal Cracking
August 23, 2021
Note: Zippering



**Accessory - Back Slope**
Vent E
Aluminum
Storm related damage caused by hail
Size: 5.0"
August 23, 2021
Note: P sized hail



# INSPECTION IMAGES

**Accessory - Back Slope**
Pipe Boot
Plastic
No Damage
Fair Condition
Size: 2.0"
August 23, 2021



**Accessory - Back Slope**
HVAC
Aluminum
Storm related damage caused by hail
Fair Condition
Size: 6"
August 23, 2021
Note: Pea sized hail



# INSPECTION IMAGES

**Accessory - Back Slope**
Power Vent
Aluminum
Storm related damage caused by hail
Size: Medium
August 23, 2021



**Accessory - Back Slope**
Chimney Flashing
Galvanized
No Damage
Fair Condition
Size: 34.0" x 34.0"
August 23, 2021



# INSPECTION IMAGES

**Accessory - Back Slope**
Chimney Flue Cap
Steel
No Damage
Fair Condition
Size: 16"
August 23, 2021



# LEFT SLOPE

**Left Slope - Test Square Overview**
August 23, 2021



# INSPECTION IMAGES

**Left Slope - Damage Assessment**
Hail – 0
Wind – 0
August 23, 2021



**Left Slope - Roof Condition**
Fair Condition
Granule Loss
August 23, 2021
Note: Zippering as well



# INSPECTION IMAGES

**Left Slope - Roof Condition**
Fair Condition
Granule Loss
August 23, 2021
Note: Zippering as well



**Left Slope - Roof Condition**
Fair Condition
Granule Loss
August 23, 2021
Note: Zippering as well



# INSPECTION IMAGES

**Left Slope - Roof Condition**
Fair Condition
Granule Loss
August 23, 2021
Note: Zippering as well



**Left Slope - Roof Condition**
Fair Condition
Granule Loss
August 23, 2021
Note: Zippering as well

