

# Certified Policy Record

I, the undersigned, do hereby confirm that I am custodian of the records pertaining to the issuance of policies by State Farm Fire and Casualty Company.

I certify that the attached documents represent a true and accurate record of the terms and conditions of Policy Number 36-C0-7718-3 including any endorsements, if applicable, for the policy term(s) 04/15/2021 to 04/15/2022 and insuring FOSTER, DON W & BRENDA K based on available records.

The policy was in effect on the loss date of 07/18/2021.

*Samantha Burgess*

Samantha Burgess
Underwriter
Date: 12/08/2023

**State Farm Fire and Casualty Company**
*A Stock Company With Home Offices in Bloomington, Illinois*

PO Box 853907
Richardson, TX 75085-3907

AT2          H-26-2271-FA8F  F H W
    002262 3200
FOSTER, DON W & BRENDA K
13212 GRAPE ARBOR TER
OKLAHOMA CITY OK   73170-2101



|||lₗₗₗₗₗₗₗₗₗₗₗₗₗₗ

| POLICY NUMBER | 36-CO-7718-3 |
|---|---|

**HOMEOWNERS AVAILABLE COVERAGE NOTICE**

**SEE RENEWAL DECLARATIONS**

ST-
0106-0000

IT IS IMPORTANT THAT YOU OCCASIONALLY REVIEW THE COVERAGE S AND LIMITS IN YOUR HOMEOWNERS POLICY TO BE CERTAIN YOUR NEEDS ARE BEING MET. THE FOLLOW ING INFORMATION WILL ASSIST YOU IN THE REVIEW PROCESS.

THE COVERAGE LIMITS FOR COVERAGE A - DWELLING, COVERAGE B - PERSONAL PROPERTY, COVERAGE L - PERSONAL LIABILITY, AND COVERAGE M - MEDICAL PAYMENTS TO  OTHERS ARE LISTED ON THE ACCOMPANYING RENEWAL DECLARATIONS. PLEASE REVIEW THESE LIMITS TO DETER MINE IF THEY ARE ADEQUATE IN THE EVENT OF A LOSS.

THE FOLLOWING IS A **PARTIAL LIST** OF THE OPTIONAL COVERAGES YOU HAVE **NOT** ADDED TO YOUR POLICY. THEY MAY BE AVAILABLE TO YOU FOR AN ADDITIONAL PREMIUM.

Business Property (for higher limits)

Business Pursuits Liability (for teachers, school administrators, sales persons, and clerical employees)

Child Care Liability (for those providing child care in their home)

Firearms (for broadened coverage and higher limits)

Cyber Event, Identity Restoration, and Fraud Loss

Incidental Business Liability (for those with an incidental office, studio, or school in the home)

Jewelry and Furs (for broadened coverage and higher limits)

Loss Assessment (for neighborhoods with Homeowners Associations)

Nurses' Professional Liability (for those in the nursing profession)

Personal Injury (for your liability to others caused by certain acts of libel, slander, invasion of privacy, or false arrest)

Silverware/Goldware (for broadened coverage and higher limits)

Adult Day Care Liability (for those providing adult day care in their home)

Energy Efficiency Upgrade (for replacing damaged heating unit, air conditioning unit, or water heater with equipment that is more energy efficient)

o1h9222a  03-31-2017

**Continued on Reverse Side**

Prepared  FEB 24 2021

**Agent
Telephone**

RITA WALLENBERG INS AGY INC
(405) 691-2464  or  (405) 691-5279

012802  420
N        GA,GB,R3,EH

STATE FARM-FOSTER_0002

Home Rental (for those who rent out their home for more than 30 nights yearly)

Home Systems Protection (for covering the breakdown of permanently installed equipment)

Service Line (for the cost of repairing damaged underground utility lines)

Increased Personal Property (for higher limits above the standard policy limit, which is a percentage of your Coverage A-Dwelling amount)

**This notice contains only a general description of the coverages and is not a contract. All coverages are subject to the provisions in the policy itself.** Should you have a need for any of these coverages or high er limits, contact your State Farm Agent to discuss details, cost and eligibility.

### IMPORTANT INFORMATION ABOUT DAMAGE CAUSED BY FLOODING

This policy does not cover damage to your property caused   by flooding. You may be eligible for such coverage through the National Flood Insurance Program ("NFIP"), if you live in  a participating community. For more information, contact your State Farm® agent or visit floodsmart.gov.

01h922la   03-31-2017

STATE FARM-FOSTER_0003

**State Farm Fire and Casualty Company**
*A Stock Company With Home Offices in Bloomington, Illinois*

PO Box 853907
Richardson, TX 75085-3907



AT2          H-26-2271-FA8F  F  H  W
                  3200
FOSTER, DON W & BRENDA K
13212 GRAPE ARBOR TER
OKLAHOMA CITY OK  73170-2101

# RENEWAL DECLARATIONS

**AMOUNT DUE:**                                    **None**

**Payment is due by  TO BE PAID BY MORTGAGEE**

**Policy Number:**    36-C0-7718-3

**Policy Period:**   12 Months
**Effective Dates:** APR 15 2021 to APR 15 2022
The policy period begins and ends at 12:01 am standard
time at the residence premises.

## Homeowners Policy

**Location of Residence Premises**
13212 GRAPE ARBOR TER
OKLAHOMA CITY OK  73170-2101

**Your State Farm Agent**
 RITA WALLENBERG INS AGY INC
2833 SW 119TH ST STE C
OKLAHOMA CITY OK    73170-2659

**Phone:** (405) 691-2464  or  (405) 691-5279

| | |
|---|---|
| **Construction:** | Masonry Veneer |
| **Year Built:** | 2003 |

**Roof Material:** Composition Shingle
**Roof Installation Year:**   Default to Year Built

**Automatic Renewal**

If the **POLICY PERIOD** is shown as **12 MONTHS,** this policy will be renewed automatically subject to the premiums, rules,
and forms in effect for each succeeding policy period. If this policy is terminated, we will give you and the Mortgagee/Lien-
holder written notice in compliance with the policy provisions or as required by law.

## IMPORTANT MESSAGES

NOTICE: Information concerning changes in your policy language is included.  Please call your agent with any questions.
Coverage A has increased $52,900.00 over last year.
Please help us update the data used to determine your premium. Contact your agent with the year each of
your home's utilities (heating/cooling, plumbing, or electrical) and roof were last updated.

## PREMIUM

| | |
|---|---|
| Annual Premium | $4,005.00 |

*Your premium has already been adjusted by the following:*

| | |
|---|---|
| Home Alert Discount | Home/Auto Discount |
| Claim Record Discount | Loyal Customer |

| | |
|---|---|
| **Total Premium** | **$4,005.00** |

Prepared   FEB 24 2021
HO-2000
012803_420
N      GA,GB,R3,EH

*Thanks for letting us serve you...*

(o1F1080B)  04-04-2016

**STATE FARM-FOSTER_0004**

ST-
0206-0000

**State Farm®**

| NAMED INSURED | MORTGAGEE AND ADDITIONAL INTERESTS | |
|---|---|---|
| FOSTER, DON W & BRENDA K | **Mortgagee**<br>BOKF NA DBA BANK OF OKLAHOMA<br>ISAOA ATIMA<br>PO BOX 1550<br>SPRINGFIELD OH  45501-1550 | Loan Number:<br>0003610007 |
| | **2nd Mortgagee**<br>BOKF NA DBA BANK OF OKLAHOMA<br>ISAOA ATIMA<br>PO BOX 1550<br>SPRINGFIELD OH  45501-1550 | Loan Number:<br>217928 |

## SECTION I - PROPERTY COVERAGES AND LIMITS

| Coverage | Limit of Liability | |
|---|---|---|
| A Dwelling | $ | 490,000 |
| Other Structures | $ | 49,000 |
| B Personal Property | $ | 367,500 |
| C Loss of Use | $ | 147,000 |

### Additional Coverages

| | |
|---|---|
| Arson Reward | $1,000 |
| Credit Card, Bank Fund Transfer Card, Forgery, and Counterfeit Money | $1,000 |
| Debris Removal | Additional 5% available/$1,000 tree debris |
| Fire Department Service Charge | $500 per occurrence |
| Fuel Oil Release | $10,000 |
| Locks and Remote Devices | $1,000 |
| Trees, Shrubs, and Landscaping | 5% of Coverage A amount/$750 per item |

## SECTION II - LIABILITY COVERAGES AND LIMITS

| Coverage | Limit of Liability | |
|---|---|---|
| L Personal Liability (Each Occurrence) | $ | 300,000 |
| Damage to the Property of Others | $ | 1,000 |
| M Medical Payments to Others (Each Person) | $ | 5,000 |

## INFLATION

Inflation Coverage Index: 281.8

## DEDUCTIBLES

| Section I Deductible | Deductible Amount | |
|---|---|---|
| Earthquake  5% | $ | 24,500 |
| Other Losses  1/2% | $ | 2,450 |

## LOSS SETTLEMENT PROVISIONS

A1  Replacement Cost - Similar Construction
B1  Limited Replacement Cost - Coverage B

FEB 24 2021

oIF1B8IA

HO-2000

**STATE FARM-FOSTER_0005**



**36-C0-7718-3**

<span style="color:red">**FORMS, OPTIONS, AND ENDORSEMENTS**</span>

| | |
|---|---|
| HW-2136 | Homeowners Policy |
| Option ID | Increase Dwlg up to $98,000 |
| Option OL | Ordinance/Law   10%/   $49,000 |
| Option JF | Jewelry and Furs $1,500 Each |
| | Article/$2,500 Aggregate |
| HO-2444 | Back-Up Of Sewer Or Drain - |
| | 5% of Coverage A/$ 24,500 |
| HO-2414 | Earthquake Endorsement |
| HO-2310 | *Amendatory Endorsement |
| HO-2356 | *Amendatory End - Liability |
| | *New Form Attached |

<span style="color:red">**ADDITIONAL MESSAGES**</span>

State Farm® works hard to offer you the best combination of price, service, and protection. The amount you pay for homeowners insurance is determined by many factors such as the coverages you have, the type of construction, the likelihood of future claims, and information from consumers reports.

**Other limits and exclusions may apply - refer to your policy**

Your policy consists of these Declarations, the Homeowners Policy shown above, and any other forms and endorsements that apply, including those shown above as well as those issued subsequent to the issuance of this policy.

This policy is issued by the State Farm Fire and Casualty Company.

**Participating Policy**

You are entitled to participate in a distribution of the earnings of the company as determined by our Board of Directors in accordance with the Company's Articles of Incorporation, as amended.

In Witness Whereof, the State Farm Fire and Casualty Company has caused this policy to be signed by its President and Secretary at Bloomington, Illinois.

Secretary                                      President

Prepared   FEB 24 2021
HO-2000
012804   420
N

STATE FARM-FOSTER_0006

**State Farm**

**Your coverage amount....**

It is up to you to choose the coverages and limits that meet your needs. We recommend that you purchase a coverage limit at least equal to the estimated replacement cost of your home. Replacement cost estimates are available from building contractors and replacement cost appraisers, or, your agent can provide an Xactware estimate using information you provide about your home. We can accept the type of estimate you choose as long as it provides a reasonable level of detail about your home. State Farm® does not guarantee that any estimate will be the actual future cost to rebuild your home. Higher limits are available at higher premiums. Lower limits are also available, which if selected may make certain coverages unavailable to you. We encourage you to periodically review your coverages and limits with your agent and to notify us of any changes or additions to your home.

FEB 24 2021

oF1081A

HO-2000

STATE FARM-FOSTER_0007

36-C0-7718-3    **012805**

## IMPORTANT NOTICE

### Regarding Changes to Your Policy



Effective with this policy term, **HO-2310 HOMEOWNERS AMENDATORY ENDORSEMENT (Oklahoma)** is added to your policy.

This notice summarizes the changes being made to your policy. Please read the new endorsement carefully and note the following changes:

- Under **DEFINITIONS**, the definition of "occurrence" has been updated as it relates to bodily injury and property damage. In order to be considered one occurrence, bodily injury and property damage may occur from continuous or repeated exposure.

- Editorial changes have been made to the following provisions:

  o **SECTION I – CONDITIONS, Mortgagee Clause**

  o **SECTION I AND SECTION II – CONDITIONS, Cancellation**

  o **SECTION I AND SECTION II – CONDITIONS, Nonrenewal**

  o **OPTIONAL POLICY PROVISIONS, Option ID – Increased Dwelling Limit**

- Under **SECTION I AND SECTION II – CONDITIONS, Electronic Delivery** has been deleted.

Endorsement **HO-2310** follows this notice. Please read it thoroughly and place it with your policy. If you have any questions about the information in this notice, please contact your State Farm® agent.

This notice is a general description of coverage and/or coverage changes and is not a statement of contract. This message does not change, modify, or invalidate any of the provisions, terms, or conditions of your policy, or any other applicable endorsements.

---

### HOMEOWNERS AMENDATORY ENDORSEMENT (Oklahoma)

This endorsement modifies insurance provided under the following: HOMEOWNERS POLICY

#### DEFINITIONS

The definition of *"occurrence"* is replaced by the following:

*"occurrence"*, when used in Section II of this policy, means an accident, including accidental exposure to conditions, which first results in:

a. *bodily injury*; or

b. *property damage*;

during the policy period. All *bodily injury* and *property damage* resulting from one accident, series of related accidents, or from continuous or repeated exposure to the same general conditions is considered to be one *occurrence*.

#### SECTION I – CONDITIONS

Under **Mortgagee Clause**, paragraph 10.c. is replaced by the following:

c. If *we* cancel this policy, the mortgagee will be notified at least 10 days before the date cancellation takes effect.

#### SECTION I AND SECTION II – CONDITIONS

Under **Cancellation**, 5.b. is replaced by the following:

b. *We* may cancel this policy by providing notice to a named insured shown on the *Declarations*. The notice will provide the date cancellation is effective.

  (1) When *you* have not paid the premium, *we* may cancel at any time by providing notice at least 10 days before the date cancellation takes effect. This condition applies whether the premium is payable to *us* or *our* agent or under any finance or credit plan.

  (2) When this policy has been in effect for less than 45 business days and is not a renewal with *us*, *we* may cancel for any reason. *We* may cancel by providing notice at least 10 days before the date cancellation takes effect.

  (3) When this policy has been in effect for 45 business days or more, or at any time if it is a renewal with *us*, *we* may cancel for the following reasons:

©, Copyright, State Farm Mutual Automobile Insurance Company, 2019

**STATE FARM-FOSTER_0008**

ST-
0406-0000

(a) discovery of fraud or material misrepresentation in the procurement of the insurance or with respect to any claims submitted thereunder;

(b) discovery of willful or reckless acts or omissions on the part of the named insured which increase any hazard insured against;

(c) a change in the risk which substantially increases any hazard insured against after insurance coverage has been issued or renewed;

(d) violation of any local fire, health, safety, building, or construction regulation or ordinance with respect to any insured property or the occupancy thereof which substantially increases any hazard insured against;

(e) a determination by the Insurance Commissioner that the continuation of the policy would place the insurer in violation of the insurance laws of this state; or

(f) conviction of the named insured of a crime having as one of its necessary elements an act increasing any hazard insured against.

*We* may cancel this policy by providing notice at least 30 days before the date cancellation takes effect.

(4) When this policy is written for a period longer than one year, *we* may cancel for any reason at anniversary. *We* may cancel by providing notice at least 30 days before the date cancellation takes effect.

**Nonrenewal** is replaced by the following:

**Nonrenewal.** If *we* decide not to renew this policy, then, at least 30 days before the end of the current policy period, *we* will provide a nonrenewal notice to a named insured shown on the *Declarations*.

HO-2310

**Electronic Delivery** is deleted.

**OPTIONAL POLICY PROVISIONS**

**Option ID** is replaced by the following:

**Option ID – Increased Dwelling Limit.** *We* will settle losses to damaged *building structures* covered under **COVERAGE A – DWELLING** according to the **Loss Settlement Provision** shown in the *Declarations*.

1. If the amount *you* actually and necessarily spend to repair or replace the damaged *dwelling* exceeds the limit of liability shown in the *Declarations* for Coverage A – Dwelling, *we* will pay the additional amounts not to exceed the Option ID limit shown in the *Declarations*.

2. If the amount *you* actually and necessarily spend to repair or replace damaged *building structures* covered under **COVERAGE A – DWELLING**, Other Structures exceeds the limit of liability shown in the *Declarations* for Other Structures, *we* will pay the additional amounts not to exceed 10% of the Option ID limit shown in the *Declarations*.

**Report Increased Values.** *You* must notify *us* within 90 days of the start of construction on any new *building structure* costing $5,000 or more; or any additions to or remodeling of *building structures* that increase their values by $5,000 or more. *You* must pay any additional premium due for the increased value. *We* will not pay more than the applicable limit of liability shown in the *Declarations* if *you* fail to notify *us* of the increased value within 90 days.

All other policy provisions apply.

©, Copyright, State Farm Mutual Automobile Insurance Company, 2019

(CONTINUED)

**STATE FARM-FOSTER_0009**

36-C0-7718-3    012806

# IMPORTANT NOTICE

### Regarding Changes to Your Policy



Effective with this policy term, **HO-2356 AMENDATORY ENDORSEMENT – SECTION II – LIABILITY COVERAGES** is added to your policy.

This notice summarizes the changes being made to your policy. Please read the new endorsement carefully and note the following changes:

- Under **SECTION II – EXCLUSIONS**, Under item 2.a., language has been added to the exclusion to create exceptions for written contracts that directly relate to the ownership, maintenance, or use of any insured location and when the liability of others is assumed by you.

- Under **SECTION II – EXCLUSIONS**, Under item 2.c., language has been added to the exclusion to create an exception for pet damage to property rented to, used or occupied by, or in the care, custody, or control of any insured.

Endorsement **HO-2356** follows this notice. Please read it thoroughly and place it with your policy. If you have any questions about the information in this notice, please contact your State Farm® agent.

This notice is a general description of coverage and/or coverage changes and is not a statement of contract. This message does not change, modify, or invalidate any of the provisions, terms, or conditions of your policy, or any other applicable endorsements.

## AMENDATORY ENDORSEMENT– SECTION II – LIABILITY COVERAGES

This endorsement modifies insurance provided under the following: HOMEOWNERS POLICY, CONDOMINIUM UNITOWNERS POLICY, and RENTERS POLICY

**SECTION II – EXCLUSIONS**

Under **SECTION II – EXCLUSIONS**, 2.a. and 2.c. are replaced by the following:

2. Coverage L does not apply to:

   a. liability:

      (1) for *your* share of any loss assessment charged against all members of any type of association of property owners; or

      (2) imposed on or assumed by any *insured* through any unwritten or written contract or agreement. This exclusion does not apply to:

         (a) liability for damages that the *insured* would have in absence of the contract or agreement; or

         (b) written contracts:

            (i) that directly relate to the ownership, maintenance, or use of any *insured location*; or

            (ii) when the liability of others is assumed by *you* prior to the *occurrence*;

            unless excluded elsewhere in the policy;

   c. *property damage* to property rented to, used or occupied by, or in the care, custody, or control of any *insured* at the time of the *occurrence*. This exclusion does not apply to *property damage* caused by:

      (1) fire;

      (2) smoke;

      (3) explosion;

      (4) abrupt and accidental damage from water; or

      (5) household pets, up to $500 in excess of *your* security deposit;

All other policy provisions apply.

HO-2356

©, Copyright, State Farm Mutual Automobile Insurance Company, 2019

ST-
0506-0000

**STATE FARM-FOSTER_0010**

STATE FARM-FOSTER_0011

36-C0-7718-3      012807

553-2634.1

## PREMIUM DISCOUNT AVAILABLE FOR USE OF IMPACT-RESISTIVE ROOFING PRODUCTS



State Farm® offers a premium discount for homes that have qualified impact-resistive roofing materials.

Underwriters Laboratories (UL) and Factory Mutual (FM) are nationally recognized testing laboratories that develop safety standards and test products to verify they meet specific performance standards. Both UL and FM have developed testing standards that measure the impact resistance of various roofing materials. The roofing products tested by UL and FM are rated from Class 1 to Class 4, with Class 4 providing the greatest roofing protection.

State Farm offers a premium discount when qualified UL certified or FM approved Class 3 or Class 4 roofing materials have been installed on your home. The discount applies to both new and replacement roofs installed since May 1996 with UL certified products, and since July 2005 with FM approved products.

Discounts are not available for wood roofs, or roofs (other than qualifying metal roofs) that have been overlaid on to existing roofing. Discounts are also subject to limitations and may not be available on all UL or FM Class 3 and 4 impact-resistant roofing products.

Manufacturers continue to bring UL certified and FM approved roofing products to the consumer marketplace. You can visit our web site at http://www.statefarm.com/insurance/other/roofinfo.asp for a list of qualifying products in your state.

If you have any questions about the discounts available for installing an impact-resistive roof or to see if your roof qualifies, please contact your State Farm agent.

**This discount program does not constitute an endorsement or any warranty of performance on the part of State Farm for any particular roofing product. Please research and determine what roofing material is best suited for your home, location and environmental conditions.**

553-2634.1 (C)              (12/09)

553-4157

# NOTICE TO POLICYHOLDER

For a comprehensive description of coverages and forms, please refer to your policy.

Policy changes that you requested before the "Date Prepared" on your Renewal Declarations are effective on the renewal date of this policy unless indicated otherwise by a separate endorsement, binder or Amended Declarations Page. Any coverage forms or endorsements included with your Renewal Declarations are effective on the renewal date of this policy.

Policy changes that you requested after the "Date Prepared" on your Renewal Declarations will be sent to you as an Amended Declarations Page or as an endorsement to your policy. You will be billed for any resulting premium increase later.

If you have acquired any valuable property items, made any improvements to your home, or have questions about your insurance coverage, please contact your State Farm® agent.

553-4157 (C)

(CONTINUED)

STATE FARM-FOSTER_0012

ST-
0606-0000

553-4156

# PREMIUM ADJUSTMENT

Insurance premiums have been adjusted and continue to reflect the expected cost of claims.  Some policyholders will see their premiums increase while other policyholders may see their premiums decrease or stay the same.  The amount your premium changed, if at all, depends on several factors including the expected claim experience in your area, the coverage you have, and any applicable discounts or charges.

The enclosed Renewal Declarations reflects your new premium.

State Farm® works hard to offer you the best combination of cost, protection, and service.  We will continue doing our best to make the most effective use of your premium dollars and give you superior service when you need it.

If you have any questions about your premium, or policy coverages, please contact your State Farm agent.

553-4156

553-2798.1

# IMPORTANT NOTICE ABOUT YOUR POLICY

With our Claim Record Rating Plan, your savings will typically increase the fewer claims you have and the longer you're insured with State Farm®. We adjust premiums based on the number of claims under the rating plan. Depending on your state, claims under the plan generally include those resulting in a paid loss and may include weather-related claims where permitted. In addition, any claims with your prior insurer resulting in property damage or injury may also influence your premium.

Our Loyal Customer Discount provides a premium discount based on the number of years that you have been with us.

For more information about whether the Claim Record Rating Plan applies in your state, the claims we consider for the plan, or whether the Loyal Customer Discount is in effect in your state, please contact your State Farm agent.

553-2798.1



This policy is one of the broadest forms available today, and provides you with outstanding value for your insurance dollars. However, we want to point out that every policy contains limitations and exclusions. Please read your policy carefully, especially "Losses Not Insured" and all exclusions.

tate Farm
**Homeown rs Policy**

**Oklahoma**
HW-2136

**STATE FARM-FOSTER_0014**

# HOMEOWNERS POLICY
## TABLE OF CONTENTS

**AGREEMENT** .......................................................... 1

**DEFINITIONS** ........................................................ 1

**DEDUCTIBLE** ......................................................... 5

**SECTION I – PROPERTY COVERAGES** ............. 5

  **COVERAGE A – DWELLING** ............................. 5

    Dwell n ............................................................. 5

    Ot er tructures ................................................ 5

    Property Not Covered ...................................... 5

  **COVERAGE B – PERSONAL PROPERTY** ........ 5

    Property Covered ............................................. 5

    pec L m ts of L b l ty ..................................... 6

    Property Not Covered ...................................... 6

  **COVERAGE C – LOSS OF USE** ....................... 8

    Add t on l L v n  Expense .............................. 8

    F r Rent l V lue ................................................ 8

    Pro b ted Use .................................................. 8

  **SECTION I – ADDITIONAL COVERAGES** ....... 8

    Debr s Remov l .............................................. 8

    Tempor ry Rep rs .......................................... 9

    Trees,  rubs, nd L ndsc p n ..................... 9

    F re Dep rtment  erv ce C r e ....................... 9

    Property Removed ........................................... 9

    Cred t C rd, B nk Fund Tr nsfer C rd,
    For ery, nd Counterfe t Money ...................... 9

    Power Interrupt on ........................................ 10

    Refr r ted Products ..................................... 10

    Arson Rew rd ................................................ 10

    Volc n c Act on ............................................. 10

    Coll pse ......................................................... 10

    Locks nd Remote Dev ces ............................ 11

    Fuel O l Rele se ............................................ 11

    Te r Out ......................................................... 11

    Home Cert f c t on ......................................... 11

**INFLATION COVERAGE** ................................... 11

**SECTION I – LOSSES INSURED** ................... 12

  **COVERAGE A – DWELLING** ........................... 12

  **COVERAGE B – PERSONAL PROPERTY** ..... 12

**SECTION I – LOSSES NOT INSURED** ........... 14

**SECTION I – LOSS SETTLEMENT** ................. 18

  **COVERAGE A – DWELLING** ........................... 18

    A1 – Repl cement Cost Loss  ettlement –
    m l r Construct on ....................................... 18

    A2 – Repl cement Cost Loss  ettlement –
    Common Construct on ................................... 18

  **COVERAGE B – PERSONAL PROPERTY** ..... 19

    B1 – L m ted Repl cement Cost Loss
     ettlement .................................................... 19

    B2 – Deprec ted Loss  ettlement ................. 19

  **SECTION I – CONDITIONS** ............................ 20

    Insur ble Interest nd L m t of L b l ty ............ 20

    Your Dut es After Loss ................................... 20

    Loss to  P r or  et ..................................... 20

    Appr s l ......................................................... 21

    Ot er Insur nce ............................................. 22

     u t A nst Us .............................................. 22

    Our Opt on .................................................... 22

    Loss P yment ................................................ 22

    Ab ndonment of Property .............................. 22

    Mort ee Cl use ........................................... 22

    No Benef t to B lee ........................................ 23

    Recovered Property ....................................... 23

    Ass nment of Cl m ...................................... 23

**SECTION II – LIABILITY COVERAGES** ......... 23

  **COVERAGE L – PERSONAL LIABILITY** ....... 23

  **COVERAGE M – MEDICAL PAYMENTS TO
  OTHERS** ......................................................... 23

, Copyr t,  t te F rm Mutu l Automob le Insur nce Comp ny, 2017

HW 2136

**SECTION II – ADDITIONAL COVERAGES**............23

Cl m Expenses ................................................24

F rst A d Expenses ...........................................24

D m e to Property of Ot ers .........................24

**SECTION II – EXCLUSIONS**................................24

**SECTION II – CONDITIONS** ...............................28

L m t of L b l ty...............................................28

ever b l ty of Insur nce .................................28

Dut es After Loss .............................................28

Cover e M Requ rements .............................29

P yment of Cl m – Cover e M or D m e
to Property of Ot ers .....................................29

u t A nst Us....................................................29

B nkruptcy of n Insured ...............................29

Ot er Insur nce – Cover e L ........................29

**SECTION I AND SECTION II – CONDITIONS**........29

Pol cy Per od ...................................................29

Conce lment or Fr ud......................................29

L ber l z t on Cl use .........................................29

W ver or C e of Pol cy Prov s ons ...........29

C ncell t on.......................................................29

Nonrenew l ......................................................30

Ass nment of Pol cy .......................................30

ubro t on nd Re mbursement......................30

De t ................................................................31

Conform ty to t te L w..................................31

Prem um ............................................................31

R t to Inspect..................................................32

Jo nt nd Ind v du l Interests..........................32

C e of Pol cy Address .................................32

Electron c Del very............................................32

Our R ts Re rd n Cl m Inform t on..........32

Dut es Re rd n Cl m Inform t on................33

**OPTIONAL POLICY PROVISIONS**.........................33

Opt on AI – Add t on l Insured.........................33

Opt on BP – Bus ness Property .......................33

Opt on BU – Bus ness Pursu ts .......................33

Opt on FA – F re rms ......................................34

Opt on ID – Incre sed Dwell n L m t .............34

Opt on IO – Inc dent l Bus ness ......................34

Opt on JF – Jewelry nd Furs...........................35

Opt on OL – Bu ld n Ord n nce or L w...........36

Opt on G – lverw re nd Goldw re
T eft ................................................................37

, Copyr t, t te F rm Mutu l Automob le Insur nce Comp ny, 2017

HW 2136

## HOMEOWNERS POLICY

### AGREEMENT

*We* agree to provide the insuran e described in this policy:

1.  based on *your* payment of premium, in a form ac-
    ceptable to *us*, for the coverages *you* chose;

2.  based on *your* compliance with all applicable provi-
    sions of this policy; and

3.  based on the information *you* have given *us* and
    *your* statements in this agreement.

*You* agree, by acceptance of this policy, that:

1.  *you* will pay premiums when due and comply with
    the provisions of this polic ;

2.  the statements in this agreement are *your* state-
    ments and are true;

3.  *we* insure *you* on the basis *your* statements are
    true; and

4.  this policy contains all of the agreements between
    *you* and *us* and any of *our* agents.

Unless otherwise indicated in the application, *you* state
that during the five years preceding the time of *your*
application for this insurance *you* have not had any losses,
insured or not.

When *you* request changes to this policy, or the infor-
mation or factors used to calculate the premium for this
policy changes during the policy period, *we* may adjust
the premium in accordan e with the change during the
policy period and *you* must pay any additional premium
due within the time *we* specif .

### DEFINITIONS

*We* define the following words and phrases for use
throughout this policy.  These definitions apply to the
singular, plural, and possessive forms of these words and
phrases.  Defined words and phrases are printed in bold
itali s.

1.  ***"actual cash value"*** means the value of the dam-
    aged part of the property at the time of loss, calcu-
    lated as the estimated cost to repair or replace such
    property, less a deduction to account for pre-loss
    depreciation.  For this calculation, all components of
    this estimated cost including, but not limited to:

    a.  materials, including any tax;

    b.  labor, including any tax; and

    c.  overhead and profit;

    are subject to depreciation.

    The depreciation deduction may include such con-
    siderations as:

    a.  age;

    b.  condition;

    c.  reduction in useful life;

    d.  obsolescence; and

    e.  any pre-loss damage including wear, tear, or
        deterioration;

    of the damaged part of the property.

2.  ***"bodily injury"*** means physical injury, sickness, or
    disease to a person. This includes required care,
    loss of services, and death resulting therefrom.

    *Bodily injury* does not include:

    a.  any of the following which are communicable:
        disease, bacteria parasite, virus, or other
        organism, any of which are transmitted by any
        *insured* to any other person;

    b.  the actual or alleged exposure to any such disease,
        bacteria, parasite, virus, or other organism by
        any *insured* to any other person; or

    c.  emotional distress, mental anguish, humiliation,
        mental distress, mental injury  or any similar in-
        jury unless it arises out of actual physical injury
        to some  erson.

3.  ***"building structure"*** means a structure fully en-
    closed with permanent walls and a roof.  A perma-
    nent wall or roof does not include any kind of
    temporary materials including but not limited to
    tarps, plastic sheeting, or other similar material.  A
    structure that is otherwise fully enclosed with per-
    manent walls and a roof, that is undergoing repairs
    due to a recent *loss insured*, using materials such
    as tarps, plastic sheeting, or other similar material,
    is still considered a ***building structure***.

o yright, State Farm Mutual Automobile Insurance Company  2017

HW-2136

**STATE FARM-FOSTER_0017**

A *building structure* includes:

a. the foundation supporting the structure including:

   (1) slabs;

   (2) basement walls;

   (3) crawl space walls;

   (4) footings; and

   (5) gravel stone or sand used as fill material and located not more than 12 inches directly below a slab described in item a.(1) including water supply lines domestic water pipes and sewer pipes located within this fill material; and

b. wall-to-wall carpeting attached to the structure.

4. **"business"** means any full-time or part-time activity trade profession employment or occupation or a commercial mercantile or industrial undertaking of an economic nature. It does not matter whether it is continuous or regular is a secondary or supplemental source of income or is an *insured's* principal means of livelihood. Profit and profit motive are irrelevant.

*Business* does not include:

a. volunteer activities for a not-for-profit or non-profit organization or public agency for which no money is received other than payment of expenses;

b. incidental and infrequent personal economic activity such as a hobby garage or yard sale or traditional farm activities when the farm products are intended only for the personal use of the *insured*;

c. an occasional or part-time self-employed activity by a person under 19 years of age that involves no employees or subcontracted independent contractors and is a type of activity normally performed by persons under 19 years of age including but not limited to child care lawn mowing or paper delivery; and

d. the ownership maintenance or use of systems and equipment used to generate electrical power up to but not exceeding 125 percent of

the actual electrical power usage by the *residence premises* in the 12-month period prior to the date of the loss; or

e. ownership of the *residence premises* by the person or organization shown in the *Declarations* as Additional Insured.

5. **"Declarations"** means the policy *Declarations*, any amended *Declarations* the most recent renewal *Declarations* an Evidence of Insurance form, or an endorsement changing any of these.

6. **"diminution in value"** means any reduction in the value of an covered property prior to or following repair or replacement as compared to the value of that property immediately before the loss.

7. **"dwelling"** means the *building structure* on the *residence premises* used as the primary private residence and includes structures attached to the *dwelling*.

8. **"fungus"** means any type or form of *fungus*, including mold mildew mycotoxins, spores scents, or byproducts produced or released by fungi.

9. **"insured"** means:

a. *you*;

b. *your relatives*; and

c. any other person under the age of 21 in the care of a person described above.

Under Section II *insured* also means:

d. the person or organization legally responsible for animals or watercraft to which this policy applies. However the animal or watercraft must be owned by *you* or a person included in 9.b. or 9.c. above. A person or organization using or having custody of these animals or watercraft in the course of a *business*, or without permission of the owner, is not an *insured*; and

e. with respect to any vehicle to which this policy applies any person while engaged in *your* employment or the employment of a person included in 9.b. or 9.c. above.

10. **"insured location"** means:

a. the *residence premises*;

Copyright State Farm Mutual Automobile Insurance Company 2017
HW-2136

**STATE FARM-FOSTER_0018**

b. the part of an other premises other structures, and grounds used by **you** as a residence. This includes premises structures and grounds **you** acquire while this policy is in effect for **your** use as a residence;

c. any premises used by **you** in connection with the premises included in 10.a. or 10.b. above;

d. any part of a premises not owned by an **insured** but where an **insured** is temporarily residing;

e. land owned by or rented to an **insured** on which a one or two family dwelling is being constructed as a residence for an **insured**;

f. individual or family cemetery lots or burial vaults owned by an **insured**;

g. any part of a premises occasionally rented to an **insured** for other purposes other than **business**;

h. vacant land owned by or rented to an **insured**. For the purposes of this definition vacant land does not include:

(1) farm land;

(2) land containing a residence; or

(3) land containing fences, corrals, boat docks tool sheds barns grain bins, and similar structures unless they are used solely for the personal use of the **insured**; or

i. farm land (without buildings) rented or held for rental to others but not to exceed a total of 500 acres regardless of the number of locations.

11. **"loss insured"** means a loss as described under **SECTION I – LOSSES INSURED  COVERAGE A – DWELLING** and **SECTION I – LOSSES INSURED**, **COVERAGE B – PERSONAL PROPERTY**.

12. **"motor vehicle"** when used in Section II of this policy

a. a land **motor vehicle** designed for travel on public roads or subject to motor vehicle registration;

b. a trailer or semi-trailer designed for travel on public roads and subject to motor vehicle registration;

c. a "recreational or utility vehicle" while off an **insured location**. "Recreational or utility vehicle" means a motorized vehicle designed for recreation or utility purposes, used principally off public roads, and that is owned or leased by an **insured**. This includes, but is not limited to, a motorized all-terrain vehicle, side-by-side vehicle, utility work vehicle, amphibious vehicle, dune buggy, go-cart, golf cart, snowmobile, trailbike, minibike, and personal assistive mobility device. "Leased" does not include temporary rental;

d. a "locomotive" while off an **insured location**. "Locomotive" means a self-propelled vehicle for pulling or pushing freight or passenger cars on tracks that is large enough to carry a person and is owned or leased by an **insured**. "Leased" does not include temporary rental;

e. a bulldozer, track loader, backhoe, high-hoe, trencher, grader, crane, self-propelled scraper, excavator, pipe-layer cherry picker, telehandler, logging vehicle, mining vehicle, or road building vehicle that is owned or leased by an **insured** while off an **insured location**. "Leased" does not include temporary rental; and

f. any vehicle while being towed or pushed by or carried on a vehicle included in 12.a. through 12.e. above.

The following are not **motor vehicles**:

a. a boat, camper, home, or utility trailer not being towed or pushed by or carried on a vehicle included in 12.a. through 12.e. above;

b. a motorized land vehicle in storage on an **insured location** not intended to be operated for an extended period of time and rendered inoperable by placing the vehicle on blocks or removing parts essential for its operation;

c. a motorized golf cart while used for golfing purposes;

d. a motorized vehicle or trailer designed to assist persons with disabilities that is not designed for travel on public roads or subject to motor vehicle registration; or

© Copyright State Farm Mutual Automobile Insurance Company  2017
HW-2136

STATE FARM-FOSTER_0019

e.  a c mmercially manufactured two, three, or f ur wheeled personal conveyance powered only by or a sisted by an unmodified motor or engine with a manufacturer's power rating of no more than 1 hor epower and capable of a top s eed of no more than 20 miles per hour.

13.  **"occurrence"**, when used in Section II of this poli-cy, mean  an accident, including accidental expo-sure t  conditions  which first results in:

a.  **bodily injury**; or

b.  **property damage**;

during the policy peri d. All **bodily injury** and **prop-erty damage** resulting from one accident, series of related accidents, or from continuous and repeated exp sure to the same general conditions is consid-ered t  be one **occurrence**.

14.  **"property damage"** means physical damage to or destruction of tangible property, including loss of use of this pr perty. Theft or conversion of pro erty by any **insured** is not **property damage**.

15.  **"relative"** means any person related to **you** by:

a.  blood;

b.  ado tion;

c.  marriage; or

d.  civil union, d mestic partnership, or other sub-stantially similar legal relationship that is rec-ognized and valid in the state where, and at the time when, the legal relationship was estab-li hed;

and who resides primarily with **you**.

1 .  **"residence employee"** means an employee of an **insured**,  r an employee leased to an **insured** by a labor lea ing firm under an agreement between an **insured** and the lab r leasing firm, who performs duties  including household or domestic services, in c nnection with the maintenance or use of the **resi-dence premises**. Thi  includes employees who per-f rm similar duties elsewhere for **you**. This does not include employee  while performing duties in con-nection with the **business** of an **insured**.

17.  **"residence premises"** means:

a.  the  ne, two, three, or four family dwelling, other structures and grounds; or

b.  that  art  f any  ther **building structure**;

where **you** re ide and which i  h wn in the **Decla-rations**.

18.  **"State Farm Companies"** mean  ne  r m re  f the f ll wing:

a.  State Farm Mutual Aut m bile  In urance C m any;

b.  State Farm Fire and Ca ualty C m any; and

c.  ub idiarie  r affiliate  f either 18.a.  r 18.b. ab ve.

19.  **"vacant dwelling"** mean :

a.  a dwelling:

(1)  that ha  n t been  ccu ied a  a re idence f r m re than 30 c n ecutive day  imme-diately bef re the l    ; and

(2)  where a  red minant am unt  f er  nal r  erty ha  been rem ved  r i  ab ent uch that the dwelling i  n t functi nal a  a habitual  lace  f re idence.

A dwelling will be c n idered  ccu ied  nly if it i  being u ed a  a habitual  lace  f re idence with **your** kn wledge and a  r val.

b.  A dwelling that i  under active c n structi n will n t be c n idered a **vacant dwelling**.  A dwell-ing i  under active c n structi n when it i :

(1)  being built a  a new  tructure;

(2)  being re aired due t  damage  therwi e c vered by thi   licy;  r

(3)  underg ing  ub tantial  im r vement ren vati n  rem deling  r m dificati n ;

and the c n structi n re ult in  ub tantial c n-tinuing activitie  by  er  n a  ciated with the c n structi n r ject at the  remi e  during the relevant time  eri d .

20.  **"we"  "us"** and **"our"** mean the C m any  h wn in the **Declarations**.

21.  **"you"** and **"your"** mean the  er  n  r  er  n shown a  "Named In ured" in the **Declarations**.  If a "Named In ured"  h wn in the **Declarations** i  a human being  then **you** and **your** include:

a.  a  u e  f a "Named In ured";

Copyright, State Farm Mutual Aut m bile Insurance C m any  2017

HW-213

**STATE FARM-FOSTER_0020**

b.  a  arty t  a civil uni  n with a "Named Insured";

c.  a d me tic  artner  f a "Named Insured"; or

d.  a  er  n in a  ub tantially similar legal rela-
ti  n hi  with a "Named In ured";

if such relati n hi  i  rec gnized and valid in the
state where  and at the time when  the legal rela-
tionshi  wa  e tabli hed   l ng a the  er n  n
the ab ve relati n hi  re ide   rimarily with that
"Named In ured".

## DEDUCTIBLE

In ca e f l  under thi   licy **we** will pay, subject to
s ecified  licy limit  nly that  art  f the amount of the
loss that exceed  the deductible am unt shown in the

***Declarations***.  Deductible  will be a  lied  er  ccur-
rence. Deductible a l y t  ecific l  e a de cribed
in this policy.

## SECTION I – PROPERTY COVERAGES

### COVERAGE A – DWELLING

1.  **Dwelling. _We_** c ver the ***dwelling*** and materials and
u  lie  l cated  n r adjacent to the ***residence
premises*** f r u e in the c n truction, alteration, or
re air f the ***dwelling***  r  ther  tructures on the ***res-
idence premises***.

2.  **Other Structures. _We_** c ver  ther  tructures on the
***residence premises***  e arated from the ***dwelling***
by clear   ace. Structure  connected to the
***dwelling*** by  nly a fence  utility line, or similar con-
necti n are c n idered t  be  ther structures.

**_We_** d n t c ver  ther  tructure :

a.  n t  ermanently attached t  or otherwi e form-
ing a  art f the realty;

b.  u ed either c m letely  r in part for ***business***
ur  e unle   uch u e c nsists solely of of-
fice   ace f r  a  erw rk  computer work, or
u e  fa tele h ne and c n ists solely of activi-
tie  that are:

(1)  dutie   f the ***insured's*** employment by
an  ther; and

(2)   erf rmed   lely by the ***insured***; or

c.  rented  r held f r rental unle s:

(1)  rented t  a  er  n wh  is a tenant of the
***dwelling;***

(2)  rented f r u e   lely a  a private garage;
r

(3)  rented either c m letely or in part, for ex-
clu ive u e a  a  re idence, for no more
than 30 night  in the 12-month period prior
t  the date  f the l  .

3.  **Property Not Covered. _We_** d n t c ver:

a.  land including the land nece  ary t  u  rt any
C verage A  r  erty. **_We_** al  d n t c ver:

(1)  any c  t required t  re lace rebuild  ta-
bilize  r  therwi e re t re the land;  r

(2)  the c  t  f re air technique  de igned t
c m en ate f r r  revent land in tability
t  any  r  erty whether  r n t in ured
under C  verage A;

b.  tree  hrub  live  r artificial  lant  lawn  r arti-
ficial gra   exce t a  r  vided in **SECTION I –
ADDITIONAL COVERAGES  Trees, Shrubs,
and Landscaping**;  r

c.   y tem  and equi ment u ed t  generate elec-
trical   wer exceeding 125  ercent  f the actual
electrical   wer u age by the ***residence prem-
ises*** in the 12-m nth  eri d  ri r t  the date  f
the l  .

### COVERAGE B – PERSONAL PROPERTY

1.  **Property Covered.**

a.  **_We_** c ver  er  nal  r  erty  wned  r u ed by an
***insured*** while it i  anywhere in the w rld. Thi  in-
clude   tructure  n t  ermanently attached t  r
 therwi e f rming a  art  f the realty. At ***your***
reque t **_we_** will c ver  er  nal  r  erty:

(1)   wned by  ther  while the  r  erty i  n
the  art  f the ***residence premises***  ccu-
ied exclu ively by an ***insured***;

(2)   wned by a gue t  r a ***residence em-
ployee*** while the  r  erty i  in any  re
re idence  ccu ied by an ***insured***; and

C  yright, State Farm Mutual Aut m bile Insurance C m any  2017

STATE FARM-FOSTER_0021

(3) owned b  roomers  boarders  tenants  and other  residents  an   of whom are related to **you**.

b. **We**  over  ersonal  ro  ert  usuall  lo  ated at an **insured's** residen e  other than the **residence premises** for u  to $1 000 or 10% of the   overage B  limit  whi hever is greater. This limitation does not a   l  to  ersonal  ro - ert :

(1) in a newl   a quired   rin i al residen e for the first 30 da s after **you** start moving the   ro  ert  there. If the **residence premises** is a newl   a quired   rin i al residen e er- sonal   ro ert  in **your**  immediate   ast   rin i al residen e is not  subje t to this limitation for the first 30 da s after the in- e tion of this  oli ; and

(2)  of a student who is an **insured** while lo- ated at a residen e awa  from the **residence premises**.

**Special Limits of Liability.** These limits do not in-  rease the   overage B  limit. The s e ial limit for ea h of the following  ategories is the total limit for ea h loss for all  ro ert  in that  ategor :

a. $200 on mone   oins and medals  ncluding an  of these that are a   art of a   olle tion bank notes  bullion  gold other than goldware silver other than silverware and   latinum;

b. $1 500 on  ro ert  used or intended for use in a **business**  in luding mer handise  held  as  sam les or for sale or for deliver  after sale while on the **residence premises**. This  over- age is limited to $750 on su h  ro ert  awa  from the **residence premises**.

   Ele troni  data  ro essing s stem equi ment or the re ording or storage media used with that equi ment is not in luded under this   ov- erage and is addressed in item  . below;

.  $10 000 on ele troni  data  ro essing s stem equi ment used or intended for use in a **busi- ness**  in luding but not limited to  om uters  tab- lets  mobile  ersonal  ommuni ation equi ment global  ositioning s stems  mobile  ersonal ele - troni  devi es used for the re rodu tion of sound

and standard media or non-media equipment for use with the above devices;

d. $1 500 on securities, checks, cashiers checks, travelers checks, money orders, gift certifi- cates, gift cards, rechargeable debit cards, phone cards, and other negotiable instruments, ac ounts, deeds, evidences of debt, letters of credit, notes other than bank notes, manu- scripts, passports, and tickets;

e. $1 500 on watercraft of all types and outboard motors, including their trailers, furnishings, and equipment;

f. $1 500 on trailers not used with watercraft;

g. $2 500 on stamps, trading cards, and comic books  including any of these that are a part of a  ollection;

h. $2 500 for loss by theft of firearms;

i. $2 500 for loss by theft of silverware and goldware;

j. $5 000 on any one article and $10,000 in the ag- gregate for loss by theft of any rug, carpet (ex- ce t wall-to-wall carpet), tapestry, wall-hanging, or other similar article;

k. $1 000 on commercially manufactured two, three, or four wheeled personal conveyances powered only by or assisted by an unmodified motor or engine with a manufacturer's power rating of no more than 1 horsepower and capa- ble of a top speed of no more than 20 miles per hour.  This does not include such conveyances that are:

(1) designed for assisting persons with disabilities;

(2) not designed for travel on public roads; and

(3) not subject to motor vehicle registration; and

l. $1 000 for loss by theft of jewelry, watches, fur garments and garments trimmed with fur, and precious and semi-precious stones.

2. **Property Not Covered. We** do not cover:

a. articles separately described and specifically insured in this or any other insurance;

o  right State Farm Mutual Automobile Insuran e  ompany  2017
HW-2136

**STATE FARM-FOSTER_0022**

b. animals, birds, or fish;

c. any engine-propelled or motor-propelled vehicle or machine, including parts, designed for movement on land, except as provided in **Special Limits of Liability**, item k. However, *we* do cover those vehicles or machines:

   (1) that are:

      (a) not designed for travel on public roads; and

      (b) not subject to motor vehicle registration;

   (2) and that are:

      (a) used primarily to service the *insured location*; or

      (b) designed for assisting persons with disabilities;

d. any electronic equipment, devices, or accessories designed for the recording, reproduction, or storage of audio, video, photos, or other data that is permanently installed in or permanently fastened to an engine-propelled or motor-propelled vehicle or hard-wired directly to the vehicle's electrical system. *We* also do not cover removable products that may be used with the equipment or devices described above, including but not limited to tapes, discs, videos, or memory cards while in an engine-propelled or motor-propelled vehicle;

e. aircraft and parts. This does not apply to unmanned aircraft systems used as model aircraft and operated solely for recreational or hobby purposes;

f. property of roomers, boarders, tenants, and other residents not related to *you*;

g. property regularly rented or held for rental to others by an *insured*. This does not apply to property of an *insured*:

   (1) in a sleeping room when the *dwelling* is rented in part, for use as a permanent residence, by either one or two full-time roomers or boarders; or

   (2) on the *residence premises* if it is rented, either completely or in part, for exclusive use as a residence, for no more than 30 nights in the 12-month period prior to the date of the loss;

h. property rented or held for rental to others away from the *residence premises*;

i. any radio devices or transmitters, global positioning systems, radar or laser detectors, antennas, and all other similar equipment that is permanently installed in or permanently fastened to an engine-propelled or motor-propelled vehicle or that is hard-wired directly to the vehicle's electrical system;

j. books or records of accounts receivable, abstracts or other journals, architectural or technical drawings, card index systems, or other records. This does not apply to any recording or storage media for electronic data processing. *We* will cover the cost of blank books, cards, or other blank material plus the cost of labor *you* incur for transcribing or copying such records;

k. recording or storage media for electronic data processing that cannot be replaced with property of like kind and quality on the current retail market;

l. purchased or created audio, video, photos, or other data that cannot be replaced with like kind and quality on the current retail market and that is transferred or downloaded onto mobile communication equipment, global positioning systems, or electronic devices designed for the recording, reproduction, or storage of audio, video, photos, or other data;

m. contraband, or any property used in the course of illegal consumption, possession, import, export, or trade;

n. outdoor hardscape property used for aesthetic purposes except as provided in **SECTION I – ADDITIONAL COVERAGES**, **Trees, Shrubs, and Landscaping**; or

o. electronic currency, digital currency, virtual currency, crypto-currency, and other similar mediums of exchange.

7

© Copyright, State Farm Mutual Automobile Insurance Company, 2017

HW-2136

**COVERAGE C – LOSS OF USE**

The m t *we* will ay f r the um f all l    e c mbined under **Additional Living Expense  Fair Rental Value** and **Prohibited Use** i  the limit f liability  h wn in the *Declarations* f r **Coverage C – Loss of Use**.

1.  **Additional Living Expense.** When a *loss insured* cau e  the *residence premises* t bec me unin-habitable *we* will ay the rea nable and nece ary increa e in c t incurred by an *insured* t  maintain their n rmal tandard f living f r u t 24 m nth . *Our* ayment i limited t  incurred c t f r the h rte t f:

    a.  the time required t re air rre lace the remi e ;

    b.  the time required f r *your* h u eh ld t  ettle el ewhere; r

    c.  24 m nth .

    Thi eri d f time i n t limited by the ex irati n f thi licy.

    *We* will n t ay m re than the limit f liability h wn in the *Declarations* f r **Coverage C – Loss of Use**. Any n rmal ex en e that are reduced r di c ntin-ued due t a *loss insured* will be ubtracted fr m any am unt wed.

2.  **Fair Rental Value.** When a *loss insured* cau e that art f the *residence premises* rented t ther r held f r rental by *you* t bec me uninhabitable *we* will ay it fair rental value. Payment will be f r the h rte t time required t re air rre lace the art f the remi e rented r held f r rental but n t t ex-ceed 12 m nth . Thi eri d f time i n t limited by the ex irati n f thi licy. Fair rental value will n t include any ex en e that d e n t c ntinue while that art f the *residence premises* rented r held f r rental i uninhabitable.

3.  **Prohibited Use.** *We* will ay Additi nal Living Ex-en e and Fair Rental Value f r a c ntinu u eri d n t t exceed tw week beginning when a civil au-th rity i ue an rder f evacuati n r r hibit *your* u e f the *residence premises* r vided that:

    a.  direct hy ical damage ccur t any r erty ther than c vered r erty l cated n the *res-idence premises* ari ing fr m a cau e f l that w uld be a *loss insured* under thi licy

if the damage had ccurred t r erty n the *residence premises*;

    b.  the *residence premises* i within ne mile f r rty damaged by a cau e f l identified in 3.a. ab ve; and

    c.  the acti n f the civil auth rity i taken in re-n e t :

        (1) danger u hy ical c nditi n re ulting fr m the c ntinuati n f the cau e f l identified in 3.a. ab ve;

        (2) danger u hy ical c nditi n re ulting fr m the damage cau ed by the cau e f l identified in 3.a. ab ve; r

        (3) the need t gain free acce t r erty damaged by the cau e f l identified in 3.a. ab ve.

    *We* will n t ay f r l rex en e due t cancella-ti n f a lea e r agreement.

**SECTION I – ADDITIONAL COVERAGES**

The f ll wing Additi nal C verage are ubject t all the term r vi i n exclu i n and c nditi n f thi licy.

1.  **Debris Removal.** *We* will ay the rea nable ex-en e *you* incur in the rem val f debri f c v-ered r erty damaged by a *loss insured*. Thi ex en e i included in the limit a lying t the dam-aged r erty. The f ll wing c verage and limit al a ly:

    a.  When the am unt ayable f r the r erty dam-age lu the debri rem val exceed the limit f r damaged r erty an additi nal 5% f that limit i available f r debri rem val ex en e. Thi additi nal am unt f in urance d e n t a ly t **SECTION I – ADDITIONAL COVERAGES Trees, Shrubs, and Landscaping**.

    b.  *We* will al ay u t $1 000 t tal f r each l t c ver the rea nable ex en e *you* in-cur in the rem val f tree debri and tum fr m the *residence premises* unle ther-wi e excluded. Thi c verage a lie when:

        (1) the tree ha cau ed a *loss insured* t C verage A r erty; r

C yright State Farm Mutual Aut m bile In urance C m any 2017

STATE FARM-FOSTER_0024

(2)  the tree debri  felled by wind  t  rm  hail   r
weight  f  n  w  r ice bl  ck :

(a)  the driveway   n the **residence prem-
ises,** and  revent  land **motor vehicle**
acce   t  r fr  m the **dwelling**;  r

(b)  a  ram  de  igned  t  a  it  er  n
with  di  abilitie    n  the **residence
premises** and  revent  acce   t   r
fr  m a **building structure**.

2.  **Temporary Repairs.** If damage i  cau ed by a **loss
insured we** will  ay the rea  nable and nece  ary
c  t **you** incur f r tem  rary re  air t  c vered   erty
t  r tect the   r  erty fr  m further immediate damage
r l  . Thi  c verage d  e  n t increa e the limit a  -
lying t  the   r  perty being re  aired.

3.  **Trees, Shrubs, and Landscaping.** **We** will  ay f r
accidental direct  hy ical l    t  utd   r:

a.  tree   hrub  live r artificial  lant  and lawn ;

b.  artificial gra  ; and

c.  hard ca e  r  erty u ed f r ae thetic  ur   e
n  t  ermanently affixed t  realty;

n  the **residence premises** cau ed by the f ll w-
ing  eril : **Fire or lightning  Explosion  Riot or
civil commotion  Aircraft  Vehicles** (n t  wned  r
erated by a re ident  f the **residence premises**)
**Vandalism or malicious mischief   r Theft.**

The limit f r thi  c verage  including the rem  val  f
debri  will n t exceed 5%  f the am unt  h wn in
the **Declarations** f r **COVERAGE A – DWELLING.**
**We** will n t  ay m re than $750 f r any  ne  utd  r
tree   hrub   lant   r hard ca e item  including de-
bri  rem val ex en e. Thi  c verage may increa e
the limit  therwi e  licable. **We** will n t  ay f r
any l   t  r  erty gr wn f r **business  ur   e** .

4.  **Fire Department Service Charge.** **We** will  ay u
t  $500  er  ccurrence f r fire de artment charge
incurred when the fire de artment i  called t   ave
r  r tect C verage A  r  erty fr  m fire  lightning  r
ex l i n. N  deductible a  lie t  thi  c verage. Thi
c verage may increa e the limit  therwi e  licable.

5.  **Property Removed.** **We** will  ay f r any accidental
direct  hy ical l    t  c vered  r  erty while being
rem ved fr  m a  remi e  endangered by a **loss in-
sured**. Thi  c verage al  a  lie t  the  r  erty

for u  t  30 day  while rem ved. **We** will al  o pay
for rea  nable ex en e  incurred by **you** for the
removal and return  f the c vered   erty. This
coverage d  e  n t increa e the limit a  lying to the
property being rem ved.

6.  **Credit Card, Bank Fund Transfer Card, Forgery,
and Counterfeit Money.**

a.  **We** will  ay u t  $1 000 f r:

(1)  the legal  bligati n  f an **insured** to pay
becau e  f the theft  r unauth rized use
f  credit  card  and  bank  fund  transfer
card  i ued  t   r regi tered in an **in-
sured's** name.  If an **insured** has not
c m lied with all term  and c nditions un-
der which the card  are i ued **we** will not
ay f r u e by an **insured**  r any  ne else;

(2)  l   t an **insured** cau ed by f rgery or
alterati n  f any check  r neg tiable in-
trument; and

(3)  l   t an **insured** thr ugh acce tance in
g  d faith  f c unterfeit United States or
Canadian  a er currency.

N  deductible a  lie t  thi  c verage.

**We** will n t  ay m re than the limit  tated above
f r f rgery  r alterati n c mmitted by any one
er  n. Thi  limit a  lie  when the f rgery or al-
terati n inv lve   ne  r m re in truments in the
ame l   .

b.  **We** will n t  ay f r l   ari ing  ut  f **business**
ur uit  r di h ne ty  f an **insured**.

c.  Defen e:

(1)  **We** may make any inve tigati n and settle
any claim  r  uit that **we** decide is appro-
riate.  **Our**  bligati n t  defend claims or
uit  end  when the am unt **we** pay for
the l   equal  **our** limit  f liability.

(2)  If claim i  made  r a  uit i  br ught against
an **insured**  f r liability under the Credit Card
r Bank Fund Tran fer Card c verage, **we**
will  r vide a defen e.  Thi  defense is at
**our** ex en e by c un el  f  our ch ice.

(3)  **We** have the   ti n t  defend at **our** ex-
en e an **insured**  r an **insured's** bank

C  yright  State Farm Mutual Aut mobile Insurance C m any  2017

HW-213

**STATE FARM-FOSTER_0025**

against any suit for the enforcement of payment under the Forgery coverage.

7. **Power Interruption.** *We* will pay for accidental direct physical loss caused directly or indirectly by a change of temperature that results from power interruption that takes place on the *residence premises*. The power interruption must be caused by a *loss insured* occurring on the *residence premises*. The power line off the *residence premises* must remain energized. This coverage does not increase the limit applying to the damaged property.

8. **Refrigerated Products.** Coverage B is extended to cover the contents of deep freeze or refrigerated units on the *residence premises* for loss due to power failure or mechanical failure. If mechanical failure or power failure is known to *you* all reasonable means must be used to protect the property insured from further damage or this coverage is void. Power failure or mechanical failure does not include:

   a. removal of a plug from an electrical outlet; or

   b. turning off an electrical switch unless caused by a *loss insured*.

   This coverage does not increase the limit applying to the damaged property.

9. **Arson Reward.** *We* will pay $1,000 for information that leads to an arson conviction in connection with a fire loss to property covered by this policy. This coverage may increase the limit otherwise applicable. However, the $1,000 limit will not be increased regardless of the number of persons providing information.

10. **Volcanic Action.** *We* will pay for accidental direct physical loss to a covered *building structure* or covered property contained in a *building structure* resulting from the eruption of a volcano when the loss is directly and immediately caused by:

    a. airborne volcanic shock waves;

    b. ash, dust or particulate matter; or

    c. lava flow.

    *We* will also pay for the removal of that ash dust or particulate matter that has caused accidental direct physical loss to a covered *building structure* or covered property contained in a *building structure*.

All volcanic eruptions that occur within any 168-hour period will be considered one volcanic eruption.

This coverage does not increase the limit applying to the damaged property.

11. **Collapse.** *We* will pay for accidental direct physical loss to covered property involving the abrupt entire collapse of a *building structure* or any part of a *building structure*.

    a. Collapse means the abrupt and entire falling down caving in or falling into pieces of a *building structure* or any part of a *building structure*. Collapse does not include any of the following:

       (1) settling cracking crumbling deterioration shrinking bulging expansion sagging leaning or bending;

       (2) substantial structural impairment;

       (3) imminent or threatened collapse;

       (4) a *building structure* or any part of a *building structure* that is in danger of falling down or caving in; or

       (5) a part of a *building structure* that is standing even if it has:

          (a) separated from another part of the *building structure*; or

          (b) shown evidence of settling cracking crumbling deterioration shrinking bulging expansion sagging leaning or bending.

    b. The collapse must be directly and immediately caused by one or more of the following:

       (1) perils described in **SECTION I – LOSSES INSURED COVERAGE B – PERSONAL PROPERTY**. The perils apply to *building structures* covered under Coverage A or Coverage B for loss insured by this Additional Coverage;

       (2) decay or deterioration of or damage from animal bird or insect to:

          (a) a connector; or

          (b) a structural member of a *building structure*;

Copyright State Farm Mutual Automobile Insurance Company 2017
HW-213

STATE FARM-FOSTER_0026

The decay, deterioration, or damage must be hidden from view and unknown to all **insureds** prior to the collapse;

(3) weight of contents, equipment, animals, or people;

(4) weight of ice, snow, sleet, or rain that collects on a roof, porch, or deck; or

(5) use of defective material or methods in the construction (includes remodeling or renovation) of the **building structure**, if the collapse occurs during the course of the construction of the **building structure**.

Loss to awnings, fences, patios, pavement, swimming pools, underground pipes, flues, drains, cesspools, septic tanks, foundations (including slabs, basement walls, and crawl space walls), retaining walls, bulkheads, piers, wharfs, docks, trellises, or antennas and their supporting structures is not included under items (2), (3), and (4) immediately above unless the loss is the direct and immediate result of the collapse of a **building structure** or any part of a **building structure**.

This coverage does not increase the limit applying to the damaged property.

12. **Locks and Remote Devices.  We** will pay up to $1,000 for each loss for the reasonable expenses **you** incur to rekey, replace, recode, program, or reprogram locks on exterior doors to the **dwelling** or other structures located on the **residence premises** when the keys or remote devices used with those doors are part of a covered theft loss.  This coverage includes remote devices designed solely for locking, unlocking, opening, or closing doors, including garage doors and gates.

No deductible applies to this coverage.

13. **Fuel Oil Release.  We** will pay up to $10,000 for each loss for accidental direct physical loss to covered property caused by the abrupt and accidental escape of liquid fuel oil from a fixed household tank, apparatus, or pipes that are part of a heating unit for the **dwelling**.  This includes damage to covered property resulting from an accidental spill or overflow of fuel oil in the course of filling a fixed household tank.

This coverage includes surface clean up only.  **We** will not pay for:

a. the cost to repair or replace the fuel oil tank, apparatus, and pipes; or

b. the cost of testing, monitoring, removing, treating, or detoxifying of soil, air, or water.

This coverage does not increase the limit applying to the damaged property.

14. **Tear Out.**  If a **loss insured** to Coverage A property is caused by water, steam, or sewage escaping from a system or appliance, **we** will also pay the reasonable cost **you** incur to tear out and replace only that particular part of the **building structure** necessary to gain access to the specific point of that system or appliance from which the water, steam, or sewage escaped.  **We** will not pay for the cost of repairing or replacing the system or appliance itself.  This coverage does not increase the limit applying to Coverage A property.

15. **Home Certification.**  If damage to covered property is caused by a **loss insured**, **we** will pay the reasonable increase in cost to repair or replace only the damaged property to maintain the **dwelling's** FORTIFIED HOME or FORTIFIED FOR SAFER LIVING certification in place at the time of the loss.  This coverage does not increase the limit applying to the damaged property.

**We** will not pay:

a. any increase in cost until the repair or replacement of the property is complete; or

b. for increased costs resulting from enforcement of any ordinance or law regulating the construction or repair of the **dwelling** except as provided under **OPTIONAL POLICY PROVISIONS**, **Option OL – Building Ordinance or Law**.

This coverage does not apply if Loss Settlement provision A2 – Replacement Cost Loss Settlement – Common Construction is shown in the **Declarations**.

### INFLATION COVERAGE

The limits of liability shown in the **Declarations** for Coverage A, Coverage B, and when applicable, Option ID will be increased at the same rate as the increase in the Inflation Coverage Index shown in the **Declarations**.

© Copyright, State Farm Mutual Automobile Insurance Company, 2017
HW-2136

STATE FARM-FOSTER_0027

To find the limits on a given date:

1.  divide the Index on that date by the Index as of the effective date of this Inflation Coverage provision; then

2.  multiply the resulting factor by the limits of liability for Coverage A, Coverage B, and Option ID separately.

The limits of liability will not be reduced to less than the amounts shown in the *Declarations*.

If during the term of this policy the Coverage A limit of liability is changed at *your* request, the effective date of this Inflation Coverage provision is changed to coincide with the effective date of such change.

## SECTION I – LOSSES INSURED

### COVERAGE A – DWELLING

*We* will pay for accidental direct physical loss to the property described in Coverage A, unless the loss is excluded or limited in **SECTION I – LOSSES NOT INSURED** or otherwise excluded or limited in this policy. However, loss does not include and *we* will not pay for, any *diminution in value*.

### COVERAGE B – PERSONAL PROPERTY

*We* will pay for accidental direct physical loss to the property described in Coverage B caused by the following perils, unless the loss is excluded or limited in **SECTION I – LOSSES NOT INSURED** or otherwise excluded or limited in this policy. However, loss does not include and *we* will not pay for, any *diminution in value*.

1.  **Fire or lightning.**

2.  **Windstorm or hail.** This peril does not include loss to property contained in a structure caused by rain, snow, sleet, sand, or dust. This limitation does not apply when the direct force of wind or hail damages the structure causing an opening in a roof or wall and the rain, snow, sleet, sand, or dust enters through this opening.

    This peril includes loss to watercraft of all types and their trailers, furnishings, equipment, and outboard motors, only while inside a *building structure*.

3.  **Explosion.**

4.  **Riot or civil commotion.**

5.  **Aircraft**, including self-propelled missiles and spacecraft.

6.  **Vehicles**, meaning accidental direct physical loss to covered property caused by the weight, force, power, or movement of a vehicle.

    a.  This includes:

        (1)  the impact of a vehicle;

        (2)  an object propelled from the tire or body of a vehicle;

        (3)  the upset or collision of a vehicle with a stationary object or other vehicle, including damage to personal property carried on the exterior of the vehicle; or

        (4)  a vehicle door or trunk lid being closed on personal property.

    b.  This peril does not include loss:

        (1)  to personal property that falls off a vehicle and strikes the ground, any other surface, or any object;

        (2)  caused by shifting of the load being carried in or on a vehicle; or

        (3)  to the vehicle itself unless the vehicle is property covered under **COVERAGE B – PERSONAL PROPERTY** and the loss is caused by the weight, force, power, or movement of another vehicle.

7.  **Smoke**, meaning abrupt and accidental damage from smoke.

    This peril does not include loss caused by smoke from agricultural smudging or industrial operations.

8.  **Vandalism or malicious mischief**, meaning only willful and malicious damage to or destruction of property.

9.  **Theft**, including attempted theft and loss of property from a known location when it is probable that the property has been stolen.

    This peril does not include:

    a.  loss of a precious or semi-precious stone from its setting;

    b.  loss caused by theft:

12

© Copyright, State Farm Mutual Automobile Insurance Company, 2017

HW-2136

(1) committed by an **insured** or by any other person regularly residing on the **insured location**. Property of a student who is an **insured** is covered while located at a residence away from the **residence premises**, if the theft is committed by a person who is not an **insured**;

(2) in or to a dwelling under construction or of materials and supplies for use in the construction until the dwelling is completed and occupied; or

(3) from the part of a **residence premises** rented to others:

    (a) caused by a tenant, members of the tenant's household, or the tenant's employees unless the **residence premises** is rented, either completely or in part, for exclusive use as a residence, for no more than 30 nights in the 12-month period prior to the date of the loss;

    (b) of money, bank notes, bullion, gold, goldware, silver, silverware, pewterware, platinum, coins, and medals;

    (c) of securities, checks, cashiers checks, travelers checks, money orders, gift certificates, gift cards, rechargeable debit cards, phone cards, and other negotiable instruments, accounts, deeds, evidences of debt, letters of credit, notes other than bank notes, manuscripts, passports, tickets, and stamps; or

    (d) of jewelry, watches, fur garments and garments trimmed with fur, and precious and semi-precious stones; or

c. loss caused by theft that occurs away from the **residence premises** of:

(1) property while at any other residence owned, rented to, or occupied by an **insured**, except while an **insured** is temporarily residing there. Property of a student who is an **insured** is covered while at a residence away from the **residence premises**;

(2) watercraft of all types, including their furnishings, equipment, and outboard motors; or

(3) trailers and campers designed to be pulled by or carried on a vehicle.

If the **residence premises** is a newly acquired principal residence, property in the immediate past principal residence will not be considered property away from the **residence premises** for the first 30 days after the inception of this policy.

10. **Falling objects.** This peril does not include loss to property contained in a structure unless the roof or an exterior wall of the structure is first damaged by a falling object. Damage to the falling object itself is not included.

11. **Weight of ice, snow, or sleet** that causes damage to property contained in a structure.

12. **Abrupt and accidental discharge or overflow** of water, steam, or sewage from within a plumbing, heating, air conditioning, or automatic fire protective sprinkler system, or from within a household appliance.

This peril does not include loss:

a. to the system or appliance from which the water, steam, or sewage escaped;

b. caused by or resulting from:

    (1) freezing;

    (2) water or sewage from outside the **residence premises** plumbing system that enters through sewers or drains, or water that enters into and overflows from within a sump pump, sump pump well, or any other system designed to remove subsurface water that is drained from the foundation area; or

    (3) the pressure from or presence of tree, shrub, or plant roots; or

c. that occurs or develops over a period of time and is caused by or resulting from:

    (1) condensation or the presence of humidity, moisture, or vapor; or

    (2) seepage or leakage of water, steam, or sewage that is:

HW-2136
© Copyright, State Farm Mutual Automobile Insurance Company, 2017

**STATE FARM-FOSTER_0029**

(a) continuous;

(b) repeating;

(c) gradual;

(d) intermittent;

(e) slow; or

(f) trickling.

13. **Abrupt and accidental tearing asunder, cracking, burning, or bulging** of a steam or hot water heating system, an air conditioning system, an automatic fire protective sprinkler system, or an appliance for heating water.

This peril does not include loss:

a. caused by or resulting from freezing; or

b. that occurs or develops over a period of time and is caused by or resulting from:

(1) condensation or the presence of humidity, moisture, or vapor; or

(2) seepage or leakage of water or steam that is:

(a) continuous;

(b) repeating;

(c) gradual;

(d) intermittent;

(e) slow; or

(f) trickling.

14. **Freezing** of a plumbing, heating, air conditioning, or automatic fire protective sprinkler system, or of a household appliance.

This peril does not include:

a. loss to a portable hot tub or portable spa unless **you** have used reasonable care to prevent freezing; or

b. loss on the **residence premises** unless **you** have used reasonable care to:

(1) maintain heat in the **building structure** at 55 degrees Fahrenheit or higher; or

(2) shut off the water supply and drain the system and appliances of water.

However, if the **building structure** is protected by an automatic fire protective sprinkler system, **you** must use reasonable care to continue the water supply and maintain heat in the **building structure** at 55 degrees Fahrenheit or higher for coverage to apply.

15. **Abrupt and accidental damage** to electrical appliances, devices, fixtures, and wiring from an increase or decrease of artificially generated electrical current. **We** will pay up to $3,000 under this peril for each damaged item described above.

16. **Breakage of glass**, meaning damage to personal property caused by breakage of glass that is a part of a structure on the **residence premises**. **We** will not pay for loss or damage to the glass.

17. **Wild bears or deer**, meaning damage caused by wild bears or deer to property located in a **building structure**.

## SECTION I – LOSSES NOT INSURED

1. **We** will not pay for any loss to the property described in Coverage A that consists of, or is directly and immediately caused by, one or more of the perils listed in items a. through m. below, regardless of whether the loss occurs abruptly or gradually, involves isolated or widespread damage, arises from natural or external forces, or occurs as a result of any combination of these:

a. collapse, except as specifically provided in **SECTION I – ADDITIONAL COVERAGES, Collapse**;

b. freezing of a plumbing, heating, air conditioning, or automatic fire protective sprinkler system or of a household appliance; or discharge, leakage, or overflow from within the system or appliance caused by freezing. This does not apply if **you** have used reasonable care to:

(1) maintain heat in the **building structure** at 55 degrees Fahrenheit or higher; or

(2) shut off the water supply and drain the system and appliances of water.

However, if the **building structure** is protected by an automatic fire protective sprinkler system, **you** must use reasonable care to continue the water supply and maintain heat in the

14

HW-2136

© Copyright, State Farm Mutual Automobile Insurance Company, 2017

**STATE FARM-FOSTER_0030**

*building structure* at 55 degrees Fahrenheit or higher for coverage to apply;

c.  freezing, thawing, pressure, or weight of water, ice, snow, or sleet, whether driven by wind or not, to:

    (1)  a swimming pool, hot tub, or spa, including their covers, filtration, and circulation systems; or

    (2)  an awning, fence, pavement, patio, foundation (including slabs, basement walls, crawl space walls, and footings), retaining wall, bulkhead, pier, wharf, or dock;

d.  theft in or to a dwelling under construction, or of materials and supplies for use in the construction, until the dwelling is completed and occupied;

e.  theft, vandalism, malicious mischief, or breakage of glass and safety glazing materials if the dwelling is a *vacant dwelling*;

f.  seepage or leakage of water, steam, or sewage that occurs or develops over a period of time:

    (1)  and is:

        (a)  continuous;

        (b)  repeating;

        (c)  gradual;

        (d)  intermittent;

        (e)  slow; or

        (f)  trickling; and

    (2)  from a:

        (a)  heating, air conditioning, or automatic fire protective sprinkler system;

        (b)  household appliance; or

        (c)  plumbing system, including from, within or around any shower stall, shower bath, tub installation, or other plumbing fixture, including their walls, ceilings, or floors.

*We* also will not pay for losses arising from condensation or the presence of humidity, moisture, or vapor that occurs or develops over a period of time;

g.  wear, tear, decay, marring, scratching, deterioration, inherent vice, latent defect, or mechanical breakdown;

h.  corrosion, electrolysis, or rust;

i.  wet or dry rot;

j.  contamination or pollution, meaning the presence, discharge, dispersal, seepage, migration, release, or escape of contaminants or pollutants at or from any source. This does not apply if the presence, discharge, dispersal, seepage, migration, release, or escape is itself caused by a peril described in **SECTION I – LOSSES INSURED, COVERAGE B – PERSONAL PROPERTY**.

    (1)  Contaminants and pollutants include but are not limited to any:

        (a)  solid, liquid, gaseous, or thermal irritant, including smoke from agricultural smudging or industrial operations, smog, soot, vapor, fumes, acids, alkalis, chemicals, pathogens, noxious substances, asbestos, or lead;

        (b)  contaminants or pollutants resulting from any natural resource extraction activities; or

        (c)  fuel oil except as specifically provided in **SECTION I – ADDITIONAL COVERAGES**, **Fuel Oil Release**.

    (2)  *We* also will not pay for:

        (a)  losses arising from contamination or pollution caused by or resulting from defective building materials, nuclear substances, and waste. Waste includes materials to be recycled, reconditioned, or reclaimed;

        (b)  the cost to extract contaminants or pollutants from land, water, or air, or the cost to remove, restore, or replace contaminated or polluted land, water, or air; or

        (c)  the cost of testing, monitoring, cleaning, removing, containing, treating, detoxifying, neutralizing, remediating, disposing of, or assessing the effects of contaminants or pollutants;

© Copyright, State Farm Mutual Automobile Insurance Company, 2017

HW-2136

**STATE FARM-FOSTER_0031**

k.   settling, cracking, shrinking, bulging, or expansion of pavements, patios, foundations (including slabs, basement walls, crawl space walls, and footings), walls, floors, roofs, or ceilings;

l.   all animals, birds, or insects.

   (1)   This includes:

      (a)   nesting, infestation, gnawing, feeding, breeding, or discharge or release of waste products or secretions by animals, birds, or insects;

      (b)   costs to remove animals, birds, or insects from the covered property; and

      (c)   costs to prevent the animals, birds, or insects from returning to the property;

   (2)   However, *we* will pay for:

      (a)   losses caused by wild bears or deer; and

      (b)   the breakage of glass or safety glazing material that is a part of a ***building structure***, when caused by animals, birds, or insects; or

m.   pressure from or presence of tree, shrub, or plant roots.

However, *we* will pay for any resulting loss from items a. through l. unless the resulting loss is itself a Loss Not Insured as described in this Section.

2.   *We* will not pay for, under any part of this policy, any loss that would not have occurred in the absence of one or more of the following excluded events. *We* will not pay for such loss regardless of: (a) the cause of the excluded event; or (b) other causes of the loss; or (c) whether other causes acted concurrently or in any sequence with the excluded event to produce the loss; or (d) whether the event occurs abruptly or gradually, involves isolated or widespread damage, occurs on or off the ***residence premises***, arises from any natural or external forces, or occurs as a result of any combination of these:

a.   **Ordinance or Law**, meaning enforcement of any ordinance or law regulating the construction, repair, or demolition of a ***building structure*** or other structure.

b.   **Earth Movement**, meaning the sinking, rising, shifting, expanding, or contracting of earth, all regardless of whether combined with water, sewage, or any material carried by, or otherwise moved by the earth. Earth movement includes but is not limited to:

   (1)   earthquake;

   (2)   landslide, mudslide, or mudflow;

   (3)   sinkhole or subsidence;

   (4)   movement resulting from:

      (a)   improper compaction;

      (b)   site selection;

      (c)   natural resource extraction activities; or

      (d)   excavation;

   (5)   erosion;

   (6)   pressure by surface or subsurface earth or fill; or

   (7)   any volcanic activity, except as specifically provided in **SECTION I – ADDITIONAL COVERAGES, Volcanic Action**.

However, *we* will pay for any accidental direct physical loss by fire resulting from earth movement, provided the resulting fire loss is itself a ***loss insured***.

c.   **Water**, meaning:

   (1)   flood;

   (2)   surface water. This does not include water solely caused by the release of water from a swimming pool, spigot, sprinkler system, hose, or hydrant;

   (3)   waves (including tidal wave, tsunami, and seiche);

   (4)   tides or tidal water;

   (5)   overflow of any body of water (including any release, escape, or rising of any body of water, or any water held, contained, controlled, or diverted by a dam, levee, dike, or any type of water containment, diversion, or flood control device);

   (6)   spray or surge from any of the items c.(1) through c.(5) described above, all whether driven by wind or not;

© Copyright, State Farm Mutual Automobile Insurance Company, 2017

HW-2136

STATE FARM-FOSTER_0032

(7) water or sewage from outside the **residence premises** plumbing system that enters through sewers or drains, or water or sewage that enters into and overflows from within a sump pump, sump pump well, or any other system designed to remove subsurface water that is drained from the foundation area;

(8) water or sewage below the surface of the ground, including water or sewage that exerts pressure on, or seeps or leaks through a **building structure**, sidewalk, driveway, swimming pool, or other structure; or

(9) material carried or otherwise moved by any of the water or sewage, as described in items c.(1) through c.(8) above.

However, **we** will pay for any accidental direct physical loss by fire, explosion, or theft resulting from water, provided the resulting loss is itself a **loss insured**.

d. **Neglect**, meaning neglect of the **insured** to use all reasonable means to save and preserve property at and after the time of a loss, or when property is endangered.

e. **War**, including any undeclared war, civil war, insurrection, rebellion, revolution, warlike act by a military force or military personnel, destruction or seizure or use for a military purpose, and including any consequence of any of these. Discharge of a nuclear weapon will be considered a warlike act even if accidental.

f. **Nuclear Hazard**, meaning any nuclear reaction, radiation, or radioactive contamination, all whether controlled or uncontrolled or however caused, or any consequence of any of these. Loss caused by the nuclear hazard will not be considered loss caused by fire, explosion, or smoke.

However, **we** will pay for any accidental direct physical loss by fire resulting from the nuclear hazard, provided the resulting fire loss is itself a **loss insured**.

g. **Fungus**, including:

(1) any loss of use or delay in rebuilding, repairing, or replacing covered property, including any associated cost or expense, due to interference at the **residence premises** or location of the rebuilding, repair, or replacement, by **fungus**;

(2) any remediation of **fungus**, including the cost to:

(a) remove the **fungus** from covered property or to repair, restore, or replace that property; or

(b) tear out and replace any part of the **building structure** or other property as needed to gain access to the **fungus**; or

(3) the cost of any testing or monitoring of air or property to confirm the type, absence, presence, or level of **fungus**, whether performed prior to, during, or after removal, repair, restoration, or replacement of covered property.

h. **Intentional Losses.** If any **insured** intentionally causes or procures a loss to property covered under this policy, **we** will not pay any **insured** for this loss. This applies regardless of whether the **insured** is charged with or convicted of a crime.

This does not apply to an **insured** who did not participate in, cooperate in, or contribute to causing or procuring the loss.

3. **We** will not pay for, under any part of this policy, any loss consisting of one or more of the items below. Further, **we** will not pay for any loss described in paragraphs 1. and 2. immediately above regardless of whether one or more of the following: (a) directly or indirectly cause, contribute to, or aggravate the loss; or (b) occur before, at the same time, or after the loss or any other cause of the loss:

a. conduct, act, failure to act, or decision of any person, group, organization, or governmental body whether intentional, wrongful, negligent, or without fault;

17

HW-2136

© Copyright, State Farm Mutual Automobile Insurance Company, 2017

b. defect, weakness, inadequacy, fault, or un-soundness in:

(1) planning, zoning, development, surveying, or siting;

(2) design, specifications, workmanship, repair, construction, renovation, remodeling, grading, or compaction;

(3) materials used in repair, construction, renovation, remodeling, grading, or compaction; or

(4) maintenance;

of any property (including land, structures, or improvements of any kind) whether on or off the *residence premises*; or

c. weather conditions.

However, *we* will pay for any resulting loss from items 3.a., 3.b., and 3.c. unless the resulting loss is itself a Loss Not Insured as described in this Section.

## SECTION I – LOSS SETTLEMENT

Only the **Loss Settlement Provisions** shown in the *Declarations* apply. *We* will settle covered property losses according to the following. However, the valuation of any covered property losses does not include, and *we* will not pay, any amount for *diminution in value*.

**COVERAGE A – DWELLING**

1. **A1 – Replacement Cost Loss Settlement – Similar Construction.**

   a. *We* will pay the cost to repair or replace with similar construction and for the same use on the premises shown in the *Declarations*, the damaged part of the property covered under **SECTION I – PROPERTY COVERAGES, COVERAGE A – DWELLING**, except for wood fences, subject to the following:

      (1) until actual repair or replacement is completed, *we* will pay only the *actual cash value* of the damaged part of the property, up to the applicable limit of liability shown in the *Declarations*, not to exceed the cost to repair or replace the damaged part of the property;

      (2) when the repair or replacement is actually completed, *we* will pay the covered additional amount *you* actually and necessarily spend to repair or replace the damaged part of the property, or an amount up to the applicable limit of liability shown in the *Declarations*, whichever is less;

      (3) to receive any additional payments on a replacement cost basis, *you* must complete the actual repair or replacement of

the damaged part of the property within two years after the date of loss, and notify *us* within 30 days after the work has been completed; and

      (4) *we* will not pay for increased costs resulting from enforcement of any ordinance or law regulating the construction, repair, or demolition of a *building structure* or other structure, except as provided under **OPTIONAL POLICY PROVISIONS, Option OL – Building Ordinance or Law**.

   b. Wood Fences: *We* will pay the *actual cash value* for loss or damage to wood fences, not to exceed the limit of liability shown in the *Declarations* for **COVERAGE A – Other Structures**.

2. **A2 – Replacement Cost Loss Settlement – Common Construction.**

   a. *We* will pay the cost to repair or replace with common construction and for the same use on the premises shown in the *Declarations*, the damaged part of the property covered under **SECTION I – PROPERTY COVERAGES, COVERAGE A – DWELLING**, except for wood fences, subject to the following:

      (1) *we* will pay only for repair or replacement of the damaged part of the property with common construction techniques and materials commonly used by the building trades in standard new construction. *We* will not pay the cost to repair or replace obsolete, antique, or custom construction with like kind and quality;

© Copyright, State Farm Mutual Automobile Insurance Company, 2017

HW-2136

**STATE FARM-FOSTER_0034**

(2) until actual repair or replacement is completed, *we* will pay only the *actual cash value* of the damaged part of the property, up to the applicable limit of liability shown in the *Declarations*, not to exceed the cost to repair or replace the damaged part of the property as described in a.(1) above;

(3) when the repair or replacement is actually completed as described in a.(1) above, *we* will pay the covered additional amount *you* actually and necessarily spend to repair or replace the damaged part of the property, or an amount up to the applicable limit of liability shown in the *Declarations*, whichever is less;

(4) to receive any additional payments on a replacement cost basis, *you* must complete the actual repair or replacement of the damaged part of the property within two years after the date of loss, and notify *us* within 30 days after the work has been completed; and

(5) *we* will not pay for increased costs resulting from enforcement of any ordinance or law regulating the construction, repair, or demolition of a *building structure* or other structure, except as provided under **OPTIONAL POLICY PROVISIONS**, **Option OL – Building Ordinance or Law**.

b. Wood Fences: *We* will pay the *actual cash value* for loss or damage to wood fences, not to exceed the limit of liability shown in the *Declarations* for **COVERAGE A – Other Structures**.

**COVERAGE B – PERSONAL PROPERTY**

1. **B1 – Limited Replacement Cost Loss Settlement.**

   a. *We* will pay the cost to repair or replace property covered under **SECTION I – PROPERTY COVERAGES, COVERAGE B – PERSONAL PROPERTY**, except for property listed in item b. below, subject to the following:

(1) until repair or replacement is completed, *we* will pay only the *actual cash value* of the damaged property;

(2) after repair or replacement is completed, *we* will pay the difference between the *actual cash value* and the cost *you* have actually and necessarily spent to repair or replace the property; and

(3) if property is not repaired or replaced within two years after the date of loss, *we* will pay only the *actual cash value*.

   b. *We* will pay market value at the time of loss for:

(1) antiques, fine arts, paintings, statuary, and similar articles which by their inherent nature cannot be replaced with new articles;

(2) articles whose age or history contribute substantially to their value including, but not limited to, memorabilia, souvenirs, and collectors items; and

(3) property not useful for its intended purpose.

However, *we* will not pay an amount exceeding the smallest of the following for items a. and b. above:

(1) *our* cost to replace at the time of loss;

(2) the full cost of repair;

(3) any special limit of liability described in this policy; or

(4) any applicable Coverage B limit of liability.

2. **B2 – Depreciated Loss Settlement.**

   a. *We* will pay the *actual cash value* for property covered under **SECTION I – PROPERTY COVERAGES, COVERAGE B – PERSONAL PROPERTY**, except for property listed in item b. below.

   b. *We* will pay market value at the time of loss for:

(1) antiques, fine arts, paintings, statuary, and similar articles which by their inherent nature cannot be replaced with new articles;

(2) articles whose age or history contribute substantially to their value including, but not limited to, memorabilia, souvenirs, and collectors items; and

© Copyright, State Farm Mutual Automobile Insurance Company, 2017
HW-2136

**STATE FARM-FOSTER_0035**

(3)   property not useful for its intended purpose.

However, *we* will not pay an amount exceeding the smallest of the following for items a. and b. above:

(1)   *our* cost to replace at the time of loss;

(2)   the full cost of repair;

(3)   any special limit of liability described in this policy; or

(4)   any applicable Coverage B limit of liability.

## SECTION I – CONDITIONS

1.  **Insurable Interest and Limit of Liability.**  Even if more than one person has an insurable interest in the property covered, *we* will not be liable:

    a.   to the *insured* for an amount greater than the *insured's* interest; or

    b.   for more than the applicable limit of liability.

2.  **Your Duties After Loss.**  After a loss to which this insurance may apply, *you* must cooperate with *us* in the investigation of the claim and also see that the following duties are performed:

    a.   give immediate notice to *us* or *our* agent and also notify:

        (1)   the police if the loss is caused by theft, vandalism, or any other criminal act; and

        (2)   the credit card company or bank if the loss involves a credit card or bank fund transfer card;

    b.   protect the property from further damage or loss and also:

        (1)   make reasonable and necessary temporary repairs required to protect the property; and

        (2)   keep an accurate record of repair expenses;

    c.   prepare an inventory of damaged or stolen personal property:

        (1)   showing in detail the quantity, description, age, replacement cost, and amount of loss; and

        (2)   attaching all bills, receipts, and related documents that substantiate the figures in the inventory;

    d.   as often as *we* reasonably require:

        (1)   exhibit the damaged property;

        (2)   provide *us* with any requested records and documents and allow *us* to make copies;

    (3)   while not in the presence of any other *insured*:

        (a)   give statements; and

        (b)   submit to examinations under oath; and

    (4)   produce employees, members of the *insured's* household, or others for examination under oath to the extent it is within the *insured's* power to do so; and

    e.   submit to *us*, within 60 days after the loss, *your* signed, sworn proof of loss that sets forth, to the best of *your* knowledge and belief:

        (1)   the time and cause of loss;

        (2)   interest of the *insured* and all others in the property involved and all encumbrances on the property;

        (3)   other insurance that may cover the loss;

        (4)   changes in title or occupancy of the property during the term of this policy;

        (5)   specifications of any damaged structure and detailed estimates for repair of the damage;

        (6)   an inventory of damaged or stolen personal property described in 2.c.;

        (7)   receipts for additional living expenses incurred and records supporting the fair rental value loss; and

        (8)   evidence or affidavit supporting a claim under **SECTION I – ADDITIONAL COVERAGES, Credit Card, Bank Fund Transfer Card, Forgery, and Counterfeit Money** coverage, stating the amount and cause of loss.

3.  **Loss to a Pair or Set.**  In case of loss to a pair or set, *we* may choose to:

    a.   repair or replace any part to restore the pair or set to its value before the loss; or

20

© Copyright, State Farm Mutual Automobile Insurance Company, 2017

HW-2136

b.  pay the difference between the depreciated value of the property before the loss and the depreciated value of the property after the loss.

4.  **Appraisal.**  If *you* and *we* fail to agree on the amount of loss, either party can demand that the amount of the loss be set by appraisal.  Only *you* or *we* may demand appraisal.  A demand for appraisal must be in writing.  **You** must comply with **SECTION I – CONDITIONS, Your Duties After Loss** before making a demand for appraisal.  At least 10 days before demanding appraisal, the party seeking appraisal must provide the other party with written, itemized documentation of a specific dispute as to the amount of the loss, identifying separately each item being disputed.

a.  Each party will select a competent, disinterested appraiser and notify the other party of the appraiser's identity within 20 days of receipt of the written demand for appraisal.

b.  The appraisers will then attempt to set the amount of the loss of each item in dispute as specified by each party, and jointly submit to each party a written report of agreement signed by them. In all instances the written report of agreement will be itemized and state separately the *actual cash value*, replacement cost, and if applicable, the market value of each item in dispute.

The written report of agreement will set the amount of the loss of each item in dispute.

c.  If the two appraisers fail to agree upon the amount of the loss within 30 days, unless the period of time is extended by mutual agreement, they will select a competent, disinterested umpire and will submit their differences to the umpire. If the appraisers are unable to agree upon an umpire within 15 days:

(1)  *you* or *we* may make a written application for a judge of a court of record in the same state and county (or city if the city is not within a county) where the *residence premises* is located to select an umpire;

(2)  the party requesting the selection described in item c.(1) must provide the other party:

(a)  written notice of the intent to file, identifying the specific location and identity of the court at least 10 days prior to submission of the written application; and

(b)  a copy of the written application; and

(3)  a written report of agreement, as required in item b., signed by any two (appraisers or appraiser and umpire) will set the amount of the loss of each item in dispute. In all instances the written report of agreement will be itemized and state separately the *actual cash value*, replacement cost, and if applicable, the market value of each item in dispute.

d.  To qualify as an appraiser or umpire for a loss to property described in **COVERAGE A – DWELLING**, a person must be one of the following and be licensed or certified as required by the applicable jurisdiction:

(1)  an engineer or architect with experience and training in building construction, repair, estimating, or investigation of the type of property damage in dispute;

(2)  an adjuster or public adjuster with experience and training in estimating the type of property damage in dispute; or

(3)  a contractor with experience and training in the construction, repair, and estimating of the type of property damage in dispute.

e.  A person may not serve as an appraiser or umpire if that person, any employee of that person, that person's employer, or any employee of their employer:

(1)  has performed services for either party with respect to the claim at issue in the appraisal; or

(2)  has a financial interest in the outcome of the claim at issue in the appraisal.

f.  Each party will be responsible for the compensation of their selected appraiser.  Reasonable expenses of the appraisal and the reasonable

HW-2136
© Copyright, State Farm Mutual Automobile Insurance Company, 2017

**STATE FARM-FOSTER_0037**

compensation of the umpire will be paid equally by *you* and *us*.

g.  *You* and *we* do not waive any rights by demanding or submitting to an appraisal, and retain all contractual rights to determine if coverage applies to each item in dispute.

h.  Appraisal is only available to determine the amount of the loss of each item in dispute. The appraisers and the umpire have no authority to decide:

    (1)  any other questions of fact;

    (2)  questions of law;

    (3)  questions of coverage;

    (4)  other contractual issues; or

    (5)  to conduct appraisal on a class-wide basis.

i.  Appraisal is a non-judicial proceeding and does not provide for or require arbitration. Neither party will be awarded attorney fees. The appraisal award may not be entered as a judgment in a court.

j.  A party may not demand appraisal after that party brings suit or action against the other party relating to the amount of loss.

5.  **Other Insurance.** If a loss covered by this policy is also covered by other insurance, *we* will pay only *our* share of the loss. *Our* share is the proportion of the loss that the applicable limit under this policy bears to the total amount of insurance covering the loss.

6.  **Suit Against Us.** No action will be brought against *us* unless there has been full compliance with all of the policy provisions. Any action by any party must be started within one year after the date of loss or damage. However, if the cause of loss or damage is burglary, theft, larceny, robbery, forgery, fraud, vandalism, malicious mischief, confiscation, wrongful conversion, disposal or concealment, the action must be started within two years from the time the cause of action accrues.

7.  **Our Option.** *We* may repair or replace any part of the property damaged or stolen with similar property. Any property *we* pay for or replace becomes *our* property.

8.  **Loss Payment.** *We* will adjust all losses with *you*. *We* will pay *you* unless some other person is named in the policy or is legally entitled to receive payment. Loss will be payable:

a.  60 days after *we* receive *your* proof of loss and:

    (1)  reach agreement with *you*; or

    (2)  there is a filing of an appraisal award with *us*; or

b.  30 days after *we* receive *your* proof of loss and there is an entry of a final judgment.

9.  **Abandonment of Property.** *We* need not accept any property abandoned by an *insured*.

10.  **Mortgagee Clause.** The word "mortgagee" includes trustee.

a.  If a mortgagee is named in this policy, any loss payable under Coverage A will be paid to the mortgagee and *you*, as interests appear. If more than one mortgagee is named, the order of payment will be the same as the order of precedence of the mortgages.

b.  If *we* deny *your* claim, that denial will not apply to a valid claim of the mortgagee, if the mortgagee:

    (1)  notifies *us* of any change in ownership, occupancy, or substantial change in risk of which the mortgage is aware;

    (2)  pays on demand any premium due under this policy, if *you* have not paid the premium; and

    (3)  submits a signed, sworn statement of loss within 60 days after receiving notice from *us* of *your* failure to do so. Policy conditions relating to **Appraisal**, **Suit Against Us**, and **Loss Payment** apply to the mortgagee.

c.  If *we* cancel this policy, the mortgagee will be notified at least 10 days before the date cancellation takes effect. Proof of mailing will be proof of notice.

d.  If *we* pay the mortgagee for any loss and deny payment to *you*:

© Copyright, State Farm Mutual Automobile Insurance Company, 2017

HW-2136

**STATE FARM-FOSTER_0038**

(1) *we* are subrogated to all the rights of the mortgagee granted under the mortgage on the property; or

(2) at *our* option, *we* may pay to the mortgagee the whole principal on the mortgage plus any accrued interest. In this event, *we* will receive a full assignment and transfer of the mortgage and all securities held as collateral to the mortgage debt.

e. Subrogation does not impair the right of the mortgagee to recover the full amount of the mortgagee's claim.

11. **No Benefit to Bailee.** *We* will not recognize an assignment or grant coverage for the benefit of a person or organization holding, storing, or transporting property for a fee. This applies regardless of any other provision of this policy.

12. **Recovered Property.** If either *you* or *we* recover any property after loss settlement, that party must give the other prompt notice. At *your* option, *you* may keep the property or *we* will return it to *you*. Otherwise, it will become *our* property. If *you* choose to keep the property, the loss payment will be adjusted based on the amount *you* received for the recovered property.

13. **Assignment of Claim.** Assignment to another party of any of *your* rights or duties under this policy regarding any claim, or any part of any claim, will be void and *we* will not recognize any such assignment, unless *we* give *our* written consent. However, once *you* have complied with all policy provisions, *you* may assign to another party, in writing, payment of claim proceeds otherwise payable to *you*.

## SECTION II – LIABILITY COVERAGES

### COVERAGE L – PERSONAL LIABILITY

If a claim is made or a suit is brought against an *insured* for damages because of *bodily injury* or *property damage* to which this coverage applies, caused by an *occurrence*, *we* will:

1. pay up to *our* limit of liability for the damages for which the *insured* is legally liable. *We* will not pay for criminal restitution; and

2. provide a defense at *our* expense by counsel of *our* choice. *We* may make any investigation and settle any claim or suit that *we* decide is appropriate. *Our* obligation to defend any suit ends when the amount *we* pay for damages, to effect settlement or satisfy a judgment resulting from the *occurrence*, equals *our* limit of liability. *We* will not provide a defense to any *insured* for criminal prosecution or proceedings.

### COVERAGE M – MEDICAL PAYMENTS TO OTHERS

*We* will pay the necessary medical expenses incurred or medically ascertained within three years from the date of an accident causing *bodily injury*. Medical expenses means reasonable charges for medical, surgical, x-ray, dental, ambulance, hospital, professional nursing, rehabilitation, pharmaceuticals, orthopedic devices, prosthetic devices, and funeral services. This coverage applies only:

1. to a person on the *insured location* with the permission of an *insured*;

2. to a person off the *insured location*, if the *bodily injury*:

    a. arises out of a condition on the *insured location* or the ways immediately adjoining;

    b. is caused by the activities of an *insured*;

    c. is caused by a *residence employee* in the course of the *residence employee's* employment by an *insured*; or

    d. is caused by an animal owned by or in the care of an *insured*; or

3. to a *residence employee* if the *occurrence* causing *bodily injury* occurs off the *insured location* and arises out of or in the course of the *residence employee's* employment by an *insured*.

### SECTION II – ADDITIONAL COVERAGES

The following Additional Coverages are subject to all the terms, provisions, exclusions, and conditions of this policy.

*We* will pay for the following in addition to the limits of liability:

© Copyright, State Farm Mutual Automobile Insurance Company, 2017

HW-2136

**STATE FARM-FOSTER_0039**

1.  **Claim Expenses.  *We*** will pay:

    a.  expenses ***we*** incur and costs taxed against an ***insured*** in suits ***we*** defend.  Taxed costs do not include attorney fees;

    b.  premiums on bonds required in suits ***we*** defend, but not for bond amounts greater than the Coverage L limit.  ***We*** are not obligated to apply for or furnish any bond;

    c.  reasonable expenses an ***insured*** incurs at ***our*** request.  This includes actual loss of earnings (but not loss of other income) up to $250 per day for aiding ***us*** in the investigation or defense of claims or suits;

    d.  interest the ***insured*** is legally liable to pay on damages payable under Coverage L above before a judgment, but only the interest on the lesser of:

        (1)  that part of the damages ***we*** pay; or

        (2)  the Coverage L limit; and

    e.  interest on the entire judgment that accrues after entry of the judgment and before ***we*** pay or tender, or deposit in court that part of the judgment that does not exceed the limit of liability that applies.

2.  **First Aid Expenses.  *We*** will pay expenses for first aid to others incurred by an ***insured*** for ***bodily injury*** covered under this policy.  ***We*** will not pay for first aid to ***you*** or any other ***insured***.

3.  **Damage to Property of Others.**

    a.  ***We*** will pay for ***property damage*** to property of others caused by the activities of an ***insured***.

    b.  ***We*** will not pay more than the smallest of the following amounts:

        (1)  replacement cost at the time of loss;

        (2)  full cost of repair; or

        (3)  the limit of liability shown in the ***Declarations*** for **Damage to Property of Others** for any one ***occurrence***.

    c.  ***We*** will not pay for ***property damage***:

        (1)  for a loss that is recoverable under Section I of this policy.  ***We*** also will not pay for any applicable deductible regardless of whether the amount of the loss exceeds the deductible;

        (2)  caused intentionally by an ***insured*** 13 years of age or older;

        (3)  to property, other than a rented golf cart, owned by, or rented to an ***insured***, a tenant of an ***insured***, or a resident in ***your*** household;

        (4)  arising out of:

            (a)  ***business*** pursuits;

            (b)  any act or omission in connection with a premises an ***insured*** owns, rents, or controls, other than the ***insured location***;

            (c)  a condition on the ***insured location*** or the ways immediately adjoining; or

            (d)  the ownership, maintenance, or use of a ***motor vehicle***, aircraft, or watercraft, including airboat, air cushion, personal watercraft, sail board, or similar type watercraft; or

        (5)  if a payment is made under **COVERAGE L – PERSONAL LIABILITY** for the same ***property damage***.

## SECTION II – EXCLUSIONS

1.  Coverage L and Coverage M do not apply to:

    a.  ***bodily injury*** or ***property damage*** that:

        (1)  was a result of a:

            (a)  willful and malicious; or

            (b)  criminal;

            act or omission of the ***insured***;

        (2)  was intended by the ***insured***; or

        (3)  would have been expected by the ***insured*** based on a reasonable person standard.

        However, exclusions a.(2) and a.(3) above do not apply to ***bodily injury*** or ***property damage*** resulting from the use of reasonable force to protect persons or property.

© Copyright, State Farm Mutual Automobile Insurance Company, 2017
HW-2136

**STATE FARM-FOSTER_0040**

Exclusions a.(1), a.(2), and a.(3) above apply to all *bodily injury* or *property damage* even if the:

(1) *bodily injury* or *property damage* was sustained by a different person, entity, or property than was expected or intended;

(2) *bodily injury* or *property damage* was of a different kind, quality, or degree than was expected or intended;

(3) *insured* lacked the mental capacity to control his or her conduct;

(4) *insured* was not charged with or convicted of a criminal act or omission; or

(5) *insured* was impaired by drugs or alcohol;

b. *bodily injury* or *property damage* arising out of *business* pursuits of any *insured*, except as provided in item c. below.  This exclusion does not apply to activities that are ordinarily incident to non-*business* pursuits;

c. *bodily injury* or *property damage* arising out of the rental of any part of any premises by any *insured*.  This exclusion does not apply:

(1) to the rental of the *residence premises*:

    (a) either completely or in part, for exclusive use as a residence, for up to 30 nights in the 12-month period prior to the date of the loss;

    (b) in part, for use as a permanent residence, by either one or two full-time roomers or boarders; or

    (c) in part, as an office, school, studio, or private garage;

(2) when the *dwelling* on the *residence premises* is a two, three, or four family *dwelling* and *you* occupy one part and rent the other part to others;

(3) to farm land (without buildings), rented to others, but not to exceed a total of 500 acres, regardless of the number of locations; or

(4) to activities that are ordinarily incident to non-*business* pursuits;

d. *bodily injury* or *property damage* arising out of the rendering or failing to render professional services;

e. *bodily injury* or *property damage* arising out of any premises currently owned or rented to any *insured* which is not an *insured location*.  This exclusion does not apply to *bodily injury* to a *residence employee* arising out of and in the course of the *residence employee's* employment by an *insured*;

f. *bodily injury* or *property damage* arising out of the ownership, maintenance, use, loading, or unloading of:

(1) an aircraft.  This exclusion does not apply to the ownership, maintenance, use, loading, or unloading of unmanned aircraft systems used as model aircraft:

    (a) solely for recreational or hobby purposes;

    (b) designed to be operated within the visual line of sight of the operator and operated within the visual line of sight of the operator; and

    (c) weighing not more than 55 pounds at the time of operation;

unless the ownership, maintenance, use, loading, or unloading of such aircraft results in:

    (a) *property damage* to any aircraft; or

    (b) *bodily injury* or *property damage* resulting from interference with an aircraft carrying people regardless of whether the *bodily injury* or *property damage* is sustained by people or property on the aircraft or not;

(2) a *motor vehicle* owned or operated by or rented or loaned to any *insured*; or

(3) a watercraft:

    (a) owned by or rented to any *insured* if it has inboard or inboard-outdrive motor power of more than 50 horsepower;

    (b) owned by or rented to any *insured* if it is a sailing vessel, with or without

© Copyright, State Farm Mutual Automobile Insurance Company, 2017

HW-2136

**STATE FARM-FOSTER_0041**

auxiliary power, 26 feet or more in overall length;

(c) powered by one or more outboard motors with more than 25 total horsepower owned by any **insured**;

(d) designated as an airboat, air cushion, or similar type of craft; or

(e) owned by any **insured** if it is a personal watercraft using a water jet pump powered by an internal combustion engine as the primary source of propulsion.

This exclusion does not apply to **bodily injury** to a **residence employee** arising out of and in the course of the **residence employee's** employment by an **insured**. Exclusion f.(3) does not apply while the watercraft is on the **residence premises**;

g. **bodily injury** or **property damage** arising out of:

(1) the entrustment by any **insured** to any person;

(2) the supervision by any **insured** of any person;

(3) any liability statutorily imposed on any **insured**; or

(4) any liability assumed through an unwritten or written agreement by any **insured**;

with regard to the ownership, maintenance, or use of any aircraft, watercraft, or **motor vehicle** not covered under Section II of this policy;

h. **bodily injury** or **property damage** caused directly or indirectly by war, including undeclared war, or any warlike act including destruction, seizure, or use for a military purpose, or any consequence of these. Discharge of a nuclear weapon will be considered a warlike act even if accidental;

i. **bodily injury** to any **insured** within the meaning of part 9.a., 9.b., or 9.c. of the definition of **insured**.

This exclusion also applies to any claim made or suit brought against any **insured** within the

meaning of part 9.a., 9.b., or 9.c. of the definition of **insured** to share damages with or repay someone else who may be obligated to pay damages because of the **bodily injury** sustained by any **insured** within the meaning of part 9.a., 9.b., or 9.c. of the definition of **insured**;

j. any claim made or suit brought against any **insured** by:

(1) any person in the care of any **insured** because of child care services provided by or at the direction of:

(a) any **insured**;

(b) any employee of any **insured**; or

(c) any other person actually or apparently acting on behalf of any **insured**; or

(2) any person who makes a claim because of **bodily injury** to any person in the care of any **insured** because of child care services provided by or at the direction of:

(a) any **insured**;

(b) any employee of any **insured**; or

(c) any other person actually or apparently acting on behalf of any **insured**.

This exclusion does not apply to the occasional child care services provided by any **insured**, or to the part-time child care services provided by any **insured** under 19 years of age;

k. **bodily injury** or **property damage** arising out of an **insured's** participation in, or preparation or practice for, any prearranged or organized race, speed or demolition contest, or similar competition involving a motorized land vehicle or motorized watercraft. This exclusion does not apply to a sailing vessel less than 26 feet in overall length with or without auxiliary power;

l. **bodily injury** or **property damage** arising out of the use, sale, manufacture, distribution, delivery, transfer, or possession, by any **insured**, of any substance that is illegal or is a controlled substance under either federal or state law.

© Copyright, State Farm Mutual Automobile Insurance Company, 2017

HW-2136

**STATE FARM-FOSTER_0042**

This exclusion does not apply to the legitimate use of legally prescribed drugs, under either federal or state law, by a person following orders of a licensed health care professional;

m. ***bodily injury*** or ***property damage*** arising out of the actual, alleged, or threatened presence, discharge, dispersal, seepage, migration, release, escape of, or exposure to contaminants or pollutants at or from any source or location.

Contaminants and pollutants include but are not limited to any solid, liquid, gaseous, or thermal irritant, including smoke from agricultural smudging or industrial operations, smog, soot, vapor, fumes, acids, alkalis, chemicals, pathogens, noxious substances, fuel oil, asbestos, or lead.

This exclusion does not apply to ***bodily injury*** or ***property damage*** arising out of smoke or fumes caused by fire or explosion.

***We*** also do not cover:

(1) any loss, cost, or expense arising out of any request, demand, order, or statutory or regulatory requirement that any ***insured*** or others test for, monitor, clean up, remove, contain, treat, detoxify, neutralize, remediate, dispose of, or in any way respond to or assess the effects of contaminants or pollutants;

(2) any loss, cost, or expense arising out of any claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating, disposing of, or in any way responding to or assessing the effects of contaminants or pollutants; or

(3) contamination or pollution arising out of actually or allegedly defective building materials, nuclear substances, or waste. Waste includes materials to be recycled, reconditioned, or reclaimed;

n. ***bodily injury*** or ***property damage*** arising out of any actual, alleged, or threatened:

(1) sexual harassment, sexual molestation, or sexual misconduct;

(2) physical or mental abuse; or

(3) corporal punishment;

by the ***insured***;

o. ***bodily injury*** or ***property damage*** arising out of the actual, alleged, or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any ***fungus*** at or from any source or location.

***We*** also do not cover any loss, cost, or expense arising out of any:

(1) request, demand, order, or statutory or regulatory requirement that any ***insured*** or others test for, monitor, clean up, remove, contain, treat, detoxify, neutralize, remediate, dispose of, or in any way respond to or assess the effects of ***fungus***; or

(2) claim or suit for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating, disposing of, or in any way responding to or assessing the effects of ***fungus***; or

p. ***bodily injury*** or ***property damage*** arising out of the ownership, maintenance, or use of systems and equipment used to generate electrical power exceeding 125 percent of the actual electrical power usage by the ***residence premises*** in the 12-month period prior to the date of the loss.

2. Coverage L does not apply to:

a. liability:

(1) for ***your*** share of any loss assessment charged against all members of any type of association of property owners; or

(2) imposed on or assumed by any ***insured*** through any unwritten or written contract or agreement. This exclusion does not apply to liability for damages that the ***insured*** would have in absence of the contract or agreement;

b. ***property damage*** to property owned by any ***insured*** at the time of the ***occurrence***;

©, Copyright, State Farm Mutual Automobile Insurance Company, 2017
HW-2136

STATE FARM-FOSTER_0043

c. *property damage* to property rented to, used or occupied by, or in the care, custody, or control of any *insured* at the time of the *occurrence*. This exclusion does not apply to *property damage* caused by fire, smoke, explosion, or abrupt and accidental damage from water;

d. *bodily injury* to a person eligible to receive any benefits required to be provided or voluntarily provided by an *insured* under a workers' compensation, non-occupational disability, or occupational disease law;

e. *bodily injury* or *property damage* for which an *insured* under this policy is also an insured under a nuclear energy liability policy or would be an insured but for its termination upon exhaustion of its limit of liability. A nuclear energy liability policy is a policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada, or any of their successors;

f. *bodily injury* or *property damage* arising out of any real property any *insured* has sold or transferred. This includes but is not limited to *bodily injury* or *property damage* arising out of known, unknown, hidden, or alleged property conditions, problems, or defects.

This exclusion also applies to any *property damage* to the sold or transferred real property itself.

However, this exclusion does not apply to:

(1) *bodily injury* arising out of fire, smoke, explosion, electrocution, or carbon monoxide poisoning; or

(2) *property damage* arising out of fire, smoke, or explosion.

3. Coverage M does not apply to *bodily injury*:

a. to a *residence employee* if it occurs off the *insured location* and does not arise out of or in the course of the *residence employee's* employment by an *insured*;

b. to a person eligible to receive any benefits required to be provided or voluntarily provided under any workers' compensation, non-occupational disability, or occupational disease law;

c. to a person other than a *residence employee* of an *insured*, regularly residing on any part of the *insured location*; or

d. from nuclear reaction, radiation, or radioactive contamination, all whether controlled or uncontrolled or however caused, or any consequence of any of these.

## SECTION II – CONDITIONS

1. **Limit of Liability.** The Coverage L limit is shown in the *Declarations*. This is the limit for all damages from each *occurrence* for the policy period in which the *bodily injury* or *property damage* first occurs, regardless of the number of *insureds*, claims made, or persons injured. No additional limits or coverage will be available for the *occurrence* under any additional policy periods while this policy remains in force.

The Coverage M limit is shown in the *Declarations*. This is *our* limit for all medical expenses for *bodily injury* to one person as the result of one accident.

2. **Severability of Insurance.** This insurance applies separately to each *insured*. This condition does not

increase *our* limit of liability for any one *occurrence*.

3. **Duties After Loss.** In case of an accident or *occurrence*, the *insured* must cooperate with *us* in the investigation, settlement, or defense of any claim or suit and also perform the following duties that apply. *You* must cooperate with *us* in seeing that these duties are performed:

a. give written notice to *us* or *our* agent as soon as possible, which sets forth:

(1) the identity of this policy and the *insured*;

(2) reasonably available information on the time, place, and circumstances of the accident or *occurrence*; and

©, Copyright, State Farm Mutual Automobile Insurance Company, 2017
HW-2136

STATE FARM-FOSTER_0044

    (3)   names and addresses of any claimants and available witnesses;

b.   immediately forward to **us** every notice, demand, summons, or other process relating to the accident or **occurrence**;

c.   at **our** request, assist in:

    (1)   making settlement;

    (2)   the enforcement of any right of contribution or indemnity against a person or organization who may be liable to an **insured**;

    (3)   the conduct of suits and attend hearings and trials; and

    (4)   securing and giving evidence and obtaining the attendance of witnesses;

d.   under **SECTION II – ADDITIONAL COVERAGES**, **Damage to Property of Others**, exhibit the damaged property if within the **insured's** control; and

e.   the **insured** must not, except at the **insured's** own cost, voluntarily make payments, assume obligations, or incur expenses. This does not apply to expense for first aid to others at the time of the **bodily injury**.

4.   **Coverage M Requirements.** **We** may require the following in regard to any Coverage M claim:

a.   written proof of claim, under oath if required, as soon as possible from the injured person, or when appropriate, someone acting on behalf of that person;

b.   the injured person's submission to physical examinations by a physician selected by **us** when and as often as **we** reasonably require; and

c.   any authorizations from the injured person as **we** may require.

5.   **Payment of Claim – Coverage M or Damage to Property of Others.** Payment under either of these is not an admission of liability by an **insured** or **us**.

6.   **Suit Against Us.** No action will be brought against **us** unless there has been compliance with the policy provisions.

No one will have the right to join **us** as a party to an action against an **insured**. Further, no action with respect to Coverage L will be brought against **us** until the obligation of the **insured** has been determined by final judgment on the merits, after an actual trial or by an agreement signed by **us**; but **we** will not be liable for damages that are not payable under the terms of this policy or that are in excess of the applicable Limit of Liability.

7.   **Bankruptcy of an Insured.** Bankruptcy or insolvency of an **insured** will not relieve **us** of **our** obligation under this policy.

8.   **Other Insurance – Coverage L.** This insurance is excess over any other valid and collectible insurance except insurance written specifically to cover as excess over the limits of liability that apply in this policy.

## SECTION I AND SECTION II – CONDITIONS

1.   **Policy Period.** This policy applies only to loss under Section I or **bodily injury** or **property damage** under Section II that occurs during the period this policy is in effect.

2.   **Concealment or Fraud.** This policy is void as to **you** and any other **insured** if **you** or any other **insured** under this policy has intentionally concealed or misrepresented any material fact or circumstance relating to this insurance, whether before or after a loss.

3.   **Liberalization Clause.** If **we** adopt any revision that would broaden coverage under this policy without additional premium, within 60 days prior to or

during the period this policy is in effect, the broadened coverage will immediately apply to this policy.

4.   **Waiver or Change of Policy Provisions.** A waiver or change of any provision of this policy must be in writing by **us** to be valid. **Our** request for an appraisal or examination does not waive any of **our** rights.

5.   **Cancellation.**

a.   **You** may cancel this policy at any time by giving **us** advance written notice of the date cancellation is to take effect. **We** may waive the requirement

29

© Copyright, State Farm Mutual Automobile Insurance Company, 2017

HW-2136

**STATE FARM-FOSTER_0045**

that the notice be in writing by confirming the date and time of cancellation to *you* in writing.

b. *We* may cancel this policy only for the reasons stated in this condition. *We* will notify *you* in writing of the date cancellation takes effect. This cancellation notice may be delivered to *you*, or mailed to *you* at *your* mailing address shown in the *Declarations*. Proof of mailing will be sufficient proof of notice:

(1) When *you* have not paid the premium, *we* may cancel at any time by notifying *you* at least 10 days before the date cancellation takes effect. This condition applies whether the premium is payable to *us* or *our* agent or under any finance or credit plan.

(2) When this policy has been in effect for less than 45 business days and is not a renewal with *us*, *we* may cancel for any reason. *We* may cancel by notifying *you* at least 10 days before the date cancellation takes effect.

(3) When this policy has been in effect for 45 business days or more, or at any time if it is a renewal with *us*, *we* may cancel for the following reasons:

(a) discovery of fraud or material misrepresentation in the procurement of the insurance or with respect to any claims submitted thereunder;

(b) discovery of willful or reckless acts or omissions on the part of the named insured which increase any hazard insured against;

(c) a change in the risk which substantially increases any hazard insured against after insurance coverage has been issued or renewed;

(d) violation of any local fire, health, safety, building, or construction regulation or ordinance with respect to any insured property or the occupancy thereof which substantially increases any hazard insured against;

(e) a determination by the Insurance Commissioner that the continuation

of the policy would place the insurer in violation of the insurance laws of this state; or

(f) conviction of the named insured of a crime having as one of its necessary elements an act increasing any hazard insured against.

*We* may cancel this policy by notifying *you* at least 30 days before the date cancellation takes effect.

(4) When this policy is written for a period longer than one year, *we* may cancel for any reason at anniversary. *We* may cancel by notifying *you* at least 30 days before the date cancellation takes effect.

c. When this policy is cancelled, the premium for the period from the date of cancellation to the expiration date will be refunded. The return premium will be pro rata.

d. The return premium may not be refunded with the notice of cancellation or when this policy is returned to *us*. In such cases, *we* will refund it within a reasonable time after the date cancellation takes effect.

6. **Nonrenewal.** *We* may elect not to renew this policy. If *we* elect not to renew, a written notice will be delivered to *you*, or mailed to *you* at *your* mailing address shown in the *Declarations*. The notice will be mailed or delivered at least 30 days before the expiration date of this policy. Proof of mailing will be sufficient proof of notice.

7. **Assignment of Policy.** Assignment of this policy will be void and *we* will not recognize any such assignment, unless *we* give *our* written consent.

8. **Subrogation and Reimbursement.**

a. **Subrogation.**

(1) Applicable to SECTION I:

If any *insured* to or for whom *we* make payment under this policy has rights to recover damages from another, those rights are transferred to *us* to the extent of *our* payment. That *insured* must do everything necessary to secure *our* rights and must do nothing after loss to impair them.

© Copyright, State Farm Mutual Automobile Insurance Company, 2017

HW-2136

**STATE FARM-FOSTER_0046**

However before a loss, an *insured* may waive in writing all rights of recovery against any person.

(2) Applicable to SECTION II:

If any *insured* has rights to recover all or part of any payment *we* have made under this policy, those rights are transferred to *us*. An *insured* must do nothing after loss to impair them. At *our* request, an *insured* will bring suit or transfer those rights to *us* and help *us* enforce them.

Subrogation does not apply under Section II to **Medical Payments to Others** or **Damage to Property of Others**.

b. **Reimbursement.**

If *we* make payment under this policy and any *insured* to or for whom *we* make payment recovers or has recovered from another person or organization, then the *insured* to or for whom *we* make payment must:

(1) hold in trust for *us* the proceeds of any recovery; and

(2) reimburse *us* to the extent of *our* payment.

9. **Death.** If *you* die:

a. *we* insure the legal representative of the deceased. This condition applies only with respect to the premises and property of the deceased covered under this policy at the time of death;

b. *insured* includes:

(1) any member of *your* household who is an *insured* at the time of *your* death, but only while a resident of the *residence premises*; and

(2) with respect to *your* property, the person having proper temporary custody of the property until appointment and qualification of a legal representative.

10. **Conformity to State Law.** When a policy provision is in conflict with the applicable law of the state in which this policy is issued, the law of the state will apply.

11. **Premium.**

a. Unless as otherwise provided by an alternative payment plan in effect with the **State Farm Companies** with respect to the premium for this policy, the premium is due and payable in full on or before the first day of the policy period shown in the most recently issued *Declarations*.

b. The renewal premium for this policy will be based upon the rates in effect, the coverages carried, the applicable limits, deductibles, and other elements that affect the premium applicable at the time of renewal.

c. The premium for this policy may vary based upon:

(1) the purchase of other products or services from the **State Farm Companies**;

(2) the purchase of products or services from an organization that has entered into an agreement or contract with the **State Farm Companies**. The **State Farm Companies** do not warrant the merchantability, fitness, or quality of any product or service offered or provided by that organization; or

(3) an agreement, concerning the insurance provided by this policy, that the **State Farm Companies** has with an organization of which *you* are a member, employee, subscriber, licensee, or franchisee.

d. *Your* purchase of this policy may allow:

(1) *you* to purchase or obtain certain coverages, coverage options, coverage deductibles, coverage limits, or coverage terms on other products from the **State Farm Companies**, subject to their applicable eligibility rules; or

(2) the premium or price for other products or services purchased by *you*, including non-insurance products or services, to vary. Such other products or services must be provided by the **State Farm Companies** or by an organization that has entered into an agreement or contract with the **State**

31

HW-2136

© Copyright, State Farm Mutual Automobile Insurance Company, 2017

*Farm Companies*. The **State Farm Companies** do not warrant the merchantability, fitness, or quality of any product or service offered or provided by that organization.

12. **Right to Inspect.**

a. **We** have the right but are not obligated to perform the following:

(1) make inspections and surveys of the *insured location* at any time;

(2) provide **you** with reports on conditions **we** find; or

(3) recommend changes.

Any inspections, surveys, reports, or recommendations relate only to insurability and the premiums to be charged.

b. **We** do not:

(1) make safety inspections;

(2) undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public;

(3) warrant that conditions are safe or healthful; or

(4) warrant that conditions comply with laws, regulations, codes, or standards.

This condition applies to **us** and to any rating, advisory, rate service, or similar organization that makes insurance inspections, surveys, reports, or recommendations on **our** behalf.

13. **Joint and Individual Interests.** When there are two or more Named Insureds, each acts for all to cancel or change this policy.

14. **Change of Policy Address. We** may change the Named Insured's policy address as shown in the **Declarations** and in **our** records to the most recent address provided to **us** by:

a. **you**; or

b. the United States Postal Service.

15. **Electronic Delivery.** With **your** consent, **we** may electronically deliver any document or notice, including a notice to renew, nonrenew, or cancel, instead of mailing it or delivering it by other means. Proof of transmission will be sufficient proof of notice.

16. **Our Rights Regarding Claim Information.**

a. **We** will collect, receive, obtain, use, and retain all the items described in item b.(1) below and use and retain the information described in item b.(3)(b) below, in accordance with applicable federal and state laws and regulations and consistent with the performance of **our** business functions.

b. Subject to 16.a. above, **we** will not be restricted in or prohibited from:

(1) collecting, receiving, or obtaining records, receipts, invoices, medical bills, medical records, wage information, salary information, employment information, data, and any other information;

(2) using any of the items described in item b.(1) above; or

(3) retaining:

(a) any of the items in item b.(1) above; or

(b) any other information **we** have in **our** possession as a result of **our** processing, handling, or otherwise resolving claims submitted under this policy.

c. **We** may disclose any of the items in b.(1) above and any of the information described in item b.(3)(b) above:

(1) to enable performance of **our** business functions;

(2) to meet **our** reporting obligations to insurance regulators;

(3) to meet **our** reporting obligations to insurance data consolidators;

(4) to meet other obligations required by law; and

(5) as otherwise permitted by law.

d. **Our** rights under 16.a., 16.b., and 16.c. above will not be impaired by any:

©, Copyright, State Farm Mutual Automobile Insurance Company, 2017

HW-2136

**STATE FARM-FOSTER_0048**

(1) authorization related to any claim submitted under this policy; or

(2) act or omission of an *insured* or a legal representative acting on an *insured's* behalf.

17. **Duties Regarding Claim Information.** An *insured* or a legal representative acting on an *insured's* behalf

must provide *us* with any requested authorizations related to the claim. *Our* rights as set forth under **Our Rights Regarding Claim Information** of this policy will not be impaired by any:

a. authorization related to the claim; or

b. act or omission of an *insured* or a legal representative acting on an *insured's* behalf.

# OPTIONAL POLICY PROVISIONS

Each Optional Policy Provision applies only as shown in the *Declarations* and is subject to all the terms, provisions, exclusions, and conditions of this policy.

**Option AI – Additional Insured.** The definition of *insured* is extended to include the person or organization shown in the *Declarations* as an Additional Insured or whose name is on file with *us*. Coverage is with respect to:

1. **SECTION I – Coverage A**, **Coverage B**, or **Coverage C**; or

2. **SECTION II – Coverage L** and **Coverage M** but only with respect to the *residence premises*. This coverage does not apply to *bodily injury* to an employee arising out of or in the course of the employee's employment by the person or organization.

This option applies only with respect to the location shown in the *Declarations*.

**Option BP – Business Property.** The **COVERAGE B – PERSONAL PROPERTY**, **Special Limits of Liability**, item b., for property used or intended for use in a *business*, including merchandise held as samples or for sale or for delivery after sale, is changed as follows:

The $1,500 limit is replaced with the amount shown in the *Declarations* for this option.

**Option BU – Business Pursuits**. **SECTION II – EXCLUSIONS**, item 1.b. is modified as follows:

1. Section II coverage applies to the *business* pursuits of an *insured* who is a:

a. clerical office employee, salesperson, collector, messenger; or

b. teacher (except college, university, and professional athletic coaches), school principal, or school administrator;

while acting within the scope of the above listed occupations.

2. However, no coverage is provided:

a. for *bodily injury* or *property damage* arising out of a *business* owned or financially controlled by the *insured* or by a partnership of which the *insured* is a partner or member;

b. for *bodily injury* or *property damage* arising out of the rendering of or failure to render professional services of any nature (other than teaching or school administration). This exclusion includes but is not limited to:

(1) computer programming, architectural, engineering, or industrial design services;

(2) medical, surgical, dental, or other services or treatment conducive to the health of persons or animals; and

(3) beauty or barber services or treatment;

c. for *bodily injury* to a fellow employee of the *insured* injured in the course of employment; or

d. when the *insured* is a member of the faculty or teaching staff of a school or college:

(1) for *bodily injury* or *property damage* arising out of the maintenance, use, loading, or unloading of:

(a) draft or saddle animals, including vehicles for use with them; or

(b) aircraft, *motor vehicles*, recreational *motor vehicles* or watercraft, airboats, air cushions, or personal watercraft which use a water jet pump powered by an internal combustion

©, Copyright, State Farm Mutual Automobile Insurance Company, 2017

HW-2136

**STATE FARM-FOSTER_0049**

engine as the primary source of propulsion;

owned, operated, or hired by or for the *insured* or employer of the *insured* or used by the *insured* for the purpose of instruction in the use thereof; or

(2) under **Coverage M** for *bodily injury* to a student arising out of corporal punishment administered by or at the direction of the *insured*.

**Option FA – Firearms.** Firearms are covered for accidental direct physical loss or damage.

The limits for this option are shown in the *Declarations*. The first amount is the limit for any one article; the second amount is the aggregate limit for each loss.

The following additional provisions apply:

1. *We* will not pay for any loss to the property described in this option either consisting of, or directly and immediately caused by, one or more of the following:

   a. mechanical breakdown, wear and tear, or gradual deterioration;

   b. all animals, birds, or insects, including nesting, infestation, gnawing, feeding, breeding, or discharge or release of waste products or secretions by animals, birds, or insects. However, *we* will pay for losses caused by wild bears or deer;

   c. any process of refinishing, renovating, or repairing;

   d. dampness of atmosphere or extremes of temperatures;

   e. inherent defect or faulty manufacture;

   f. rust, fouling, or explosion of firearms;

   g. breakage, marring, scratching, tearing, or denting unless caused by fire, thieves, or accidents to conveyances; or

   h. infidelity of an *insured's* employees or persons to whom the insured property may be entrusted or rented;

2. *Our* limit for loss by any Coverage B peril except theft is the limit shown in the *Declarations* for Coverage B, plus the aggregate limit;

3. *Our* limits for loss by theft are those shown in the *Declarations* for this option. These limits apply in lieu of the Coverage B theft limit; and

4. *Our* limits for loss by any covered peril except those in items 2. and 3. above are those shown in the *Declarations* for this option.

**Option ID – Increased Dwelling Limit.** *We* will settle losses to damaged *building structures* covered under **COVERAGE A – DWELLING** according to the **Loss Settlement Provision** shown in the *Declarations*.

If the amount *you* actually and necessarily spend to repair or replace damaged *building structures* exceeds the applicable limit of liability shown in the *Declarations*, *we* will pay the additional amounts not to exceed:

1. the Option ID limit of liability shown in the *Declarations* to repair or replace the *dwelling*; or

2. 10% of the Option ID limit of liability to repair or replace *building structures* covered under **COVERAGE A – DWELLING**, Other Structures.

**Report Increased Values.** *You* must notify *us* within 90 days of the start of construction on any new *building structure* costing $5,000 or more; or any additions to or remodeling of *building structures* that increase their values by $5,000 or more. *You* must pay any additional premium due for the increased value. *We* will not pay more than the applicable limit of liability shown in the *Declarations* if *you* fail to notify *us* of the increased value within 90 days.

**Option IO – Incidental Business.** The coverage provided by this option applies only to that incidental *business* occupancy on file with *us*.

1. **COVERAGE A – DWELLING**, Other Structures, item 2.b. is deleted.

2. **COVERAGE B – PERSONAL PROPERTY** is extended to include equipment, supplies, and furnishings usual and incidental to this *business* occupancy. This Optional Policy Provision does not include electronic data processing system equipment or the recording or storage media used with that equipment or merchandise held as samples or for sale or for delivery after sale.

   The Option IO limits are shown in the *Declarations*. The first limit applies to property on the *residence premises*. The second limit applies to property

© Copyright, State Farm Mutual Automobile Insurance Company, 2017
HW-2136

**STATE FARM-FOSTER_0050**

while off the *residence premises*. These limits are in addition to the **COVERAGE B – PERSONAL PROPERTY**, **Special Limits of Liability** on property used or intended for use in a *business*.

3. Under Section II, the *residence premises* is not considered *business* property because an *insured* occupies a part of it as an incidental *business*.

4. **SECTION II – EXCLUSIONS**, item 1.b. is replaced with the following:

    b. *bodily injury* or *property damage* arising out of *business* pursuits of any *insured*, except as provided in item c. below. This exclusion does not apply to activities that are ordinarily incident to non-*business* pursuits or to *business* pursuits of an *insured* that are necessary or incidental to the use of the *residence premises* as an incidental *business*;

5. This insurance does not apply to:

    a. *bodily injury* to an employee of an *insured* arising out of the *residence premises* as an incidental *business* other than to a *residence employee* while engaged in the employee's employment by an *insured*;

    b. *bodily injury* to a student arising out of corporal punishment administered by or at the direction of the *insured*;

    c. liability arising out of any acts, errors, or omissions of an *insured*, or any other person for whose acts an *insured* is liable, resulting from the preparation or approval of data, plans, designs, opinions, reports, programs, specifications, supervisory inspections, or engineering services in the conduct of an *insured's* incidental *business* involving data processing, computer consulting, or computer programming; or

    d. any claim made or suit brought against any *insured* by:

        (1) any person in the care of any *insured* because of child care services provided by or at the direction of:

            (a) any *insured*;

            (b) any employee of any *insured*; or

(c) any other person actually or apparently acting on behalf of any *insured*; or

(2) any person who makes a claim because of *bodily injury* to any person in the care of any *insured* because of child care services provided by or at the direction of:

    (a) any *insured*;

    (b) any employee of any *insured*; or

    (c) any other person actually or apparently acting on behalf of any *insured*.

Coverage M does not apply to any person indicated in d.(1) and d.(2) above.

This exclusion does not apply to the occasional child care services provided by any *insured*, or to the part-time child care services provided by any *insured* under 19 years of age.

**Option JF – Jewelry and Furs.** Jewelry, watches, fur garments and garments trimmed with fur, precious and semi-precious stones, gold other than goldware, silver other than silverware, and platinum are covered for accidental direct physical loss or damage.

The limits for this option are shown in the *Declarations*. The first amount is the limit for any one article; the second amount is the aggregate limit for each loss. All provisions and exclusions of **SECTION I – LOSSES INSURED**, **COVERAGE B – PERSONAL PROPERTY**, **Theft** apply to Option JF.

The following additional provisions apply:

1. *We* will not pay for any loss to the property described in this option either consisting of, or directly and immediately caused by, one or more of the following:

    a. mechanical breakdown, wear and tear, or gradual deterioration;

    b. all animals, birds or insects, including nesting, infestation, gnawing, feeding, breeding, or discharge or release of waste products or secretions by animals, birds, or insects. However, *we* will pay for losses caused by wild bears or deer;

    c. inherent vice; or

    d. seizure or destruction under quarantine or customs regulations;

35

© Copyright, State Farm Mutual Automobile Insurance Company, 2017

HW-2136

2.  *Our* limit for loss by any Coverage B peril except theft is the limit shown in the *Declarations* for Coverage B, plus the aggregate limit;

3.  *Our* limits for loss by theft are those shown in the *Declarations* for this option. These limits apply in lieu of the Coverage B theft limit; and

4.  *Our* limits for loss by any covered peril except those in items 2. and 3. above are those shown in the *Declarations* for this option.

**Option OL – Building Ordinance or Law.**

1.  **Coverage Provided.** The total limit of insurance provided by this option will not exceed an amount equal to the Option OL percentage shown in the *Declarations* of the Coverage A limit shown in the *Declarations* at the time of the loss, as adjusted by the Inflation Coverage provisions of this policy. This is an additional amount of insurance and applies to *building structures* on the *residence premises*.

2.  **Damaged Portions of *Building Structure*.** When a *building structure* covered under **COVERAGE A – DWELLING** is damaged by a *loss insured*, *we* will pay for the increased cost to repair or rebuild the physically damaged portion of the *building structure* caused by the enforcement of a building, zoning, or land use ordinance or law if the enforcement is directly caused by the same *loss insured* and the requirement is in effect at the time the *loss insured* occurs.

3.  **Undamaged Portions of Damaged *Building Structure*.** When a *building structure* covered under **COVERAGE A – DWELLING** is damaged by a *loss insured*, *we* will also pay for:

    a.  the cost to demolish and clear the site of the undamaged portions of the *building structure* caused by the enforcement of a building, zoning, or land use ordinance or law if the enforcement is directly caused by the same *loss insured* and the requirement is in effect at the time the *loss insured* occurs; and

    b.  loss to the undamaged portion of the *building structure* caused by enforcement of any ordinance or law if:

        (1)  the enforcement is directly caused by the same *loss insured*;

        (2)  the enforcement requires the demolition of portions of the same *building structure* not damaged by the same *loss insured*;

        (3)  the ordinance or law regulates the construction or repair of the *building structure*, or establishes zoning or land use requirements at the described premises; and

        (4)  the ordinance or law is in force at the time of the occurrence of the same *loss insured*; or

    c.  legally required changes to the undamaged portion of the *building structure* caused by the enforcement of a building, zoning, or land use ordinance or law, if:

        (1)  the enforcement is directly caused by the same *loss insured*;

        (2)  the requirement is in effect at the time the *loss insured* occurs; and

        (3)  the legally required changes are made to the undamaged portions of specific *building structure* features, systems, or components that have been physically damaged by the *loss insured*.

    *We* will not pay for legally required changes to specific *building structure* features, systems, or components that have not been physically damaged by the *loss insured*.

4.  **Building Ordinance or Law Coverage Limitations.**

    a.  *We* will not pay for any increased cost of construction:

        (1)  until the *building structure* is actually repaired or replaced at the same or another premises in the same general vicinity;

        (2)  unless the repairs or replacement are made as soon as reasonably possible after the loss, not to exceed two years; and

        (3)  due to any original or subsequent construction, addition, modification, renovation, remodel, or repair to a *building structure* that did not comply with a building, zoning, or land use ordinance or law in effect when the construction, addition, modification, renovation, remodel, or repair was performed.

© Copyright, State Farm Mutual Automobile Insurance Company, 2017

HW-2136

**STATE FARM-FOSTER_0052**

b.  **We** will not pay more under this coverage than the amount **you** actually spend:

(1)  for the increased cost to repair or rebuild the **building structure** at the same or another premises in the same general vicinity if relocation is required by ordinance or law; and

(2)  to demolish and clear the site of the undamaged portions of the **building structure** caused by enforcement of building, zoning, or land use ordinance or law.

**We** will not pay for more than a **building structure** of the same height, floor area, and style on the same or similar premises as the **building structure**, subject to the limit provided in paragraph 1. **Coverage Provided** of this option.

**Option SG – Silverware and Goldware Theft.** The **COVERAGE B – PERSONAL PROPERTY, Special Limits of Liability**, item i., for theft of silverware and goldware is increased to be the amount shown in the **Declarations** for this option.

©, Copyright, State Farm Mutual Automobile Insurance Company, 2017

HW-2136

**STATE FARM-FOSTER_0053**

O-2414
P  e 1 of 1

## HO-2414 EARTHQUAKE AND VOLCAN C EXPLOSION ENDORSEMENT (Homeowners)

This endorsement modifies insurance provided under the following: HOMEOWNERS POLICY

The following is added to **SECTION I – ADDITIONAL COV-ERAGES**:

**Earthquake and Volcanic Explosion. *We*** will pay for accidental direct physical loss to covered property re-sulting from an earthquake or volcanic explosion when the loss is directly and immediately caused by:

a.   ground shock waves;

b.   ground tremors;

c.   ground liquefaction; or

d.   damaging amplification of ground motion;

subject to the following:

(1)   ***We*** will not pay for, under this endorsement, loss arising from earthquake activity or volcanic explosion that begins before the inception of this endorsement.

But, if this endorsement replaces earthquake insurance that excludes loss that occurs after the expiration of the policy, ***we*** will pay for loss covered by this endorsement due to an earth-quake or volcanic explosion that occurs on or after the inception of this endorsement, if the series of earthquake shocks or tremors or vol-canic explosions began within 168 hours prior to the inception of this insurance.

(2)   All earthquake activity or volcanic explosions that occurs within any 168-hour period will con-stitute a single loss. The expiration of this policy will not reduce the 168-hour period.

(3)   **Deductible:** The deductible for loss caused by earthquake or volcanic explosion is the amount determined by applying the Earth-quake deductible percentage (%) shown in the ***Declarations***, to the **COVERAGE A – DWELLING** limit shown in the ***Declarations***.

This deductible applies to all losses covered under this endorsement.  The deductible will be subtracted from the total amount of the loss and will apply in place of any other deductible stated in this policy.

(4)   This coverage does not increase the limit ap-plying to the damaged property.

For the purposes of this endorsement only **SECTION I – LOSSES NOT INSURED**, 2.b. **Earth Movement** is replaced with the following:

b.   **Earth Movement**, meaning the sinking, rising, shifting, expanding, or contracting of earth, all regardless of whether combined with water, sewage, or any ma-terial carried by, or otherwise moved by the earth. Earth movement includes but is not limited to:

(1)   earthquake, except as specifically provided in **SECTION I – ADDITIONAL COVERAGES**, **Earthquake and Volcanic Explosion**;

(2)   landslide, mudslide, or mudflow;

(3)   sinkhole or subsidence;

(4)   movement resulting from:

(a)   improper compaction;

(b)   site selection;

(c)   natural resource extraction activities;

(d)   excavation;

(5)   erosion;

(6)   pressure by surface or subsurface earth or fill; or

(7)   any volcanic activity, except as specifically pro-vided in **SECTION I – ADDITIONAL COVER-AGES**, **Volcanic Action** or **SECTION I – ADDITIONAL COVERAGES**, **Earthquake and Volcanic Explosion**.

However, ***we*** will pay for any accidental direct phys-ical loss by fire resulting from earth movement, pro-vided the resulting fire loss is itself a ***loss insured***.

All other policy provisions apply.

HO-2414

©, Copyri  ht, St  t  F  rm Mutu  l Automobil  Insurance Comp  ny, 2016

STATE FARM-FOSTER_0054

## HO-2444 BACK-UP OF SEWER OR DRAIN ENDORSEMENT (Homeowners)

This endorsement modifies insurance provided under the following: HOMEOWNERS POLICY

The following is added to **SECTION I – ADDITIONAL COVERAGES**:

**Back-up of Sewer or Drain.** *We* will pay for accidental direct physical loss to the *dwelling* and covered personal property located within the *dwelling*, caused by back-up of water or sewage, subject to the following:

a. The back-up must be directly and immediately caused solely by water or sewage:

(1) from outside the *residence premises* plumbing system that enters through a sewer or drain located inside the interior of the *dwelling*; or

(2) that enters into and overflows from within a sump pump, sump pump well, or any other system located inside the interior of the *dwelling* designed to remove subsurface water drained from the foundation area.

b. Coverage does not apply to:

(1) losses resulting from *your* failure to:

(a) keep a sump pump or its related equipment in proper working condition; or

(b) perform the routine maintenance or repair necessary to keep a sewer or drain free from obstructions; or

(2) losses that occur or are in progress within the first 5 days of the inception of this endorsement. This limitation does not apply when:

(a) this endorsement is attached to a newly issued policy; or

(b) this endorsement is attached to replace another Back-Up of Sewer or Drain Endorsement. However, if this endorsement's coverage limits are higher than those of the endorsement it replaces, then the limitation described in (2) above applies only to the increase in coverage limits.

c. If *you* request an increase to the coverage limit for this endorsement, the increased coverage limit does not apply to losses that occur or are in progress within the first 5 days of *your* request.

d. The total limit of insurance provided by this endorsement will not exceed the amount determined by applying the Back-Up Of Sewer Or Drain percentage (%) shown in the *Declarations* to the **COVERAGE A – DWELLING** limit shown in the *Declarations*, as adjusted by the inflation coverage

provisions of this policy. This is an additional amount of insurance.

e. The deductible for each loss under this coverage is the amount shown in the *Declarations* under **Section I Deductible** for "Other Losses" or "All Losses", whichever applies.

For purposes of this endorsement only:

a. **SECTION I – LOSSES INSURED**, item 12.b.(2) is deleted from the policy.

b. **SECTION I – LOSSES NOT INSURED, Water** is replaced by:

**Water**, meaning:

(1) flood;

(2) surface water. This does not include water solely caused by the release of water from a swimming pool, spigot, sprinkler system, hose, or hydrant;

(3) waves (including tidal wave, tsunami, and seiche);

(4) tides or tidal water;

(5) overflow of any body of water (including any release, escape, or rising of any body of water, or any water held, contained, controlled, or diverted by a dam, levee, dike, or any type of water containment, diversion, or flood control device);

(6) spray or surge from any of the items c.(1) through c.(5) described above, all whether driven by wind or not;

(7) water or sewage from outside the *residence premises* plumbing system that enters through sewers or drains, or water or sewage that enters into and overflows from within a sump pump, sump pump well, or any other system designed to remove subsurface water that is drained from the foundation area;

except as specifically provided in **SECTION I – ADDITIONAL COVERAGES, Back-Up of Sewer or Drain.**

(8) water or sewage below the surface of the ground, including water or sewage that exerts pressure on, or seeps or leaks through a *building structure*, sidewalk, driveway, swimming pool, or other structure; or

© Copyright, State Farm Mutual Automobile Insurance Company, 2016
CONTINUED

STATE FARM-FOSTER_0055

(9)  material carried or otherwise moved by any of the water or sewage, as described in items c.(1) through c.(8) above.

However, **we** will pay for any accidental direct physical loss by fire, explosion, or theft resulting from water, provided the resulting loss is itself a ***loss insured***.

c.    **SECTION I – CONDITIONS**, **Other Insurance** is replaced by:

    **Other Insurance.**  This coverage is excess over other valid and collectible insurance.

All other policy provisions apply.

HO-2444

©, Copyright, State Farm Mutual Automobile Insurance Company, 2016

STATE FARM-FOSTER_0056