## DECLARATION OF RITA WALLENBERG

I, Rita Wallenberg, make the following declaration pursuant to 28 U.S.C § 1746:

1. I am over 18 years of age, have personal knowledge of the facts set forth in this declaration, and, if called as a witness, could competently testify to these facts.

2. Prior to my retirement, I was an insurance agent licensed by the State of Oklahoma and owned the Rita Wallenberg Insurance Agency, Inc. (the "Wallenberg Agency") as its sole shareholder.

3. I understand that the Wallenberg Agency has been named as a defendant in a lawsuit filed by Don and Brenda Foster.

4. The Wallenberg Agency was dissolved prior to the filing of the Petition in Case No. CJ-2023-426 in the District Court of Cleveland County, State of Oklahoma.

5. Prior to the dissolution of the Wallenberg Agency, I worked as a licensed insurance agent with State Farm Fire and Casualty Company ("State Farm") for more than twenty years. Within my role as an insurance agent, I placed homeowners insurance policies with State Farm, among other things. I am familiar with the homeowners coverages offered by State Farm.

6. I am familiar with Mr. and Mrs. Foster and the coverage that was issued to them by State Farm via Policy No. 36-C0-7718-3 (the "Policy") for the policy term of April 15, 2021 to April 15, 2022 (the "Policy Period") for the property located at 13212 Grape Arbor Ter, Oklahoma City, OK 73170-2101 (the "Property").

7. Prior to April 15, 2021, and in relation to the issuance of the Policy for the Policy Period, neither I nor any employees of the Wallenberg Agency performed an in-person inspection of the Property. Nor was the Wallenberg Agency required to do so.

8. Prior to April 15, 2021, and in relation to the issuance of the Policy for the Policy Period, I did not represent to Mr. and Mrs. Foster that the Property, including the roof, was in good condition and free of any existing damage. Nor could I or any employees of the Wallenberg Agency have done so because neither I nor any employees of the Wallenberg Agency inspected the Property.

9. Prior to April 15, 2021, and in relation to the issuance of the Policy for the Policy Period, I did not represent to Mr. and Mrs. Foster that they could be paid to replace the Property's roof without consideration of any coverage exclusions or limitations which are in the Policy. Nor were any of my employees trained to make such representations to customers.

10. Prior to dissolution, the Wallenberg Agency did not determine the underwriting requirements which Mr. and Mrs. Foster and other insureds were required to meet for coverage.

11. Prior to dissolution, the Wallenberg Agency did not make decisions about whether a particular property met State Farm's underwriting guidelines. Nor did the Wallenberg Agency make claim-handling determinations for State Farm.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 28, 2024        *Rita Wallenberg*
Rita Wallenberg

2

EXHIBIT 14