Don W. Foster

**From:** Don W Foster <dwfosterx3@sbcglobal.net>
**Sent:** Wednesday, September 15, 2021 6:42 PM
**To:** Don W. Foster
**Subject:** [EXTERNAL]Fw: We made a payment on your claim.

----- Forwarded Message -----
From: statefarmclaimsmessaging@statefarmclaims.com <statefarmclaimsmessaging@statefarmclaims.com>
To: "dwfosterx3@sbcglobal.net" <dwfosterx3@sbcglobal.net>
Sent: Wednesday, September 15, 2021, 07:58:07 AM CDT
Subject: We made a payment on your claim.

View your claim details on your Claim dashboard.



State Farm
Claim Number: 36-23N9-29N
Date of Incident: 07/18/2021

Hello, BRENDA.

We made a payment on your claim.



Date issued:

9/15/2021



Paid to:

DON W. FOSTER & BRENDA K. FOSTER



Payment method/number:

Paper/126676565J



Amount:

1

EXHIBIT 16          STATE FARM-FOSTER_0172

$108.64 Wind or Hail - Building

Allow two to four business days for direct deposit and seven to 10 days for mailed payments.

## Your Claim Dashboard

Review your claim, coverage, policy and full payment details any time.

- State Farm® mobile app

  Online claims hub

### Your Claim Contact

David Camp
844-458-4300, ext. 3099944183

MONDAY - FRIDAY : 8 am - 4:30 pm
SATURDAY - SUNDAY : closed

Save the StateFarm® claims number to your phone or text HOME to 62789 for your claim contact card.

Connect with State Farm®

 

**Email intended for:** BRENDA FOSTER

**Please do not reply to this message.** This email was sent from a notification-only address that cannot accept incoming emails.

If you need to call us and you are deaf, hard of hearing, or do not use your voice to communicate, you may contact us via 711 or other relay services.

You received this email at DWFOSTERX3@SBCGLOBAL.NET because you have a StateFarm policy/account or you have requested information from StateFarm. If you do not wish to receive State Farm emails, you may opt out. If you prefer, write to us: State Farm Mutual Automobile Insurance Company, Mail Response Center,1 State Farm Plaza, Bloomington, IL 61710.

For your protection, please do not include sensitive personal information such as Social Security Number,credit/debit card number(financial account number), driver's license number, or health/medical information in an email. Call your State Farm agent or State Farm customer service to discuss sensitive information.

STATE FARM FIRE AND CASUALTY COMPANY

This email message, including any attachment(s) is for the sole use of the intended recipient(s) and may contain confidential information. Any unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please immediately contact the sender by email.

⚠ This email is from an external address. Exercise caution when following links or opening attachments. ⚠

STATE FARM-FOSTER_0174