

14 Industrial Drive East
Suite 2
South Deerfield, Massachusetts 01373

861.702.3473
envistaforensics.com

# REPORT OF FINDINGS

## BRENDA K. FOSTER RESIDENCE



[Seal: PROFESSIONAL STRUCTURAL ENGINEER - CORBIN DAY SWAIN - 25839 - OKLAHOMA]

7/29/2022

State Farm Insurance Company Claim No: 36-23N9-29N
Envista Matter No: MAT-139464-M7P6
REPORT DATE: July 29, 2022

Prepared For:
David Camp
State Farm Insurance Company
P.O. Box 106169
Atlanta, GA 30348-6169
statefarmfireclaims@statefarm.com

CERTAINTY IN AN UNCERTAIN WORLD

EXHIBIT 1



Page 2 of 8
Envista Matter No. MAT-139464-M7P6
State Farm Insurance Company Claim No. 36-23N9-29N

## BACKGROUND

On June 30, 2022, Corbin Swain, P.E., S.E., an Associate of Envista Forensics (Envista), inspected the residence of Brenda Foster located at 13212 Grape Arbor Terrace in Oklahoma City, Oklahoma. The residence was a single-story wood-framed structure whose exterior walls were clad with brick veneer and stone accents. The wood-framed superstructure was supported by a concrete slab-on-grade foundation. The structure had a hipped and gabled roof that was covered with laminate-style asphalt composition shingles and two copper roof facets on the front elevation. According to property tax records available on the Cleveland County Assessor's Office website, the residence was constructed in 2003. For the purposes of discussion within this report, the front elevation of the residence was considered to be west-facing (Attachment A, Photographs 1 through 4).

Reportedly, the roofing system of the residence was damaged by hail on or about July 18, 2021, which subsequently allowed water intrusion to occur. Mr. and Mrs. Foster, the property owners, and their roofing contractor, Mr. Kirk Ellington, were present during the inspection and directed Envista's attention to areas of concern.

## PURPOSE

State Farm Insurance Company retained Envista to assess the reported damage. Specifically, Envista was requested to determine the extent of hail damage, if any, to the roofing system of the residence. Additionally, Envista was asked to determine the cause of the reported water intrusion.

## CONCLUSIONS

It is Envista's professional opinion that:

1. The asphalt composition shingle roofing system of the residence was not damaged by impact from hail.

2. The copper roofing systems on the front elevation of the residence sustained hail impact-related indentations. These indentations were cosmetic in nature only and did not compromise the water-shedding capabilities or adversely affect the service life of the copper roofing systems.

3. The water intrusion at the residence was attributable to deterioration/deficiencies related to the flashing around plumbing pipe penetrations and the chimney of the residence.

## DOCUMENTS REVIEWED

The following documents and materials were reviewed and/or referenced as part of Envista's investigation, and/or contain information pertinent to the discussion and conclusions presented herein:

1. Cleveland County (Oklahoma) Assessor's Office website property search, URL: https://www.clevelandcountyassessor.us/Search.aspx
2. Storm Events Database search provided by the National Oceanic and Atmospheric Administration's National Centers for Environmental Information (NCEI), URL: http://www.ncdc.noaa.gov/stormevents/ (Attachment B, Weather Data).
3. CoreLogic Hail Verification Report # 23332654 (Attachment B, Weather Data).
4. StormIntel Verify Hail History Report from WeatherGuidance Forensics Unit (Attachment B, Weather Data).

EXHIBIT 1



estimated maximum diameter of 0.75-inch was reported within 1-mile of the property (but not at the property).

Lastly, Envista obtained and reviewed historical weather data regarding hail events in the form of a Storminiel Verify Hail History Report from the WeatherGuidance Forensics Unit. Similar to CoreLogic, WeatherGuidance utilizes a proprietary hail verification model that is based on the examination of ground-based storm reports and/or radar-indicated hail detection algorithms. For the time period of January 1, 2021, through June 29, 2022, the available data from WeatherGuidance revealed two reports of hail at the property. On October 14, 2021, hail with a maximum diameter of 0.75-inch was reported at the property. On July 18, 2021, hail with a maximum diameter of 1-inch was reported at the property.

The weather data presented herein is included to provide an indicator of storm events that may have occurred in the vicinity of the property. Actual hail sizes at the property may not have been the same magnitude as were recorded elsewhere within the subject or neighboring counties or as reported herein. Additionally, the report of hail at or near a particular location does not necessarily mean that hail fell to the ground at the property or that the reported hail diameter was the actual hail size that fell to the ground. For example, some amount of uncertainty in the reported weather data is implied by the use of the terms "estimated maximum" and "maximum" when describing hail size in the CoreLogic and WeatherGuidance reports, respectively. This is due to 1) variations in reporting, 2) limitations associated with radar-based hail estimates and hail verification algorithms, and 3) the compact nature of hailstorms. CoreLogic and WeatherGuidance hail reports generally do not include the occurrences of hail with a diameter smaller than 0.75-inch. Additional weather data may be available at a later date. Full NOAA NCEI, CoreLogic, and WeatherGuidance hail event data reports are provided as Attachment B of this report.

## DISCUSSION

### Hail Indicators

In conducting this investigation, Envista inspected the peripheral building elements on the roof and around the property in an attempt to gain a better understanding of the approximate size of the hailstones that may have impacted the roofing system. Two good indicators of the size and directionality of hail are spatter marks and indentations in soft metals. Spatter marks are formed when hail removes some oxidation or organic growth from either metal, plastic or wooden surfaces. These marks tend to widen and propagate outward from the impact location; therefore, measurement of the width of the narrow end of spatter marks has been found to closely correlate with the actual size of the hailstones that created them. Hail-related spatter marks will eventually fade and blend in with the surrounding material surface. Although the time it takes for spatter marks to blend in is variable with weather exposure, it has been Envista's experience that such marks commonly remain visible for approximately one year following a hailstorm event, but in some cases can remain visible for up to two years. Conversely, indentations in metal surfaces do not weather away like hail spatter marks and as such the metal becomes a permanent record of all previous storms. It is important to understand that soft metals, such as lead and aluminum, are susceptible to denting even by hailstones that have insufficient size and energy to damage the roofing system. Therefore, the age and size of such indentations must be carefully considered with all other peripheral evidence when assessing hail damage to roofing systems.

Inspection of the peripheral building elements on the roof and around the residence included, but was not necessarily limited to, the following components: wooden privacy fencing surrounding the back yard, soft metal appurtenances on the roofs, ground-mounted HVAC units, metal valley flashing, and electrical enclosures mounted on the northern elevation of the residence. This inspection revealed markings consistent with hail spatter marks that typically measured 1/4-inch or less in width. Evidence of indentations consistent with impact from hail were observed in the soft metal appurtenances on the roof

EXHIBIT 1



Page 5 of 8
Envista Matter No. MAT-139464-MZP6
State Farm Insurance Company Claim No. 36-23N9-29N

(but not in the metal valley flashing). These indentations typically measured up to 3/4-inch to 1-inch in width. Ice ball impact testing studies have shown that the strongest correlation between hailstone diameter and dent size is the smallest measured width of the inner dent, which is defined by the well-defined steep slopes about the center of the impact. Furthermore, the relationship between hailstone diameter and dent size is specific to appurtenance type, profile, and thickness. In the case of the indentations in the soft metal appurtenance shown in Photographs 17 and 18, ice ball impact testing suggests that the diameter of an impacting hailstone is about twice the diameter of the resulting indentation. As such, the sizes of the aforementioned indentations in this soft metal appurtenance (3/4-inch) indicated that the property had been exposed to hailstones that were up to approximately 1 1/2-inches in diameter. In the case of the indentations in the soft metal appurtenance shown in Photographs 19 and 20, ice ball impact testing suggests that the diameter of an impacting hailstone is about half the diameter of the resulting indentation. As such, the sizes of the aforementioned indentations in this soft metal appurtenance (up to 1-inch) indicated that the property had been exposed to hailstones that were up to approximately 1/2-inch in diameter. (Attachment A, Photographs)

Ice ball impact testing studies similar to those mentioned above have also been used to determine the damage threshold for typical roofing systems. The damage threshold is generally defined as the hailstone size required to cause damage that compromises the water shedding capabilities and/or decreases the anticipated service life of the roofing system. In the case of laminate-style asphalt composition shingles, the damage threshold has been determined to be hailstones measuring approximately 1 1/4-inches in diameter. Therefore, Envista found no evidence in the form of spatter marks that indicated the property had been exposed to hailstones in excess of the typical damage threshold of the asphalt composition shingle roofing system. There was evidence in the form of indentations in soft metals and historical weather data that indicated the property may have been exposed to hailstones in excess of the typical damage threshold of the roofing system. However, it is important to note that hail damage thresholds are typically established in a controlled laboratory environment. As such, the density of individual hailstones at the property may vary from the ice balls used for impact testing studies. Furthermore, environmental conditions and/or the age of the roofing system at the property may differ from those utilized during testing in a laboratory environment. Exposure to a particular size of hailstone that exceeds the damage threshold of the roofing system does not necessarily mean that damage will occur to the roofing system. Conversely, hailstones smaller than the damage threshold may be capable of causing damage to the roofing system (such as in the case of older roofing systems).

As previously discussed, spatter marks eventually weather away while indentations in the soft metal appurtenances remain permanently visible. This is important to note because there was a difference in hail diameter indicated by the spatter marks (1/4-inch) as compared to the hail diameter indicated by the indentations in the soft metal appurtenances (up to 1 1/2-inches). This suggested that sufficient time had passed for the spatter marks associated with the hailstones which caused the indentations in the soft metal appurtenances to weather away.

### Hail Damage Evaluation

Envista inspected the asphalt composition shingle roofing system of the residence for evidence of damage consistent with impact from hail. Hail impact-related damage to asphalt composition shingle roofing is typically evidenced by a random-distribution of roughly circular blemishes. It has been Envista's experience that these blemishes are generally no smaller than approximately 3/4-inch in diameter, which are characterized by missing granules, granules forced into the shingle mat, and bruising, dimpling, and/or fracturing of the shingle mat. Bruising of the shingle mat produces a weak spot that feels softer and more pliable than the remainder of the shingle. Hail-related damage is typically most severe along ridges, rakes, and eaves where substrate support for the shingles is discontinuous. Due to the directional nature of hailstorms, it is typical for hail damage to roofing to concentrate on the slope of the roof that is

EXHIBIT 1



Page 6 of 8
Envista Matter No. MAT-139464-M2P6
State Farm Insurance Company Claim No. 36-23N9-29N

most perpendicular to the direction of the storm as this will result in greater energy transfer from the hailstone. While distribution of such damage is random, the frequency of damage is typically consistent across any one affected slope of a roof with the exception of areas that are shielded from hailstone impacts by overhanging features such as upper stories, roof overhangs, or trees. Hailstone impacts to the surface of the roof most parallel to the trajectory of the hailstone commonly glance off the surface of the roof, imparting less damage at impact.



**Figure 2:** Aerial view of the residence with approximate test square locations indicated by the yellow squares.

Envista's evaluation consisted of a visual and tactile inspection of the roof of the residence in four approximately 10-foot by 10-foot representative test squares (as well as various other areas of the roof). The test squares were selected such that they were located on roof slopes facing each of the four cardinal directions. The approximate locations of these test squares are shown in Figure 1 above. Inspection of the roofing system in these test squares found minimal granule loss that was consistent with age-related wear and weathering of the roofing system. Isolated occurrences of unintentional mechanical damage were observed in the form of scuff marks and/or abrasions on the shingles. The onset of thermal cracking (also referred to as crazing) was observed in various locations. No damage consistent with impact from hail was observed. (Attachment A, Photographs)

Prior to Envista's inspection, Mr. Ellington had used blue chalk to identify areas on several roof slopes that he believed were damage caused by impact from hail. Inspection of these areas identified by Mr. Ellington revealed characteristics that were not consistent with damage caused by hail impacts. The identified areas were typically characterized by missing granules of varying shapes and sizes. For example, one location marked on an east-facing roof slope consisted of circular impression that measured approximately 1/4-inch in width while another area of granule loss was irregularly shaped and measured between 1-inch and 1 1/2-inches along one side. This larger, irregularly shaped area of granule loss occurred on the edge of shingle lamination, yet no granule loss existed on the area of shingle directly adjacent to the lamination. Had the granule loss been the result of impact from hail, similar granule loss would be expected on the area of the shingle directly adjacent to the lamination. Other areas that were identified by Mr. Ellington were characterized by linear groupings of granule loss along edges of shingles and/or laminations. This granule loss was consistent with weathering of the roofing system and/or foot traffic on the roof surface. Another location identified by Mr. Ellington consisted of an oval-shaped area of granule loss that occurred coincident with crazing of the shingle which suggested the granule loss was the result of thermal-related stresses to the shingle. (Attachment A, Photographs)

EXHIBIT 1



Therefore, it is Envista's professional opinion that *the asphalt composition shingle roofing system of the residence was not damaged by impact from hail.*

Two copper roof facets existed above windows on the front elevation of the residence. Prior to Envista's inspection, Mr. Ellington had identified indentations in the copper roofing by rubbing the surface with chalk. Similarly, chalk rubbings performed by Envista on the copper roofing revealed indentations that were otherwise not visible. Considering the random distribution of the indentations coupled with the indentations in the soft metal appurtenances of the roof, it was concluded that the indentations were consistent with impact from hail. None of the indentations exhibited rupturing of the copper that would compromise the water-shedding capability and/or service life of the copper panels. As such, the indentations would be considered cosmetic in nature. (Attachment A, Photographs)

Therefore, it is Envista's professional opinion that *the copper roofing systems on the front elevation of the residence sustained hail impact-related indentations. These indentations were cosmetic in nature only and did not compromise the water-shedding capabilities or adversely affect the service life of the copper roofing systems.*

### Water Intrusion Investigation

According to Mr. Foster, water intrusion had been experienced at three locations of the residence: the laundry room, the master closet, and at the covered back patio. Inspection of the wall/ceiling finishes in the laundry room and master closet revealed staining consistent with exposure to moisture. At the covered back patio, the ceiling panels exhibited deformation and bubbled/blistered paint that was consistent with exposure to moisture. Thus, Envista concluded that water intrusion had occurred at these locations as reported. (Attachment A, Photographs)

As for the cause of the water intrusion, no hail impact-related damage or other weather-created breaches were observed during inspection of the roofing system. Thus, the attic space was accessed in an effort to determine the cause of the water intrusion. Envista noted that plumbing pipes penetrated the roofing system directly above the location of the water-stained finishes in both the laundry room and master closet. Daylight was visible from within the attic around the perimeter of the plumbing pipes that penetrated the roof. This would provide a direct avenue for water intrusion to occur. Inspection of the pipe penetration flashing above the laundry room revealed deterioration of the rubber seal around the pipe. Thus, it was concluded that the water intrusion in the laundry room and master closet was attributable to deficiencies in the flashing of plumbing pipes that penetrated the roof surface. (Attachment A, Photographs)

Staining was observed in the attic on the upper side of the ceiling panels above the covered back patio. A chimney was located upslope of the staining. Staining was visible on the wooden framing members around the chimney where it penetrated the roof. In addition, daylight was visible between the chimney and roof structure. This indicated that the water intrusion at this location was attributable to deficiencies in the flashing of the chimney. During inspection of the roof, Envista noted that the width of the chimney (perpendicular to the roof slope) was between 32 and 33-inches. No cricket/saddle had been installed on the upslope side (ridge side) of the roof adjacent to the chimney. It was unknown what building code was in effect at the time the residence was constructed. However, in an effort to prevent the accumulation of water behind the chimney (which increases the likelihood of water intrusion), current residential building codes typically require the installation of a cricket/saddle on the upslope side of chimneys with a width greater than 30-inches. (Attachment A, Photographs)

EXHIBIT 1



Page 8 of 8
Envista Matter No. MAT-139464-M7P6
State Farm Insurance Company Claim No. 36-23N9-29N

Therefore, it is Envista's professional opinion that *the water intrusion at the residence was attributable to deterioration/deficiencies related to the flashing around plumbing pipe penetrations and the chimney of the residence.*

CLOSURE

This report is for the exclusive use of our client and is not intended for any other purpose. Our report is based on information made available to us at this time. Should additional information become available, we reserve the right to determine the impact, if any, of the new information on our opinions and conclusions and to revise our opinions and conclusions if necessary and warranted by the discovery of additional information. This electronic version of the report is a convenience copy and as such, an original signed and sealed copy is available to our client.

Envista Forensics

Corbin Swain, P.E., S.E.
Envista Associate

Jon R. Burks, P.E. (Oregon)
Senior Project Engineer

Attachment A, Photographs
Attachment B, Weather Data

EXHIBIT 1