IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DON FOSTER and BRENDA FOSTER,      ) | |
| ) | |
| Plaintiffs,     ) | |
| ) | |
| v.                                                                    ) | Case No. CIV-24-00222-PRW |
| ) | |
| STATE FARM FIRE AND CASUALTY  ) | |
| COMPANY, et al.,                                            ) | |
| ) | |
| Defendants.     ) | |

## ORDER

Before the Court are Defendant State Farm Fire and Casualty Company's Motion to Strike New Evidence in Plaintiffs' Reply Brief or, In the Alternative, for Leave to File a Surresponse (Dkt. 33); Plaintiffs' Response (Dkt. 34); and State Farm's Reply (Dkt. 35). Upon review, and for good cause shown, the Court **DENIES IN PART** and **GRANTS IN PART** the Motion (Dkt. 33).

State Farm may file a Sur-Reply on or before December 27, 2024. The Sur-Reply shall not exceed five pages in length, and it shall be limited to only addressing the assertions in the Affidavit of Plaintiff Don Foster (Dkt. 32-2).

**IT IS SO ORDERED** this 18th day of December 2024.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE

1